# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| DZS INC. | § | Case No. 25-40712 (BTR) |
| | § | |
| Debtor. | § | |
| In re: | § | Chapter 7 |
| | § | |
| DZS SERVICES INC. | § | Case No. 25-40713 (BTR) |
| | § | |
| Debtor. | § | |
| In re: | § | Chapter 7 |
| | § | |
| DZS CALIFORNIA INC. | § | Case No. 25-40714 (BTR) |
| | § | |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE AND NOTICE

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), R. Adam Swick enters her appearance in the above-referenced Chapter 7 cases as counsel to EdgeCo, LLC ("EdgeCo") and hereby requests that all notices given or required in these Chapter 7 Cases, and all documents, and all other papers served in these Chapter 7 Cases, be given to and served upon the undersigned counsel listed below:

> R. Adam Swick
> AKERMAN LLP
> 500 West 5th Street, Suite 1210
> Austin, TX 78701
> Telephone:      (737) 999-7103
> Facsimile:      (512) 623-6701
> adam.swick@akerman.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the

80665174;1

provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects or pertains to the Debtors, the property of the Debtors or their Chapter 7 estates.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive EdgeCo's rights (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments to which EdgeCo is, or may be, entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the undersigned attorneys respectfully request that they be added to the official service list for notice of all contested matters, adversary proceedings and other proceedings in these Chapter 7 Cases.

*[Remainder of page intentionally left blank]*

Dated: March 26, 2025

Respectfully submitted,

AKERMAN LLP

*/s/ R. Adam Swick*
R. Adam Swick, SBN: 24051794
500 West 5th Street, Suite 1210
Austin, TX 78701
Telephone:     (737) 999-7103
Facsimile:      (512) 623-6701
adam.swick@akerman.com

-and-

Laura M. Taveras, SBN: 24127243
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone:     (214) 720-4300
Facsimile:      (214) 981-9339
laura.taveras@akerman.com

*Counsel for EdgeCo, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2025 a true and correct copy of the foregoing was served by the Court's Electronic Case Filing System to all parties of record.

*/s/ R. Adam Swick*
R. Adam Swick

80665174;1