**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-40712 |
| DZS INC., | § | |
| | § | (Chapter 7) |
| DEBTOR. | § | |

**ORDER GRANTING EXPEDITED MOTION TO REJECT LEASE**

**CAME ON FOR CONSIDERATION** the *Expedited Motion to Reject Lease* ("**Motion**") filed by Michelle H. Chow, Chapter 7 Trustee ("**Trustee**") for the Bankruptcy Estate ("**Estate**") of DZS Inc. ("**Debtor**") requesting entry of an Order authorizing rejection of a non-residential real property lease located at 203 Redwood Shores Parkway, Suite 100, Redwood City, CA as of the Petition Date, March 14, 2025. The Court, being satisfied based on the representations made in the Motion that the relief requested in the Motion is in the best interests of the Debtor's Estate, its creditors, and other parties in interest; and this Court having found that the Trustee's notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED and DECREED** that the Motion is granted as set forth herein. It is further

**ORDERED, ADJUDGED and DECREED** that the Lease for the Premises located at 203 Redwood Shores Parkway, Suite 100, Redwood City, CA is hereby rejected effective as of the Petition Date, March 14, 2025. It is further

**ORDERED, ADJUDGED and DECREED** that the Trustee is authorized to abandon any *de minimis* equipment, furniture and other personal property remaining in the Premises, and all such property is deemed abandoned, effective as of the Petition Date, March 14, 2025. It is further

**ORDERED, ADJUDGED and DECREED** that notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry. It is further

**ORDERED, ADJUDGED and DECREED** that the Trustee is authorized to take all reasonable actions necessary to effectuate the relief granted in this Order in accordance with the Motion. Finally, it is further

**ORDERED, ADJUDGED and DECREED** that this Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

**IT IS SO ORDERED.**

_____
**HONORABLE BRENDA T. RHOADES**
**Chief United States Bankruptcy Judge**