IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-40712 |
| DZS INC., | § | |
| | § | (Chapter 7) |
| DEBTOR. | § | |

ORDER APPROVING EMPLOYMENT OF
SINGER & LEVICK, P.C. AS GENERAL COUNSEL

**CAME ON FOR CONSIDERATION** the *Application for Employment of Singer & Levick, P.C. as General Counsel* ("**Application**") filed by Michelle H. Chow, Chapter 7 Trustee ("**Trustee**") for the Bankruptcy Estate ("**Estate**") of DZS Inc. ("**Debtor**") and, upon the Declaration of Larry A. Levick ("**Declaration**"), the Court, being satisfied based on the representations made in the Application and the Declaration that said attorneys represent no interest adverse to the Debtor's Estate with respect to the matters upon which they are to be engaged, that they are disinterested persons as that term is defined under Section 101(14) of the BANKRUPTCY CODE, and that the employment of Singer & Levick, P.C. is necessary and would be in the best interests of the Trustee, the Debtor, this Estate, creditors and equity holders, and it appearing that notice of the Application has been given to the Office of the United States Trustee and that no other or further notice need be given, and sufficient cause appearing therefore, it is

**ORDERED, ADJUDGED and DECREED** that, in accordance with Section 327 of the BANKRUPTCY CODE, the Trustee be, and she hereby is, authorized to employ and retain Singer & Levick, P.C. as General Counsel upon the terms and conditions set forth in the Application as of **March 16, 2025**; it is further

**ORDERED, ADJUDGED and DECREED** that Singer & Levick, P.C. shall be compensated in accordance with the procedures set forth in Sections 330 and 331 of the BANKRUPTCY CODE and such Bankruptcy Rules as may then be applicable from time to time, and such procedures as may be fixed by Order of this Court; and it is further

**ORDERED, ADJUDGED and DECREED** that this Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

**IT IS SO ORDERED.**

Signed on 04/03/2025

*Brenda T. Rhoades*     SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE