**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: § | | |
| § | | CASE NO. 25-40712 |
| DZS INC., § | | |
| § | | (Chapter 7) |
| DEBTOR. § | | |

| | | |
|---|---|---|
| IN RE: § | | |
| § | | CASE NO. 25-40713 |
| DZS SERVICES INC., § | | |
| § | | (Chapter 7) |
| DEBTOR. § | | |

| | | |
|---|---|---|
| IN RE: § | | |
| § | | CASE NO. 25-40714 |
| DZS CALIFORNIA INC., § | | |
| § | | (Chapter 7) |
| DEBTOR. § | | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that a hearing on the following three Motions:

1. Expedited Motion to Reject Lease (**Dkt.017**)

2. Expedited Motion for Entry of an Order Directing Joint Administration of Cases (**Dkt.024**)

3. Expedited Motion for Authority to Enter Into a consulting Agreement With Normandy Lane, LLC (**Dkt.025**)

has been set for hearing on **April 10, 2025 at 3:00 PM (CT)** in the courtroom of the Honorable Brenda T. Rhoades, United States Bankruptcy Judge, Eastern District of Texas, Sherman Division, US Bankruptcy Court, 660 North Central Expressway, Suite 300B, Plano, Texas 75704. Attached hereto as **Exhibit A** is a true and correct copy of the *Corrected Order Granting Trustee's Emergency Motion to Schedule Emergency Hearings With Respect to Various Initial Motions* (**Dkt.031**).

**DATED: April 4, 2025**

Respectfully submitted,

SINGER & LEVICK, P.C.

By:   /s/ *Michelle E. Shriro*
     Larry A. Levick
     State Bar No. 12252600
     Michelle E. Shriro
     State Bar No. 18310900
     Todd A. Hoodenpyle
     State Bar No. 00798265

16200 Addison Road, Suite 140
Addison, Texas 75001
Phone: 972.380.5533
Fax: 972.380.5748
Email: levick@singerlevick.com
Email: mshriro@singerlevick.com
Email: hoodenpyle@singerlevick.com

GENERAL COUNSEL FOR
MICHELLE H. CHOW, CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District and LBR 9013(f), which includes the parties as shown below; and to the parties on the attached Service List via first class mail, postage prepaid, on this 4th day of April, 2025.

| | |
|---|---|
| **DEBTOR:**<br>DZS Inc.<br>5700 Tennyson Parkway, Suite 400<br>Plano, TX 75024<br>**VIA ECF Noticing through its attorney** | **ATTORNEY FOR DEBTOR:**<br>Travis A. McRoberts<br>Baker Botts L.L.P.<br>2001 Ross Avenue, Suite 900<br>Dallas, TX 75201-1980<br>**VIA ECF Noticing** |
| **COUNSEL FOR PURCHASER:**<br>Deborah D. Williamson<br>Dykema<br>112 E. Pecan Street, Suite 1800<br>San Antonio, TX 78205<br>**VIA EMAIL: dwilliamson@dykema.com** | **COUNSEL FOR EDGECO, LLC:**<br>R. Adam Swick<br>Ackerman LLP<br>500 West 5th Street, Suite 1210<br>Austin, TX 78701<br>**VIA EMAIL: adam.swick@akerman.com** |
| **TRUSTEE:**<br>Michelle H. Chow<br>16200 Addison Road, Suite 140<br>Addison, TX 75001<br>**VIA ECF Noticing** | **US TRUSTEE:**<br>Office of the US Trustee<br>110 N. College Ave., Suite 300<br>Tyler, Texas 75702<br>**VIA ECF Noticing** |

    /s/ *Michelle E. Shriro*
    Michelle E. Shriro

# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-40712 |
| DZS INC.,[1] | § | |
| | § | (Chapter 7) |
| DEBTOR. | § | |

**CORRECTED ORDER GRANTING TRUSTEE'S EMERGENCY MOTION TO SCHEDULE EMERGENCY HEARINGS WITH RESPECT TO VARIOUS INITIAL MOTIONS**

**CAME ON FOR** CONSIDERATION the *Trustee's Emergency Motion to Scheduled Emergency Hearings With Respect to Various Initial Motions* ("**Motion**") filed by Michelle H. Chow, Chapter 7 Trustee ("**Trustee**") for the bankruptcy Estate ("**Estates**") of DZS Inc. ("**Debtor DZS**"), DZS Services Inc. ("**Debtor DZS Services**") and DZS California Inc. ("**Debtor DZS California**"), by and through her proposed counsel Singer & Levick, P.C., and the Court, being satisfied based on the representations made in the Motion that emergency consideration is necessary and would be in the best interests of the Trustee, the Debtors, their Estates, creditors and equity holders, and it appearing that notice of the Motion has been given to the Office of the United States Trustee, counsel for the Debtor and all parties who have requested notice pursuant to Bankruptcy Rule 2002 and, for the purposes of the relief requested herein, no other or further notice need be given, and sufficient cause appearing therefore, it is

**ORDERED, ADJUDGED and DECREED** that an emergency hearing to consider the *Motion to Reject Lease (203 Redwood Shores Parkway, Suite 100, Redwood City, CA)* ("**Rejection Motion**"),

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's Federal Tax Identification Number, include: DZS Inc. (9099), DZS Services Inc. (3763) and DZS California Inc. (3221). The location of the Debtors' service address is: 5700 Tennyson Parkway, Suite 400, Plano, TX 75024.

*Expedited Motion for Entry of an Order Directing Joint Administration of Cases* ("**Joint Administration Motion**") and the *Expedited Motion for Authority to Enter Into a Consulting Agreement with Normandy Lane, LLC* ("**Consulting Motion**") is hereby set for an emergency hearing on **April 10, 2025 at 3:00 PM (CT)** in the courtroom of the Honorable Brenda T. Rhoades, United States Bankruptcy Judge, Eastern District of Texas, Sherman Division, US Bankruptcy Court, 660 North Central Expressway, Suite 300B, Plano, Texas 75704. It is further

**ORDERED, ADJUDGED and DECREED** that any objections to Rejection Motion, Joint Administration Motion and/or Consulting Motion must be filed and served on counsel for the Chapter 7 Trustee by **5:00 PM (CT) on April 9, 2025**. It is further

**ORDERED, ADJUDGED and DECREED** that this Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

ORDERED, ADJUDGED and DECREED that the Movant or its counsel shall give notice of this emergency hearing by forwarding a copy of this Order by the most expedient means available, including electronic or telephonic transmission, or otherwise by First Class United States Mail, to all parties listed in the certificate of service contained in the Motion and shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduled hearing.

**IT IS SO ORDERED.**

Signed on 4/4/2025

*Brenda T. Rhoades*  ST
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE