**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | (Chapter 7) |
| | § | |
| DZS INC.,[1] | § | CASE NO. 25-40712 |
| | § | |
| DEBTOR. | § | (Joint Administration Requested) |

**TRUSTEE'S WITNESS AND EXHIBIT LIST**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Michelle Chow ("**Trustee**"), the Chapter 7 Trustee for the bankruptcy estate of DZS, Inc. and its affiliated entities, files this Witness and Exhibit List in connection with the hearing on *Motion to Reject Lease* (Dkt. 17), *Motion for Entry of an Order Directing Joint Administration of Cases* (Dkt. 24), and *Motion for Authority to Enter into a Consulting Agreement with Normandy Lane, LLC* (Dkt. 25), and would respectfully show the Court as follows:

**I. WITNESSES**

1. Michelle Chow.
2. Charles Vogt.
3. Any witnesses other parties may call.
4. Rebuttal witnesses.

**II. EXHIBITS**

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 1. | DZS, Inc. Schedules | | | |
| 2. | Office Lease between Hudson Towers at Shore Center, LLC, as Landlord, and Adaptive | | | |

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's Federal Tax Identification Number, include: DZS Inc. (9099), DZS Services Inc. (3763) and DZS California Inc. (3221). The location of the Debtors' service address is: 5700 Tennyson Parkway, Suite 400, Plano, TX 75024.

**TRUSTEE'S WITNESS AND EXHIBIT LIST – Page 1**

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
|  | Spectrum and Signal Alignment, Incorporated, as Tenant |  |  |  |
| 3. | First Amendment to Office Lease between Hudson Towers at Shore Center, LLC, as Landlord, and Adaptive Spectrum and Signal Alignment, Incorporated, as Tenant |  |  |  |
| 4. | Landlord Consent to Assignment and Assumption of Lease |  |  |  |
| 5. | 5 Business Day Notice to Pay Rent or Be in Default |  |  |  |
| 6. | Consulting Agreement with Normandy Lane, LLC |  |  |  |

Trustee reserves the right to amend or supplement her Witness and Exhibit List.

Respectfully submitted,

SINGER & LEVICK, P.C.

By:   /s/ *Michelle E. Shriro*
     Larry A. Levick
     State Bar No. 12252600
     Michelle E. Shriro
     State Bar No. 18310900
     Todd A. Hoodenpyle
     State Bar No. 00798265

16200 Addison Road, Suite 140
Addison, Texas  75001
Phone:  972.380.5533
Fax:  972.380.5748
Email:  levick@singerlevick.com
Email:  mshriro@singerlevick.com
Email:  hoodenpyle@singerlevick.com

PROPOSED GENERAL COUNSEL FOR
MICHELLE H. CHOW, CHAPTER 7 TRUSTEE

**TRUSTEE'S WITNESS AND EXHIBIT LIST – Page 2**

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing document has been electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, which includes the parties as shown below; on this 7th day of April, 2025.

| | |
|---|---|
| **DEBTOR:**<br>DZS Inc.<br>5700 Tennyson Parkway, Suite 400<br>Plano, TX 75024<br>**VIA ECF Noticing through its attorney** | **ATTORNEY FOR DEBTOR:**<br>Travis A. McRoberts<br>Baker Botts L.L.P.<br>2001 Ross Avenue, Suite 900<br>Dallas, TX 75201-1980<br>**VIA ECF Noticing** |
| **TRUSTEE:**<br>Michelle H. Chow<br>16200 Addison Road, Suite 140<br>Addison, TX 75001<br>**VIA ECF Noticing** | **US TRUSTEE:**<br>Office of the US Trustee<br>110 N. College Ave., Suite 300<br>Tyler, Texas 75702<br>**VIA ECF Noticing** |

      /s/ *Michelle E. Shriro*
      Michelle E. Shriro