**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| DZS INC.,<sup>a</sup> | § | CASE NO. 25-40712 |
| | § | |
| DEBTORS. | § | (Joint Administration Requested) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the *Trustee's Motion to Approve and Authorize Payment of Vendor Expenses* [**Dkt. 43**] filed by Michelle H. Chow, Chapter 7 Trustee of the above-referenced cases, has been set for hearing on **Monday, April 28, 2025 at 1:30 p.m.** before the Honorable Brenda T. Rhoades, United States Bankruptcy Court, 660 North Central Expressway, Third Floor, Plano, Texas 75074.

---

<sup>a</sup>  The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's Federal Tax Identification Number, include: DZS Inc. (9099), DZS Services Inc. (3763) and DZS California Inc. (3221). The location of the Debtors' service address is: 5700 Tennyson Parkway, Suite 400, Plano, TX 75024.

**DATED:**     **April 11, 2025**

                           Respectfully submitted,

                           SINGER & LEVICK, P.C.

                           By:    /s/ *Michelle E. Shriro*
                                   Larry A. Levick
                                   State Bar No. 12252600
                                   Michelle E. Shriro
                                   State Bar No. 18310900
                                   Todd A. Hoodenpyle
                                   State Bar No. 00798265

                           16200 Addison Road, Suite 140
                           Addison, Texas  75001
                           Phone:  972.380.5533
                           Fax:  972.380.5748
                           Email:  levick@singerlevick.com
                           Email:  mshriro@singerlevick.com
                           Email:  hoodenpyle@singerlevick.com

                           GENERAL COUNSEL FOR
                           MICHELLE H. CHOW, CHAPTER 7 TRUSTEE

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, which includes the parties as shown below; and to the parties on the attached Service List via first class mail, prepaid postage, on this 11th day of April, 2025.

| | |
|---|---|
| **DEBTOR:**<br>DZS Inc.<br>5700 Tennyson Parkway, Suite 400<br>Plano, TX 75024<br>**VIA ECF Noticing through its attorney** | **ATTORNEY FOR DEBTOR:**<br>Travis A. McRoberts<br>Baker Botts L.L.P.<br>2001 Ross Avenue, Suite 900<br>Dallas, TX 75201-1980<br>**VIA ECF Noticing** |
| **TRUSTEE:**<br>Michelle H. Chow<br>16200 Addison Road, Suite 140<br>Addison, TX 75001<br>**VIA ECF Noticing** | **US TRUSTEE:**<br>Office of the US Trustee<br>110 N. College Ave., Suite 300<br>Tyler, Texas 75702<br>**VIA ECF Noticing** |

                                            /s/ *Michelle E. Shriro*
                                            Michelle E. Shriro