IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | CASE NO. 25-40712 | |
| DZS INC., § | | |
| § | (Chapter 7) | |
| DEBTOR. § | | |

| | | |
|---|---|---|
| IN RE: § | | |
| § | CASE NO. 25-40713 | |
| DZS SERVICES INC., § | | |
| § | (Chapter 7) | |
| DEBTOR. § | | |

| | | |
|---|---|---|
| IN RE: § | | |
| § | CASE NO. 25-40714 | |
| DZS CALIFORNIA INC., § | | |
| § | (Chapter 7) | |
| DEBTOR. § | | |

**ORDER GRANTING EXPEDITED MOTION FOR ENTRY OF
AN ORDER DIRECTING JOINT ADMINISTRATION OF CASES**

**CAME ON FOR CONSIDERATION** the *Expedited Motion for Entry of Order Directing Joint Administration of Cases* ("**Motion**"), filed by Michelle H. Chow, Chapter 7 Trustee ("**Trustee**") for the bankruptcy Estate ("**Estates**") of DZS Inc. ("**Debtor DZS**"), DZS Services Inc. ("**Debtor DZS Services**") and DZS California Inc. ("**Debtor DZS California**"), by and through her proposed counsel Singer & Levick, P.C., and the Court is of the opinion that such Motion should be, and hereby is, **GRANTED**.

**IT IS HEREBY ORDERED THAT:**

1.  The Motion is granted as set forth herein.

2.  The above-captioned Chapter 7 Cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 25-40712.

3. The caption of the jointly administered cases will read as follows:

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| IN RE: | § | (Chapter 7) |
|---|---|---|
| | § | |
| DZS INC.,[1] | § | CASE NO. 25-40712 |
| | § | |
| DEBTOR. | § | |

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's Federal Tax Identification Number, include: DZS Inc. (9099), DZS Services Inc. (3763) and DZS California Inc. (3221). The location of the Debtors' service address is: 5700 Tennyson Parkway, Suite 400, Plano, TX 75024.

---

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. An entry shall be made on the docket in the chapter 7 case of each other Debtor entity, substantially stating as follows:

> An order has been entered in this case in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Eastern District of Texas directing the procedural consolidation and joint administration of the chapter 7 cases of DZS, Inc., *et al.* The docket in Case No. 25-40712 should be consolidated for all matters affecting this case.

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Eastern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these Chapter 7 Cases.

7. A separate claims registry shall be maintained for each Debtor.

8. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 7 Cases and this Order

shall be without prejudice to the rights of the Trustee to seek entry of an order substantively consolidating the estates.

9. Notice of the Motion as set forth therein shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

10. The Trustee is authorized to take all actions necessary or appropriate to effectuate the relief granted in this Order.

11. This Court retains exclusive jurisdiction and power with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**IT IS SO ORDERED.**

Signed on 04/14/2025

_Brenda T. Rhoades_    SD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE