IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DZS INC. | § | CASE NO. 25-40712 |
| | § | Chapter 7 |
| | § | Hearing Date: April 28, 2025 |
| Debtor. | § | Hearing Time: 1:30 pm |

## BOWEI TECHNOLOGY COMPANY LTD.'S WITNESS AND EXHIBIT LIST FOR TRUSTEE'S MOTION FOR AN ORDER APPROVING SALE

TO THE HONORABLE U.S. BANKRUPTCY COURT:

Bowei Technology Company Ltd. files this its Witness and Exhibit List for the hearing on the Trustee's Motion for an Order Approving Sale and designates the following witnesses and exhibits at the hearing:

Witnesses:

1. Ning Ou-Yang
2. Michelle Chow, Trustee (adverse)

Exhibits:

1. Purchase Order from DZS to Bowei (US 1002830) including 9,200 pcs shipped 11/15/2024
2. Purchase Order Terms and Conditions. 11/15/2024
3. Commercial Invoice for the shipment of the 9,200 pcs. 2/24/2025
4. The Bill of Lading for shipment of 9,200 pcs 2/26/2025
5. A memo confirming the 9,200 pcs were shipped. 2/23/2925
6. Document tracking the shipment with the Waybill number from BOL 3/23/2025
7. April 13, 2025 email exchange confirming the location of the 9,200 pcs.

8. March 19, 2025 Reclamation demand letter to Debtor and Trustee,

9. April 14, 2025 Letter to Attorney for Trustee. (attachments to letter identified above as separate exhibits 1-7.)

    Respectfully submitted,

    /s/ Richard G. Dafoe
    Richard G. Dafoe
    State Bar No. 05309500
    Waddell Serafino Geary Rechner Jenevein, P.C.
    1717 Main Street, Suite 2500
    Dallas, Texas  75201-3001
    214-979-7400 - Telephone
    214-979-7402 - Facsimile

    ATTORNEYS FOR BOWEI TECHNOLOGY COMPANY, LTD.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served on the 22th day of April, 2025, to the parties listed below either electronically or by U.S. first class mail:

Deborah D. Williamson
Dykema
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
dwilliamson@dykema.com

DZS Inc.
5700 Tennyson Parkway, Suite 400
Plano, Texas

Office of the US Trustee
110 N. College Ave., Suite 300
Tyler, Texas 75702

Laura Taveras Lantigua
laura.taveras@akerman.com

Randall Adam Swick
adam.swick@akerman.com

Shawn M. Christianson
schristianson@buchalter.com

Tawasi
Al Mousi Center, Playa
P.O. Box 4372 Office 353
Riyadh 11431
Saudi Arabia

Travis A. McRoberts
Baker Botts L.L.P
2001 Ross Avenue, Suite 900
Dallas. Texas 75201-1980

Michelle H. Chow
16200 Addison Road, Suite 140
Addison, Texas 75001
chowtrustee@gmail.com

Alexandria Jean Smith
ajs@gdllaw.com

Michelle E. Shriro
mshriro@singerlevick.com

James D. Sadowski
jds@gdllaw.com

Paul M. Lopez
bankruptcy@abernathy-law.com

                                                              /s/ Richard G. Dafoe
                                                               Richard G. Dafoe