## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| DZS INC.[1] | § | Case No. 25-40712 (BTR) |
| | § | |
| Debtor. | § | |

## EDGECO, LLC'S WITNESS AND EXHIBIT LIST
## FOR APRIL 28, 2025 HEARING

Secured Lender EdgeCo, LLC ("EdgeCo" or "Secured Lender"), by and through the undersigned counsel, submits the following Witness and Exhibit List for the hearing presently set to begin at 1:30 p.m. (CST), April 28, 2025 (the "Hearing") before the Honorable Brenda T. Rhodes to consider the following:

    a. *Motion for an Order Approving Sale of Certain Property of the Estate Free and Clear of All Liens, Claims and Encumbrances and Assumption and Assignment of Executory Contracts and Leases*. (Docket no. 26)

    b. Any other matters taken up by the Court at the Hearing.

## WITNESSES

EdgeCo reserves the right to call any or all the following witnesses at the Hearing, including, but not limited to, by affidavit, declaration or proffer:

    a. Any witness called or designated by any other party; and

    b. Any rebuttal witnesses, as appropriate.

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's Federal Tax Identification Number, include: DZS Inc. (9099), DZS Services Inc. (3763) and DZS California Inc. (3221). The location of the Debtors' service address is: 5700 Tennyson Parkway, Suite 400, Plano, TX 75024.

## **EXHIBITS**

| No. | Description | Marked | Offered | Object | Admit |
|-----|-------------|--------|---------|--------|-------|
| 1. | Proof of Claim filed by EdgeCo, LLC, and recorded as Claim 6-1, in the Claims register, with its corresponding exhibits. | | | | |
| 2. | Objection of Bowei Technology Company LTD. to Trustee's Motion for an Order Approving Sale filed under Docket No. 72, with its corresponding exhibits. | | | | |
| 3. | Any and all exhibits designated by any other party. | | | | |
| 4. | Any and all other exhibits as may be appropriate for rebuttal or impeachment purposes. | | | | |

*[Remainder of page intentionally left blank]*

Dated: April 23, 2025

Respectfully submitted,

AKERMAN LLP

 _/s/ Adam Swick_
R. Adam Swick, SBN: 24051794
500 West 5th Street, Suite 1210
Austin, TX 78701
Telephone:   (737) 999-7103
Facsimile:    (512) 623-6701
adam.swick@akerman.com

*Counsel for EdgeCo, LLC*

81092915;2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 23, 2025 a true and correct copy of the foregoing was served on all parties of record via the Court's Electronic Case Filing System.


*/s/Adam Swick*
Adam Swick

81092915;2

## <u>ELECTRONIC SERVICE LIST</u>

Alexis Beachdell on behalf of Creditor Dasan Network Solutions Inc.
abeachdell@bakerlaw.com

Michelle Chow
chowtrustee@gmail.com,
ecf.alert+Chow@titlexi.com

Shawn M. Christianson on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com,
cmcintire@buchalter.com

Richard G. Dafoe on behalf of Creditor Bowei Technology company Ltd
rdafoe@vinlaw.com,
jwhite@vinlaw.com;rdafoe@ecf.inforuptcy.com;jwhite@ecf.inforuptcy.com

Larry A. Levick on behalf of Trustee Michelle Chow
levick@singerlevick.com,
scotton@singerlevick.com;tguillory@singerlevick.com

Paul M Lopez on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR
bankruptcy@abernathy-law.com

Travis A. McRoberts on behalf of Debtor DZS California Inc.
travis.mcroberts@bakerbotts.com,
travis-a-mcroberts-1747@ecf.pacerpro.com

Travis A. McRoberts on behalf of Debtor DZS Inc.
travis.mcroberts@bakerbotts.com,
travis-a-mcroberts-1747@ecf.pacerpro.com
Linda Reece on behalf of Creditor Plano ISD
lreece@pbfcm.com

James D. Sadowski, I on behalf of Creditor IPXI Legacy Place Investors, LLC
jds@gdllaw.com,
mer@gdllaw.com

Michelle E. Shriro on behalf of Trustee Michelle Chow
mshriro@singerlevick.com,
scotton@singerlevick.com
 tguillory@singerlevick.com

Alexandria Jean Smith on behalf of Creditor IPXI Legacy Place Investors, LLC

4

ajs@gdllaw.com

Randall Adam Swick on behalf of Creditor EdgeCo, LLC
adam.swick@akerman.com,
teresa.barrera@akerman.com;valerie.braun@akerman.com

Laura Taveras Lantigua on behalf of Creditor EdgeCo, LLC
laura.taveras@akerman.com

US Trustee
USTPRegion06.TY.ECF@USDOJ.GOV

Deborah D. Williamson on behalf of Creditor Managed Network Systems Inc.
dwilliamson@dykema.com, maraiza@dykema.com

81092915;2