**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | (Chapter 7) |
| | § | |
| DZS INC.,[1] | § | CASE NO. 25-40712 |
| | § | |
| DEBTOR. | § | (Jointly Administered) |

**TRTUSTEE'S WITNESS AND EXHIBIT LIST
Hearing:  April 28, 2025 at 1:30 PM (CT)**

**COMES NOW** Michelle H. Chow, Chapter 7 Trustee of the above-referenced cases ("**Trustee**"), by and through her counsel Singer & Levick, P.C, and files this *Trustee's Witness and Exhibit List* in connection with the hearing scheduled for April 28, 2025 on *Trustee's Motion for an Order Approving Sale of Certain Property of the Estate Free and Clear of all Liens, Claims and Encumbrances and Assumption and Assignment of Executory Contracts and Leases* ("**Sale Motion**") (**Dkt.026**) and, for such, would respectfully show as follows.

## WITNESSES

1. Michelle H. Chow, Chapter 7 Trustee

2. Charles Vogt

3. Clayton Zekelman

4. Any witness designated by any other party.

The Trustee reserves the right to call and/or use testimony offered into evidence by any other party.  Additionally, the Trustee also reserves the right to offer into evidence such additional

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's Federal Tax Identification Number, include: DZS Inc. (9099), DZS Services Inc. (3763) and DZS California Inc. (3221).  The location of the Debtors' service address is: 5700 Tennyson Parkway, Suite 400, Plano, TX 75024.

testimony as may be appropriate for rebuttal and/or impeachment purposes. Finally, the Trustee reserves the right to amend and/or supplement this Witness List to the extent necessary or appropriate.

## **EXHIBITS**

| EX. # | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTED | ADMITTED |
|---|---|---|---|---|
| 1 | Letter of Intent | | | |
| 2 | Asset Purchase Agreement with Fibre Acquisition Corporation | | | |
| 3 | Schedules -- DZS Inc. (Dkt.002) | | | |
| 4 | Statement of Financial Affairs – DZS, Inc. (Dkt.003) | | | |
| 5 | Trustee's **First** Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned (Dkt.047) | | | |
| 6 | Trustee's **Second** Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned (Dkt.048) | | | |
| 7 | Trustee's **Third** Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned (Dkt.049) | | | |
| 8 | Trustee's **Fourth** Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned (Dkt.050) | | | |
| 9 | Trustee's **Fifth** Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned (Dkt.051) | | | |
| 10 | Trustee's **Sixth** Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned (Dkt.052) | | | |
| 11 | Trustee's **Seventh** Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned (Dkt.053) | | | |

| EX. # | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTED | ADMITTED |
|---|---|---|---|---|
| 12 | Trustee's **Eighth** Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned (Dkt.054) | | | |
| 13 | Trustee's **Ninth** Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned (Dkt.055) | | | |
| 14 | Trustee's **Tenth** Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned (Dkt.056) | | | |
| 15 | Trustee's **Eleventh** Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned (Dkt.057) | | | |
| 16 | Trustee's **Twelfth** Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned (Dkt.058) | | | |
| 17 | Trustee's **Thirteenth** Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned (Dkt.059) | | | |
| 18 | Trustee's **Fourteenth** Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned (Dkt.060) | | | |
| 19 | Trustee's **Fifteenth** Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned (Dkt.061) | | | |
| 20 | Trustee's **Sixteenth** Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned (Dkt.062) | | | |
| 21 | Trustee's **Seventeenth** Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned (Dkt.063) | | | |
| 22 | Trustee's **Eighteenth** Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned (Dkt.064) | | | |

| EX. # | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTED | ADMITTED |
|---|---|---|---|---|
| 23 | Trustee's **Nineteenth** Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned (Dkt.065) | | | |
| 24 | Trustee's **Twentieth** Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned (Dkt.066) | | | |
| 25 | Trustee's **Twenty-First** Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned (Dkt.069) | | | |
| 26 | Trustee's **Twenty-Second** Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned (Dkt.076) | | | |
| 27 | EdgeCo, LLC Proof of Claim (POC.006-1) | | | |
| 28 | **Proposed** Notice of Assumption of Executory Contract(s) or Unexpired Lease(s) | | | |
| 29 | **Proposed** Notice of Assignment of Avoidance Actions | | | |
| | All pleadings and court documents of record in the instant bankruptcy matter | | | |
| | Any exhibit designated by any other party | | | |
| | Any rebuttal and/or impeachment documents as appropriate | | | |

The Trustee reserves the right to use any documents offered into evidence by any other party. Additionally, the Trustee reserves the right to offer into evidence such additional documents as may be appropriate for rebuttal and/or impeachment purposes. Finally, the Trustee reserves the right to amend and/or supplement this Exhibit List to the extent necessary or appropriate.

**Dated: April 23, 2025**

Respectfully submitted,

SINGER & LEVICK, P.C.

By: /s/ *Michelle E. Shriro*
Larry A. Levick
State Bar No. 12252600
Michelle E. Shriro
State Bar No. 18310900
Todd A. Hoodenpyle
State Bar No. 00798265

16200 Addison Road, Suite 140
Addison, Texas 75001
Phone: 972.380.5533
Fax: 972.380.5748
Email: levick@singerlevick.com
Email: mshriro@singerlevick.com
Email: hoodenpyle@singerlevick.com

GENERAL COUNSEL FOR
MICHELLE H. CHOW, CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District and LBR 9013(f), which includes the parties as shown below, on this 23rd day of April, 2025.

| | |
|---|---|
| **DEBTOR:**<br>DZS Inc.<br>5700 Tennyson Parkway, Suite 400<br>Plano, TX 75024<br>**VIA ECF Noticing through its attorney** | **ATTORNEY FOR DEBTOR:**<br>Travis A. McRoberts<br>Baker Botts L.L.P.<br>2001 Ross Avenue, Suite 900<br>Dallas, TX 75201-1980<br>**VIA ECF Noticing** |
| **COUNSEL FOR PURCHASER:**<br>Deborah D. Williams<br>Dykema<br>112 E. Pecan Street, Suite 1800<br>San Antonio, TX 78205<br>**VIA ECF Noticing** | **COUNSEL FOR FL LANDLORD:**<br>Richard B. Warren<br>Warren & Grant, P.A.<br>4800 N. Federal Highway, Suite A-205<br>Boca Raton, FL 33431<br>**VIA EMAIL: rick@warrengrant.com** |
| **COUNSEL FOR FUTUREWEI TECH.:**<br>David M. Banker<br>Womble Bond Dickinson (US) LLP<br>950 Third Avenue, Suite 2400<br>New York, NY 10022<br>**VIA EMAIL: david.banker@wbd-us.com** | **COUNSEL FOR PLANO LANDLORD:**<br>James D. Sadowski<br>Greenstein Delorme & Luchs, P.C.<br>801 17th Street, N.W., Suite 1000<br>Washington, D.C. 20006<br>**VIA EMAIL: jds@gdllaw.com** |
| **TRUSTEE:**<br>Michelle H. Chow<br>16200 Addison Road, Suite 140<br>Addison, TX 75001<br>**VIA ECF Noticing** | **US TRUSTEE:**<br>Office of the US Trustee<br>110 N. College Ave., Suite 300<br>Tyler, Texas 75702<br>**VIA ECF Noticing** |

      /s/ *Michelle E. Shriro*
      Michelle E. Shriro