# Exhibit 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-40712 |
| DZS INC., *et al.*,[1] | § | |
| | § | (Chapter 7) |
| DEBTORS. | § | |

**SECOND NOTICE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED, PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE, IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE ESTATES' ASSETS, AND THE PROPOSED CURE AMOUNTS**

**COMES NOW**, Michelle H. Chow, the Chapter 7 trustee in the above-referenced Chapter 7 Cases, by and though her counsel Singer & Levick, P.C., and filed this *Second Notice Of Executory Contracts And Unexpired Leases That May Be Assumed And Assigned, Pursuant To Section 365 Of The Bankruptcy Code, In Connection With The Sale Of Substantially All Of The Estates' Assets, And The Proposed Cure Amounts* (the "Notice")[2]:

1. On April 4, 2025, the Trustee filed *Trustee's Motion for an Order Approving Sale of Certain Property of the Estate Free and Clear of all Liens, Claims and Encumbrances and Assumption and Assignment of Executory Contracts and Leases* (the "Sale Motion") [Dkt. No. 26]. The Sale Motion has been set for hearing on April 28, 2025 at 1:30 p.m.

2. In accordance with the Sale Motion, the Trustee hereby files this Notice (the "Cure Notice") identifying: (i) those executory contracts and unexpired leases that may be assumed and assigned to a potential purchaser in connection with the Trustee's sale of the Purchased Assets (the

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: DZS Inc. (9099); DZS Services Inc. (3763); and DZS California Inc. (3221). The location of the Debtors' service address for purposes of these Chapter 7 Cases is: 5700 Tennyson Parkway, Suite 400, Plano, TX 75024.

[2] Capitalized terms not defined herein shall have the meaning ascribed in the Sale Motion, Sale Order, the Letter of Intent (the "LOI"), and the Asset Purchase Agreement (the "APA"), once filed.

1

126685.000001 4937-2451-6406.1

"Assets"); and (ii) the proposed amount to cure any and all defaults associated with each Executory Contract and Unexpired Lease (the "Cure Amount").

3. A list of the Executory Contracts and Unexpired Leases, together with the Cure Amount for each, is attached to this Notice as **Exhibit 1**.

4. You have been identified as a possible party to an Executory Contract or Unexpired Lease that may be assumed and assigned.

5. If you wish to assert an objection (i) to the proposed Cure Amount associated with the particular Executory Contract or Unexpired Lease to which you are a party or (ii) otherwise object on other grounds to the assumption and assignment to Purchaser of a particular Executory Contract or Unexpired Lease, you must do so in accordance with the instructions in this Notice, on or before **5:00 p.m. Central Time, Friday, April 25, 2025** (the "Objection Deadline") which is the deadline to object to the Motion.

6. In order to be considered, objections (if any) must be: (i) in writing; (ii) state with specificity the grounds for such objection (with appropriate documentation in support thereof); (iii) comply with the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for Eastern District of Texas; (iv) be filed with this Court and served on the following parties (so as to be received by such parties) by the Objection Deadline: (i) the Trustee, c/o , Singer & Levick, P.C., 16200 Addison Road, Suite 140, Addison, Texas 75001, Attn. Michelle Shriro, Esq.; (ii) the Purchaser, c/o Dykema Gossett PLLC, 112 East Pecan Street, Suite 1800, San Antonio, Texas 78205, Attn. Deborah D. Williamson, Esq. and (iii) the Office of the United States Trustee, 110 N. College Ave., Suite 300, Tyler, Texas 75702.

7. If you do not file and serve a timely objection to a proposed Cure Amount listed on **Exhibit 1** to this Cure Notice pursuant to the instructions set out in this Cure Notice or otherwise

2

object to the assumption or assignment, you shall be forever barred from objecting to such Cure Amount and to such assignment to the Purchaser (as defined in the Motion), and you shall be deemed to consent to such assignment upon payment of the Cure Amount.

8. The inclusion of a contract or agreement on **Exhibit 1** attached hereto does not constitute an admission that such contract or agreement is an executory contract and does not constitute a representation that such contract or agreement will be assumed and assigned to any successful purchaser. The Trustee reserves all of her rights, claims, and causes of action with respect to the contracts and agreements listed on **Exhibit 1** attached hereto.

**DATED: April 14, 2025**

Respectfully submitted,

SINGER & LEVICK, P.C.

By: /s/ *Michelle E. Shriro*
Larry A. Levick
State Bar No. 12252600
Michelle E. Shriro
State Bar No. 18310900
Todd A. Hoodenpyle
State Bar No. 00798265

16200 Addison Road, Suite 140
Addison, Texas 75001
Phone: 972.380.5533
Fax: 972.380.5748
Email: levick@singerlevick.com
Email: mshriro@singerlevick.com
Email: hoodenpyle@singerlevick.com

GENERAL COUNSEL FOR
MICHELLE H. CHOW, CHAPTER 7 TRUSTEE

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, which includes the parties as shown below; that a true and correct copy of the foregoing document has been served upon each Contract counterparty via first, class mail, at the address provided on the Contract on this 14th day of April, 2025. Any party on the Service List receiving only the Motion may request a copy of the Exhibit as discussed in the Motion from the undersigned counsel.

| **DEBTOR:** | **ATTORNEY FOR DEBTOR:** |
|---|---|
| DZS Inc.<br>5700 Tennyson Parkway, Suite 400<br>Plano, TX 75024<br>**VIA ECF Noticing through its attorney** | Travis A. McRoberts<br>Baker Botts L.L.P.<br>2001 Ross Avenue, Suite 900<br>Dallas, TX 75201-1980<br>**VIA ECF Noticing** |
| **COUNSEL FOR PURCHASER:** | **TRUSTEE:** |
| Deborah D. Williamson<br>Dykema<br>112 E. Pecan Street, Suite 1800<br>San Antonio, TX 78205<br>**VIA EMAIL: dwilliamson@dykema.com** | Michelle H. Chow<br>16200 Addison Road, Suite 140<br>Addison, TX 75001<br>**VIA ECF Noticing** |
| **US TRUSTEE:** | |
| Office of the US Trustee<br>110 N. College Ave., Suite 300<br>Tyler, Texas 75702<br>**VIA ECF Noticing** | |

          /s/ *Michelle E. Shriro*
          Michelle E. Shiro

1

126685.000001 4937-2451-6406.1

# Exhibit 1

**Assumed and Assigned Executory Contracts**

| ID | Description of Contract or Lease | Counterparty Name | Total Claim |
|---|---|---|---|
| 2.0201 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | DELTANET AG | |
| 2.0202 | CONFIDENTIALITY AGREEMENT | DEUTSCHE BANK AG | |
| 2.0203 | ANNEX | DEUTSCHE TELEKOM AG | $ 11,429.96 |
| 2.0204 | ANNEX 4 TRAINING | DEUTSCHE TELEKOM AG | |
| 2.0205 | RESELLER AGREEMENT | DHIVEHI RAAJJEYGE GULHUN PLC; DHIRAAGU | |
| 2.0206 | DHL EXPRESS TERMS AND CONDITIONS OF CARRIAGE ("TERMS AND CONDITIONS") | DHL EXPRESS | |
| 2.0207 | RESELLER AGREEMENT | DIGI ASIA PTE LTD | $ 20.00 |
| 2.0208 | DISTRIBUTOR AGREEMENT | DIGICOMM INTERNATIONAL INC | $ 152,941.06 |
| 2.0209 | AMENDMENT #1 BETWEEN DIGICOMM INTERNATIONAL LLC AND DZS INC. AMENDMENT NO. 001 | DIGICOMM INTERNATIONAL LLC | |
| 2.0210 | CONTRACTOR'S PARTIAL WAIVER AND RELEASE OF LEINS | DIGITAL CONNECTIONS INC | |
| 2.0211 | MUTUAL PRODUCT EVALUATION AGREEMENT | DIGITAL CONNECTIONS INC | |
| 2.0212 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | DIGITAL CONNECTIONS INC. | |
| 2.0213 | DASAN ZHONE SOLUTIONS, INC. DZS SINGLE-TRANSACTION PURCHASE AGREEMENT 01/NDS-DASAN/2019 | DIGITAL CONTENT SERVICE TRADING COMPANY LIMITED | |
| 2.0214 | REPRESENTATION AGREEMENT | DIGITECH SALES LLC | |
| 2.0215 | RESELLER AGREEMENT | DIODE ESPANA SA | |
| 2.0216 | PURCHASE AGREEMENT | DIRECTV ARGENTINA | |
| 2.0217 | SYSTEM EVALUATION AGREEMENT | DISNEY WORLDWIDE SERVICES INC | |
| 2.0218 | ENGAGEMENT LETTER | DLA PIPER LLP | |
| 2.0219 | ENGAGEMENT LETTER | DLA PIPER LLP | |
| 2.0220 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | DOCOMO PACIFIC INC | |
| 2.0221 | LICENSING AGREEMENT | DOKOM | |
| 2.0222 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | DOUGLAS SERVICES, INC. | |
| 2.0223 | RE: UNCLAIMED PROPERTY SERVICES | DUFF & PHELPS LLC | |
| 2.0224 | AGREEMENT | DYNAMIC BANDWIDTH ALLOCATION; EMIRATES TELECOMMUNICATIONS CORPORATION; ETISALAT | $ 6,429.27 |
| 2.0225 | PROPOSAL | EARTHLINK TELECOMMUNICATIONS | |
| 2.0226 | RESELLER AGREEMENT | ECCA GROUP | |
| 2.0227 | MEMORANDUM OF UNDERSTANDING (MOU) | ECI TELECOM LTD | |
| 2.0228 | REVENUE CONTRACT | ECI TELECOM LTD | |
| 2.0229 | TEAMING AGREEMENT | ECI TELECOM LTD | |
| 2.0230 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | ECOMM TECH PTE LTD | |
| 2.0231 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | ECOMM TECH PTE LTD | |
| 2.0232 | RESELLER AGREEMENT | ECUAINTEGRAL CONSULTING S.A. | |
| 2.0233 | RESELLER AGREEMENT | E-HOME AUTOMATION LLC | |
| 2.0234 | RESELLER AGREEMENT | ELECTRA CONTROL & COMMUNICATION LTD | |
| 2.0235 | DISTRIBUTOR AGREEMENT | ELECTRONIC PRODUCT SERVICES LTD | |
| 2.0236 | RESELLER AGREEMENT | ELECTRONICS & ELECTRICAL CO | |
| 2.0237 | 3 SCOPE AND PURPOSE OF THE AGREEMENT | ELISA OYJ | |
| 2.0238 | MUTUAL PRODUCT EVALUATION AGREEMENT | ELLIJAY TELEPHONE COMPANY | |
| 2.0239 | MUTUAL PRODUCT EVALUATION AGREEMENT | ELLIJAY TELEPHONE COMPANY | |
| 2.0240 | MUTUAL PRODUCT EVALUATION AGREEMENT | ELLIJAY TELEPHONE COMPANY | |
| 2.0241 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | EMERY TELECOM | |
| 2.0242 | UNDERTAKING & INDEMNITY LETTER | EMIRATES INTEGRATED TELECOMMUNICATIONS COMPANY | |
| 2.0243 | UNDERTAKING & INDEMNITY LETTER | EMIRATES INTEGRATED TELECOMMUNICATIONS COMPANY | |
| 2.0244 | CONFIDENTIALITY AGREEMENT | EMIRATES TELECOMMUNICATIONS COMPANY; ETISALAT | |

| | | | | |
|---|---|---|---|---|
| 2.0245 | ADDENDUM NO. I | EMIRATES TELECOMMUNICATIONS CORPORATION; EMIRATES TELECOMMUNICATIONS GROUP COMPANY PJSC; ETISALAT | | |
| 2.0246 | AGREEMENT | EMIRATES TELECOMMUNICATIONS CORPORATION; ETISALAT | | |
| 2.0247 | ETISALAT STANDARD INSTRUCTIONS AND CONDITIONS | EMIRATES TELECOMMUNICATIONS CORPORATION; ETISALAT | | |
| 2.0248 | NON DISCLOSURE AGREEMENT | EMIRATES TELECOMMUNICATIONS CORPORATION; ETISALAT | | |
| 2.0249 | CONFIDENTIALITY AGREEMENT | EMIRATES TELECOMMUNICATIONS GROUP COMPANY PJSC; ETISALAT | | |
| 2.0250 | SUBJECT: REQUEST TO PROVIDE USER ACCESS TO ETISALAT ISUPPLIER PORTAL | EMIRATES TELECOMMUNICATIONS GROUP COMPANY PJSC; ETISALAT | | |
| 2.0251 | SUBJECT: REQUEST TO PROVIDE USER ACCESS TO ETISALAT ISUPPLIER PORTAL | EMIRATES TELECOMMUNICATIONS GROUP COMPANY PJSC; ETISALAT | | |
| 2.0252 | RESELLER AGREEMENT | EMPRESARIAL SERVICOS E COMERCIO | | |
| 2.0253 | RESELLER AGREEMENT | EQUINOX EGYPT LLC | | |
| 2.0254 | AGREEMENT | EQUINOX INTERNATIONAL | | |
| 2.0255 | RESELLER AGREEMENT | EQUINSA NETWORKING S.L.U. | $ | 759,961.50 |
| 2.0256 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | ESSEMATICA | | |
| 2.0257 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | ESSEMATICA | | |
| 2.0258 | MOBILY SUPPLIER CODE OF CONDUCT | ETIHAD ETISALAT COMPANY; ETISALAT; MOBILY | | |
| 2.0259 | PROPOSAL | ETISALAT | | |
| 2.0260 | MUTUAL PRODUCT EVALUATION AGREEMENT | ETISALAT MISR SAE | | |
| 2.0261 | PRICE AGREEMENT | EUGENE WATER & ELECTRIC BOARD | | |
| 2.0262 | PRICE AGREEMENT | EUGENE WATER & ELECTRIC BOARD | | |
| 2.0263 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | EUTEL NV | | |
| 2.0264 | RESELLER AGREEMENT | EVEN FLOW DISTRIBUTION | | |
| 2.0265 | RE: INTERNATIONAL RESELLER AGREEMENT | EXCELLDATA LDA | | |
| 2.0266 | RESELLER AGREEMENT | EXCELLIUM, LDA | | |
| 2.0267 | RESELLER AGREEMENT | EXCELLIUM, LTDA | | |
| 2.0268 | FINANCIAL RECRUITING STAFFING AGREEMENT | EXECUFORCE | | |
| 2.0269 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | EXTRIBIX | | |
| 2.0270 | RESELLER AGREEMENT | EXTRIBIX | | |
| 2.0271 | RESELLER AGREEMENT | FALCAO REAL | | |
| 2.0272 | RE: SPECIAL EQUIPMENT CONTRACT, CONTRACT MO 611, DATED AUGUST 31, 2011 BETWEEN FARBER TELEPHONE COMPANY. AND ZHONE TECHNOLOGIES, INC. ("CONTRACT") | FARBER TELEPHONE COMPANY | $ | 500.00 |
| 2.0273 | PURCHASE AGREEMENT | FARMERS TELEPHONE COOPERATIVE INC | | |
| 2.0274 | PURCHASE AGREEMENT | FARMERS TELEPHONE COOPERATIVE INC | | |
| 2.0275 | PURCHASE AGREEMENT | FARMERS TELEPHONE COOPERATIVE INC | | |
| 2.0276 | PURCHASE AGREEMENT | FARMERS TELEPHONE COOPERATIVE INC | | |
| 2.0277 | PURCHASE AGREEMENT | FIBER CONNECT LLC | $ | 850.81 |
| 2.0278 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | FIBERX INC | | |
| 2.0279 | RESELLER AGREEMENT | FIBERX INC | | |
| 2.0280 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | FIBRAWEB SPA | | |
| 2.0281 | LETTER AGREEMENT RE MOUNTAIN VIEW SOFTWARE | FINE POINT TECHNOLOGIES INC | | |
| 2.0282 | STATEMENT OF WORK | FLASH GLOBAL LOGISTICS INC; CASA COMMUNICATIONS LIMITED | | |
| 2.0283 | STATEMENT OF WORK | FLASH GLOBAL LOGISTICS INC; CASA COMMUNICATIONS LIMITED | | |
| 2.0284 | STATEMENT OF WORK | FLASH GLOBAL LOGISTICS INC; CASA COMMUNICATIONS LIMITED | | |
| 2.0285 | STATEMENT OF WORK | FLASH GLOBAL LOGISTICS INC; CASA COMMUNICATIONS LIMITED | | |
| 2.0286 | STATEMENT OF WORK | FLASH GLOBAL LOGISTICS INC; CASA COMMUNICATIONS LIMITED | | |
| 2.0287 | MUTUAL NON-DISCLOSURE AGREEMENT | FLEXTRONICS TELECOM SYSTEMS | | |
| 2.0288 | FLOQAST CLOSE MANAGEMENT SOFTWARE SERVICES ORDER FORM | FLOQAST INC | $ | 8,139.47 |

| ID | Agreement | Counterparty | Amount |
|---|---|---|---|
| 2.0289 | MUTUAL NON-DISCLOSURE AGREEMENT | FLUENCY SECURITY | |
| 2.0290 | DZS INC. RESELLER AGREEMENT | FLYTEC COMPUTERS INC | |
| 2.0291 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | FLYTEC COMPUTERS INC | |
| 2.0292 | MUTUAL PRODUCT EVALUATION AGREEMENT | FOCUS BROADBAND INC | |
| 2.0293 | RESELLER AGREEMENT | FONEX DATA SYSTEMS INC | |
| 2.0294 | RESELLER AGREEMENT | FRACARRO RADIOINDUSTRIE S.R.L | |
| 2.0295 | MUTUAL PRODUCT EVALUATION AGREEMENT | FRIDAY NETWORKS | |
| 2.0296 | RESELLER AGREEMENT | FRIDAY NETWORKS | |
| 2.0297 | RESELLER AGREEMENT | FSIT SERVICES EGYPT (FUJITSU) | |
| 2.0298 | MUTUAL PRODUCT EVALUATION AGREEMENT | FUJITSU NETWORK COMMUNICATIONS INC | |
| 2.0299 | DASAN ZHONE SOLUTIONS, INC. AGREEMENT | FURUKAWA ELECTRIC LATAM SA | $ 3,868.20 |
| | | | $ 110,281.60 |
| 2.0300 | FIRST AMENDMENT TO THE TECHNICAL SUPPORT SERVICES AGREEMENT | FURUKAWA ELECTRIC LATAM SA | |
| 2.0301 | PURCHASE ORDER | FURUKAWA ELECTRIC LATAM SA | |
| 2.0302 | SECOND AMENDMENT TO THE MAIN CONTRACT | FURUKAWA ELECTRIC LATAM SA | |
| 2.0303 | TECHNICAL SUPPORT SERVICES AGREEMENT | FURUKAWA ELECTRIC LATAM SA | |
| 2.0304 | PARENT COMPANY GUARANTY PARENT | FURUKAWA ELECTRIC LATAM SA; FURUKAWA ELECTRIC COMMUNICATIONS SOUTHEAST ASIA LT | |
| 2.0305 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | GCI COMMUNICATION CORP | |
| 2.0306 | AMENDMENT 8 TO GENBAND ZHONE INTEROPERABILITY TESTING AGREEMENT | GENBAND US LLC; SONUS NETWORKS INC; RIBBON COMMUNICATIONS OPERATING COMPANY INC | |
| 2.0307 | AMENDMENT 8 TO GENBAND ZHONE INTEROPERABILITY TESTING AGREEMENT | GENBAND US LLC; SONUS NETWORKS INC; RIBBON COMMUNICATIONS OPERATING COMPANY INC | |
| 2.0308 | AMENDMENT 8 TO GENBAND ZHONE INTEROPERABILITY TESTING AGREEMENT | GENBAND US LLC; SONUS NETWORKS INC; RIBBON COMMUNICATIONS OPERATING COMPANY INC | |
| 2.0309 | AMENDMENT 8 TO GENBAND ZHONE INTEROPERABILITY TESTING AGREEMENT | GENBAND US LLC; SONUS NETWORKS INC; RIBBON COMMUNICATIONS OPERATING COMPANY INC | |
| 2.0310 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | GENERAL DATA COMM INC. | |
| 2.0311 | MUTUAL CONFIDENTIALITY AGREEMENT | GENEXIS SWEDEN AB | |
| 2.0312 | RESELLER AGREEMENT | GENEXIS SWEDEN AB | $ 858.50 |
| 2.0313 | RESELLER AGREEMENT | GENEXIS SWEDEN AB | |
| 2.0314 | RESELLER AGREEMENT | GENEXIS SWEDEN AB | |
| 2.0315 | SOW PROFESSIONAL SERVICE SUPPLIER LETTER | GEOMETRIC RESULTS INC; CONNECT HOLDINGS II LLC; BRIGHTSPEED | |
| 2.0316 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | GEORGIA PUBLIC WEB INC | $ 19,960.51 |
| 2.0317 | RESELLER AGREEMENT | GESTO COMMUNICATIONS | |
| 2.0318 | GENERAL REPAIR TERMS AND CONDITIONS | GLATTWERK AG | |
| 2.0319 | RESELLER AGREEMENT | GLOBAL COMPUTER COMMUNICATION SOLUTIONS FZC | |
| 2.0320 | AMENDMENT NO 2 ORIGINAL GLOBAL CONNECT AS ROLFSBUKTVEIEN 4 PB 1 N-1330 | GLOBALCONNECT AS | |
| 2.0321 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | GMT TELECOMMUNICATIONES | |
| 2.0322 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | GO, PLC | |
| 2.0323 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | GOLDEN WEST TELECOMMUNICATIONS COOP., INC. | $126.62 |
| 2.0324 | AMENDMENT NO. 1 TO THE RESELLER AGREEMENT BETWEEN PARADYNE CORPORATION AND GOLDFIELD TELECOM, LC | GOLDFIELD TELECOM LC | |
| 2.0325 | AMENDMENT NO. 2 | GOLDFIELD TELECOM LC | |
| 2.0326 | RESELLER AGREEMENT | GOLDFIELD TELECOM LC | $ 53,025.25 |
| | | | $1,754.86 |
| 2.0327 | RELATING PARTIES TRANSACTION CONFIRMATION FOR AUDIT | GONGJIN ELECTRONIC (HONG KONG) LIMITED | |
| 2.0328 | RE: OUTSOURCED LEGAL SERVICES FOR DZS (HEREINAFTER REFERRED TO AS "YOU" OR THE "COMPANY") | GRABLE MARTIN FULTON PLLC | |

| | | | | |
|---|---|---|---|---|
| 2.0329 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | GRAND RIVER MUTUAL TEL | $ | 153.39 |
| 2.0330 | DISTRIBUTOR AGREEMENT | GRAYBAR ELECTRIC COMPANY INC | | |
| 2.0331 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | GREH LITTO | | |
| 2.0332 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | GT&T | | |
| 2.0333 | RESELLER AGREEMENT | GTC TRADING DWC LLC | | |
| 2.0334 | DZS EVERY CONNECTION MATTERS" OVERALL GUIDELINES | GULF MINETECH LLC | | |
| 2.0335 | RESELLER AGREEMENT | GULF MINETECH LLC | | |
| 2.0336 | PATENT SALES SERVICES AGREEMENT | HANS LEE | | |
| 2.0337 | RESELLER AGREEMENT | HARDWARE SOLUTIONS BUILDERS CO | | |
| 2.0338 | MUTUAL PRODUCT EVALUATION AGREEMENT | HARDY TELECOMMUNICATIONS | | |
| 2.0339 | EVERY CONNECTION MATTERS OVERALL GUIDELINES | HARRISION RURAL ELECTRIFICATION ASSOCIATION INC | | |
| 2.0340 | EVERY CONNECTION MATTERS OVERALL GUIDELINES | HARRISION RURAL ELECTRIFICATION ASSOCIATION INC | | |
| 2.0341 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | HARRISON RURAL ELECTRIFICATION ASSOC. INC. | | |
| 2.0342 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | HAYAT COMMUNICATIONS | | |
| 2.0343 | MUTUAL PRODUCT EVALUATION AGREEMENT | HCD CONSULTING GMBH | | |
| 2.0344 | MUTUAL PRODUCT EVALUATION AGREEMENT | HCD CONSULTING GMBH | | |
| 2.0345 | MUTUAL PRODUCT EVALUATION AGREEMENT | HCD CONSULTING GMBH | | |
| 2.0346 | MUTUAL PRODUCT EVALUATION AGREEMENT | HCD CONSULTING GMBH | | |
| 2.0347 | MUTUAL PRODUCT EVALUATION AGREEMENT | HCD CONSULTING GMBH | | |
| 2.0348 | ENGAGEMENT LETTER | HEIDRICK & STRUGGLES (KOREA) INC | | |
| 2.0349 | PURCHASE AGREEMENT | HERIEA LIMA | | |
| 2.0350 | RESELLER AGREEMENT | HEYDOX COMMUNICATIONS | | |
| 2.0351 | DRAFT REPRESENTATION AGREEMENT | HHN PARTNERS LLC | | |
| 2.0352 | MUTUAL PRODUCT EVALUATION AGREEMENT | HICKORY TELEPHONE COMPANY | | |
| 2.0353 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | HICTORY TELEPHONE COMPANY (HTC) COMMUNICATIONS | $ | 1,077.25 |
| 2.0354 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | HIGUEST SRL | | |
| 2.0355 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | HIGUEST SRL | | |
| 2.0356 | AUTHORIZATION LETTER | HITEKNOFAL SOLUTIONS LTD | | |
| 2.0357 | AUTHORIZATION LETTER | HITEKNOFAL SOLUTIONS LTD | | |
| 2.0358 | RESELLER AGREEMENT | HITEKNOFAL SOLUTIONS LTD | | |
| 2.0359 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | HOIST GROUP SPAIN | | |
| 2.0360 | RESELLER AGREEMENT | HORIZON TECHNOLOGY FZCO | | |
| 2.0361 | MUTUAL PRODUCT EVALUATION AGREEMENT | HORRY TELEPHONE COOPERATIVE INC | | |
| 2.0362 | MUTUAL PRODUCT EVALUATION AGREEMENT | HORRY TELEPHONE COOPERATIVE INC | | |
| 2.0363 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | HOSPITALITY PURVEYORS, INC. | | |
| 2.0364 | RESELLER AGREEMENT | HOSTED AMERICA INC | | |
| 2.0365 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | HOSTED AMERICA LLC | | |
| 2.0366 | ENTERPRISE VAR AGREEMENT | HUACOMM TELECOMMUNICATIONS ENGINEERING (M) SDN BHD | | |
| 2.0367 | RESELLER AGREEMENT | I3C SOLUCOES EM TELEFONIA E COMUNICACAO LTDA | | |
| 2.0368 | KEY TERMS AND CONSIDERATION | IMMARVIC CIA. LTDA | | |
| 2.0369 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | IMPERIUM DATA NETWORKS LLC | $ | 113.10 |
| 2.0370 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | INFINITY BROADBAND LTD | $ | 7,576.50 |
| 2.0371 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | INFITEL CO LTD; ZHOME TECHNOLOGIES INC | | |
| 2.0372 | AUTHORIZED PARTNER STATUS CONFIRMATION LETTER | INFORT EGYPT | | |
| 2.0373 | CERTIFICATE OF CONFORMITY | INFORT EGYPT | | |
| 2.0374 | MUTUAL CONFIDENTIALITY AGREEMENT | INFORT EGYPT | | |
| 2.0375 | MUTUAL CONFIDENTIALITY AGREEMENT | INFORT EGYPT | | |
| 2.0376 | RESELLER AGREEMENT | INFORT EGYPT | | |

| | | | | |
|---|---|---|---|---|
| 2.0377 | SERVICES AGREEMENT | INFRACO; TELSTRA LIMITED; TELSTRA GROUP LIMITED; TELSTRA CORPORATION LIMITED | | |
| 2.0378 | PURCHASE AGREEMENT | INFRASTRUKTURA D.O.O. | | |
| 2.0379 | PARTICIPATION AGREEMENT | INGRAM MICRO (NZ) LIMITED | $ | 177,655.78 |
| 2.0380 | PARTICIPATION AGREEMENT | INGRAM MICRO (NZ) LIMITED | | |
| 2.0381 | PARTICIPATION AGREEMENT | INGRAM MICRO (NZ) LIMITED | | |
| 2.0382 | RE: PARTICIPATION AGREEMENT PURSUANT TO CLAUSE 2.2 OF THE DISTRIBUTION AGREEMENT DATED 9 FEBRUARY 1993 AND CLAUSE 4 OF THE PARTICIPATION AGREEMENT | INGRAM MICRO (NZ) LIMITED | | |
| 2.0383 | AMENDMENT #2 TO THE DISTRIBUTION AGREEMENT | INGRAM MICRO INC | $ | 2,814.34 |
| 2.0384 | EVERY CONNECTION MATTERS OVERALL GUIDELINES | INGRAM MICRO NZ LTD | | |
| 2.0385 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | INSTANET DMCC | | |
| 2.0386 | RESELLER AGREEMENT | INTEGRAL PVT LTD | | |
| 2.0387 | RESELLER AGREEMENT | INTELVISION LTD | | |
| 2.0388 | MUTUAL PRODUCT EVALUATION AGREEMENT | INTER. TELECOM & ELECT. CORPORATION ITEC | | |
| 2.0389 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | INTERBEL TELEPHONE COOPERATIVE INC | $ | 228.40 |
| 2.0390 | SUBJECT: MONTANA 522 INTERBEL | INTERBEL TELEPHONE COOPERATIVE INC | | |
| 2.0391 | DISTRIBUTORSHIP AGREEMENT | INTERCABLE SA DE CV | | |
| 2.0392 | NON DEVELOPMENT SOLUTIONS ENGAGEMENT AGREEMENT | INTERNATIONAL BUSINESS MACHINES CORPORATION | | |
| 2.0393 | ENGAGEMENT LETTER | INWI | | |
| 2.0394 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | ITECO NIGERIA LIMITED; SINFIN | | |
| 2.0395 | RESELLER AGREEMENT | ITESALGROUP SYSTEMS CO. WLL | | |
| 2.0396 | RESELLER AGREEMENT | ITESALGROUP SYSTEMS CO. WLL | | |
| 2.0397 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | ITV-3 INC.; I3 BROADBAND | $ | 58,459.06 |
| 2.0398 | MUTUAL NON-DISCLOSURE AGREEMENT | JABIL INC. | $ | 415,697.60 |
| 2.0398 | MUTUAL NON-DISCLOSURE AGREEMENT | JABIL INC. | $ | 1,021,915.79 |
| 2.0398 | MUTUAL NON-DISCLOSURE AGREEMENT | JABIL INC. | $ | 7,353.69 |