# Exhibit 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-40712 |
| DZS INC., *et al.*,[1] | § | |
| | § | (Chapter 7) |
| DEBTORS. | § | |

**THIRD NOTICE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED, PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE, IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE ESTATES' ASSETS, AND THE PROPOSED CURE AMOUNTS**

**COMES NOW**, Michelle H. Chow, the Chapter 7 trustee in the above-referenced Chapter 7 Cases, by and though her counsel Singer & Levick, P.C., and filed this *Third Notice Of Executory Contracts And Unexpired Leases That May Be Assumed And Assigned, Pursuant To Section 365 Of The Bankruptcy Code, In Connection With The Sale Of Substantially All Of The Estates' Assets, And The Proposed Cure Amounts* (the "Notice")[2]:

1. On April 4, 2025, the Trustee filed *Trustee's Motion for an Order Approving Sale of Certain Property of the Estate Free and Clear of all Liens, Claims and Encumbrances and Assumption and Assignment of Executory Contracts and Leases* (the "Sale Motion") [Dkt. No. 26]. The Sale Motion has been set for hearing on April 28, 2025 at 1:30 p.m.

2. In accordance with the Sale Motion, the Trustee hereby files this Notice (the "Cure Notice") identifying: (i) those executory contracts and unexpired leases that may be assumed and assigned to a potential purchaser in connection with the Trustee's sale of the Purchased Assets (the

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: DZS Inc. (9099); DZS Services Inc. (3763); and DZS California Inc. (3221). The location of the Debtors' service address for purposes of these Chapter 7 Cases is: 5700 Tennyson Parkway, Suite 400, Plano, TX 75024.

[2] Capitalized terms not defined herein shall have the meaning ascribed in the Sale Motion, Sale Order, the Letter of Intent (the "LOI"), and the Asset Purchase Agreement (the "APA"), once filed.

1

"Assets"); and (ii) the proposed amount to cure any and all defaults associated with each Executory Contract and Unexpired Lease (the "Cure Amount").

3. A list of the Executory Contracts and Unexpired Leases, together with the Cure Amount for each, is attached to this Notice as **Exhibit 1**.

4. You have been identified as a possible party to an Executory Contract or Unexpired Lease that may be assumed and assigned.

5. If you wish to assert an objection (i) to the proposed Cure Amount associated with the particular Executory Contract or Unexpired Lease to which you are a party or (ii) otherwise object on other grounds to the assumption and assignment to Purchaser of a particular Executory Contract or Unexpired Lease, you must do so in accordance with the instructions in this Notice, on or before **5:00 p.m. Central Time, Friday, April 25, 2025** (the "Objection Deadline") which is the deadline to object to the Motion.

6. In order to be considered, objections (if any) must be: (i) in writing; (ii) state with specificity the grounds for such objection (with appropriate documentation in support thereof); (iii) comply with the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for Eastern District of Texas; (iv) be filed with this Court and served on the following parties (so as to be received by such parties) by the Objection Deadline: (i) the Trustee, c/o , Singer & Levick, P.C., 16200 Addison Road, Suite 140, Addison, Texas 75001, Attn. Michelle Shriro, Esq.; (ii) the Purchaser, c/o Dykema Gossett PLLC, 112 East Pecan Street, Suite 1800, San Antonio, Texas 78205, Attn. Deborah D. Williamson, Esq. and (iii) the Office of the United States Trustee, 110 N. College Ave., Suite 300, Tyler, Texas 75702.

7. If you do not file and serve a timely objection to a proposed Cure Amount listed on **Exhibit 1** to this Cure Notice pursuant to the instructions set out in this Cure Notice or otherwise

2

object to the assumption or assignment, you shall be forever barred from objecting to such Cure Amount and to such assignment to the Purchaser (as defined in the Motion), and you shall be deemed to consent to such assignment upon payment of the Cure Amount.

8.  The inclusion of a contract or agreement on **Exhibit 1** attached hereto does not constitute an admission that such contract or agreement is an executory contract and does not constitute a representation that such contract or agreement will be assumed and assigned to any successful purchaser. The Trustee reserves all of her rights, claims, and causes of action with respect to the contracts and agreements listed on **Exhibit 1** attached hereto.

**DATED: April 14, 2025**

Respectfully submitted,

SINGER & LEVICK, P.C.

By: /s/ *Michelle E. Shriro*
Larry A. Levick
State Bar No. 12252600
Michelle E. Shriro
State Bar No. 18310900
Todd A. Hoodenpyle
State Bar No. 00798265

16200 Addison Road, Suite 140
Addison, Texas 75001
Phone: 972.380.5533
Fax: 972.380.5748
Email: levick@singerlevick.com
Email: mshriro@singerlevick.com
Email: hoodenpyle@singerlevick.com

GENERAL COUNSEL FOR
MICHELLE H. CHOW, CHAPTER 7 TRUSTEE

3

126685.000001 4937-2451-6406.1

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, which includes the parties as shown below; that a true and correct copy of the foregoing document has been served upon each Contract counterparty via first, class mail, at the address provided on the Contract on this 14th day of April, 2025. Any party on the Service List receiving only the Motion may request a copy of the Exhibit as discussed in the Motion from the undersigned counsel.

| **DEBTOR:** | **ATTORNEY FOR DEBTOR:** |
|---|---|
| DZS Inc.<br>5700 Tennyson Parkway, Suite 400<br>Plano, TX 75024<br>**VIA ECF Noticing through its attorney** | Travis A. McRoberts<br>Baker Botts L.L.P.<br>2001 Ross Avenue, Suite 900<br>Dallas, TX 75201-1980<br>**VIA ECF Noticing** |
| **COUNSEL FOR PURCHASER:** | **TRUSTEE:** |
| Deborah D. Williamson<br>Dykema<br>112 E. Pecan Street, Suite 1800<br>San Antonio, TX 78205<br>**VIA EMAIL: dwilliamson@dykema.com** | Michelle H. Chow<br>16200 Addison Road, Suite 140<br>Addison, TX 75001<br>**VIA ECF Noticing** |
| **US TRUSTEE:** | |
| Office of the US Trustee<br>110 N. College Ave., Suite 300<br>Tyler, Texas 75702<br>**VIA ECF Noticing** | |

/s/ *Michelle E. Shriro*
Michelle E. Shiro

1

126685.000001 4937-2451-6406.1

## Exhibit 1

**Assumed and Assigned Executory Contracts**

| ID | Description of Contract or Lease | Counterparty Name | Total Claim |
|---|---|---|---|
| 2.0399 | RESELLER AGREEMENT | JORDAN DATA SYSTEMS | |
| 2.0400 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | JSC SPLIUS | |
| 2.0401 | REPRESENTATION AGREEMENT | JTECH SYSTEMS | |
| 2.0402 | REPRESENTATION AGREEMENT | JTECH SYSTEMS | |
| 2.0403 | REPRESENTATION AGREEMENT | JTECH SYSTEMS | |
| 2.0404 | MUTUAL CONFIDENTIALITY AGREEMENT | JUMLA NOW MOBILE PHONES AND ACCESSORIES TRADING L.L.C. | |
| 2.0405 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | JUNGO LTD. | |
| 2.0406 | NOTIFICATION LETTER | JV LLC | |
| 2.0407 | ORDER NOTIFICATION LETTER | JV LLC | |
| 2.0408 | ORDER NOTIFICATION LETTER | JV LLC | |
| 2.0409 | MUTUAL PRODUCT EVALUATION AGREEMENT | KABEL-TV LAMPERT GMBH & CO KG | |
| 2.0410 | DISTRIBUTOR AGREEMENT | KANNEGIETER ELECTONICA BV | |
| 2.0411 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | KANOKLA TELEPHONE | $ 83.03 |
| 2.0412 | SUPPLY CONTRACT | KARABAKH TELECOM CJSC | |
| 2.0413 | FIRST AMENDMENT TO NON- DISCLOSURE AGREEMENT | KDDI CORPORATION; KYOCERA COMMUNICATION SYSTEMS CO LTD | |
| 2.0414 | FIRST AMENDMENT TO NON- DISCLOSURE AGREEMENT | KDDI CORPORATION; KYOCERA COMMUNICATION SYSTEMS CO LTD | |
| 2.0415 | AGREEMENT | KEITH E HOULT; INTENO COMMUNICATION; NET TECHNOLOGIES LIMITED | |
| 2.0416 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | KENTON RESEARCH LTD | |
| 2.0417 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | KEPS TECHNOLOGIES INC. DBA ACD.NET | |
| 2.0418 | PRICING PROPOSAL | KETCHIKAN PUBLIC UTILITIES | |
| 2.0419 | AGREEMENT SYMMETRICAL SERVICES ACCESS EQUIPMENT CONTRACT NO. 06-38 | KETCHIKAN PUBLIC UTILITIES; CITY CLERK OF THE CITY OF KETCHIKAN ALASKA | |
| 2.0420 | AGREEMENT SYMMETRICAL SERVICES ACCESS EQUIPMENT CONTRACT NO. 06-38 | KETCHIKAN PUBLIC UTILITIES; CITY CLERK OF THE CITY OF KETCHIKAN ALASKA | |
| 2.0421 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | KINEX TELECOM | |
| 2.0422 | PURCHASE AGREEMENT | KINGSTON COMMUNICATIONS | |
| 2.0423 | PURCHASE AGREEMENT | KIT CARSON TELECOM | |
| 2.0424 | RESELLER AGREEMENT | KLF ITALIA SRL | |
| 2.0425 | GENERAL TERMS AND CONDITIONS OF THE PURCHASE CONTRACT | KT CO LTD | |
| 2.0426 | RESELLER AGREEMENT | KT-ELECTRONIC KFT | |
| 2.0427 | RE: ENGAGEMENT TO PERFORM LEGAL SERVICES | KUTAK ROCK LLP | |
| 2.0428 | DISTRIBUTION AGREEMENT | LAGERCRANTZ COMMUNICATION AB | |
| 2.0429 | RESELLER AGREEMENT | LANSE-3 PLAY A.S. | |
| 2.0430 | RESELLER AGREEMENT | LANSE-3 PLAY A.S. | |
| 2.0431 | DISTRIBUTOR AGREEMENT | LAO MUNKONG SOLE CO LTD | |
| 2.0432 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | LAR COMPUTADORAS SA DE GV | |
| 2.0433 | RESELLER AGREEMENT | LEB ON FIBER S.A.R.L. | |
| 2.0434 | DZS INC. RESELLER AGREEMENT | LIGHT RIVER TECHNOLOGIES INC | |
| 2.0435 | RESELLER AGREEMENT | LIGHT RIVER TECHNOLOGIES INC | |
| 2.0436 | MUTUAL PRODUCT EVALUATION AGREEMENT | LIGHTRIVER TECHNOLOGIES INC | |
| 2.0437 | RESELLER AGREEMENT | LINK ACCURACY COMPANY LTD | |
| 2.0438 | FINANCIAL PUBLIC RELATIONS AGREEMENT | LIOLIOS GROUP INC | |
| 2.0439 | PURCHASE AGREEMENT | LISCO LLC | |
| 2.0440 | ENGAGEMENT AGREEMENT | LOGOS LAW LLC | |
| 2.0441 | RESELLER AGREEMENT | LOWVO COMPANY | |
| 2.0442 | RESELLER AGREEMENT | LOWVO SOLUTIONS | |
| 2.0443 | PURCHASE AGREEMENT | LUMENET COMUNICACIONES LLC | |
| 2.0444 | PROCUREMENT AGREEMENT | LUX INC; TIME WARNER TELECOM HOLDINGS INC | |
| 2.0445 | PROCUREMENT AGREEMENT | LUX INC; TIME WARNER TELECOM HOLDINGS INC | |
| 2.0446 | STATE OF HAWAII CONTRACT FOR GOODS AND SERVICES | LUXN INC; STATE PROCUREMENT OFFICE STATE OF HAWAII | |
| 2.0447 | STATE OF HAWAII CONTRACT FOR GOODS AND SERVICES | LUXN INC; STATE PROCUREMENT OFFICE STATE OF HAWAII | |
| 2.0448 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | MANTI TELEPHONE CO.; MTCC | $ 164.57 |
| 2.0449 | DISTRIBUTION AGREEMENT | MARUBENI NETWORK SYSTEMS CORPORATION | |

| | | | | |
|---|---|---|---|---|
| 2.0450 | MUTUAL PRODUCT EVALUATION AGREEMENT | MASSEY; WORLD WIDE TECHNOLOGY LLC | | |
| 2.0451 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | MATANUSKA TELEPHONE ASSOCIATION, INC. | | |
| 2.0452 | GLOBAL TEAMING AGREEMENT | MAVENIR SYSTEMS INC | | |
| 2.0453 | HARDWARE OEM SUPPLY AGREEMENT | MAVENIR SYSTEMS INC | | |
| 2.0454 | MUTUAL PRODUCT EVALUATION AGREEMENT | MAVENIR SYSTEMS INC | | |
| 2.0455 | MUTUAL PRODUCT EVALUATION AGREEMENT | MAVENIR SYSTEMS INC | | |
| 2.0456 | MUTUAL CONFIDENTIALITY AGREEMENT | ME INFOSYSTEM LLC | | |
| 2.0457 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | MEDIATUBE CORP. | | |
| 2.0458 | CONTRACTUAL DOCUMENT | MEGA HERTZ INC | | |
| 2.0459 | RESELLER AGREEMENT | MEGA HERTZ INC | | |
| 2.0460 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | MEKONG NET | $ | 162.00 |
| 2.0461 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | METROSYSTEMS AG | | |
| 2.0462 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | MICKTEL LLC | | |
| 2.0463 | RESELLER AGREEMENT | MIDEAST DATA SYSTEMS | | |
| 2.0464 | MUTUAL PRODUCT EVALUATION AGREEMENT | MID-HUDSON CABLEVISION | $ | 26,390.42 |
| 2.0465 | RESELLER AGREEMENT | MI-TEC (PTY) LTD | | |
| 2.0466 | AMENDMENT NO 1 TO THE RESELLER AGREEMENT | MITECH EUROPE LTD | | |
| 2.0467 | AMENDMENT NO 2 TO THE RESELLER AGREEMENT | MITECH EUROPE LTD | | |
| 2.0468 | RESELLER AGREEMENT | MITECH EUROPE LTD | | |
| 2.0469 | INTERNATIONAL DISTRIBUTOR | MITECH GROUP PLC | | |
| 2.0470 | TERMS AND CONDITIONS FOR THE PURCHASE OF GOODS AND/OR SERVICES FROM ZHONE TECHNOLOGIES, INC ORDER | MLL TELECOM LTD | | |
| 2.0471 | DZS INC. RESELLER AGREEMENT | MOBIA TECHNOLOGY INNOVATIONS INCORPORATED | | |
| 2.0472 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | MOBIA TECHNOLOGY INNOVATIONS INCORPORATED | | |
| 2.0473 | CORPORATE GUARANTY | MOBINIL FOR IMPORTING | | |
| 2.0474 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES - 1 PREAMBLE | MORGAN KEEGAN | | |
| 2.0475 | CONTRACTUAL DOCUMENT | MORTEK TELECOMMUNICATIONS LTD | | |
| 2.0476 | MUTUAL NON-DISCLOSURE AGREEMENT | MOSS ADAMS | | |
| 2.0477 | SUBJECT: AMENDMENT #2 TO OEM AGREEMENT | MOTOROLA INC; PREMISYS COMMUNICATIONS INC | $ | 544.05 |
| 2.0478 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | MOUNTIAN COMMUNICATIONS LLC | | |
| 2.0479 | REPRESENTATION AGREEMENT | MR DAVID FUSCO | | |
| 2.0480 | MASTER SUPPLY AGREEMENT | MTS ALLSTREAM INC | | |
| 2.0481 | MASTER SUPPLY AGREEMENT | MTS ALLSTREAM INC | | |
| 2.0482 | RENEWAL AGREEMENT | MTS ALLSTREAM INC | | |
| 2.0483 | MASTER PURCHASE AGREEMENT | MTS ALLSTREAM INC; ALLSTREAM FIBRE US INC | | |
| 2.0484 | AMENDMENT NO. 1 TO RESELLER AGREEMENT | MULTICOM INC | | |
| 2.0485 | RESELLER AGREEMENT | MULTICOM INC | | |
| 2.0486 | RESELLER AGREEMENT | MULTIKOM CO LTD | | |
| 2.0487 | SALES AGREEMENT | MULTINET KOREA CO. | | |
| 2.0488 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | MUTH CITYNETZ HALLE GMBH | | |
| 2.0489 | MUTUAL PRODUCT EVALUATION AGREEMENT | MVECA | | |
| 2.0490 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | MYAKKA COMMUNICATIONS, INC. | $ | 8,417.42 |
| 2.0491 | MUTUAL PRODUCT EVALUATION AGREEMENT | NAITEL | | |
| 2.0492 | MULTI-GIG RESEARCH REPORT MARKETING AGREEMENT | NATIONAL CABLE TELEVISION COOPERATIVE INC | | |
| 2.0493 | RESELLER AGREEMENT | NATIONAL FIBER CONNECTIONS LLC | | |
| 2.0494 | RESELLER AGREEMENT | NATIONAL FIBER CONNECTIONS LLC | | |
| 2.0495 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | NATIONAL FIBER OPTIC COMPANY (NFOC) | $ | 5,924.80 |
| 2.0496 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | NAVIGATA COMMUNICATIONS LIMITED | | |
| 2.0497 | RESELLER AGREEMENT | NAXOS KUT S.A. | | |
| 2.0498 | RESELLER AGREEMENT | NCIS GROUP PTY LTD | | |
| 2.0499 | RESELLER AGREEMENT | NCIS GROUP PTY LTD | | |

| | | | | |
|---|---|---|---|---|
| 2.0500 | MUTUAL PRODUCT EVALUATION AGREEMENT | NEC LATIN AMERICA SA | | |
| 2.0501 | AGREEMENT | NET TECHNOLOGIES GMBH | | |
| 2.0502 | CUSTOMER AGREEMENT | NET UNO C.A. | | |
| 2.0503 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | NET VISION D.O.O. | | |
| 2.0504 | SETTLEMENT AGREEMENT AND RELEASE | NET2000 COMMUNICATIONS SERVICES INC | | |
| 2.0505 | PURCHASE AGREEMENT | NETDIGITAL, INC. | | |
| 2.0506 | RESELLER AGREEMENT | NETSYS SOLUTIONS PVT LTD | | |
| 2.0507 | RESELLER AGREEMENT | NEXTCOM PTY LTD | | |
| 2.0508 | PURCHASE AGREEMENT | NINESTAR CONNECT | | |
| 2.0509 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | NISATEL SHPR | | |
| 2.0510 | STATEMENT OF WORK | NOKIA OF AMERICA CORPORATION | | |
| 2.0511 | FRAME AGREEMENT FOR MAINTENANCE AND SUPPORT OF SOFTWARE PRODUCTS | NOKIA SIEMENS NETWORKS OY; DASAN NETWORKS, INC | | |
| 2.0512 | ADOPTION AGREEMENT | NOKIA SOLUTIONS AND NETWORKS OY | | |
| 2.0513 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | NOORCOM COMMUNICATIONS LTD | | |
| 2.0514 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | NORMAN ENGINEERING | | |
| 2.0515 | AMENDMENT #1 | NORTEL NETWORKS INC | | |
| 2.0516 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | NORTH CENTRAL TELEPHONE COOPORATIVE (NCTC) | | |
| 2.0517 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | NORTH STATE COMMUNICATIONS | | |
| 2.0518 | CONTRACT FOR SERVICES | NORTHFORGE INNOVATIONS INC | | |
| 2.0519 | PRODUCT PURCHASE AGREEMENT | NORTHWESTEL INC | $ | 571.14 |
| 2.0520 | STATEMENT OF WORK | NORTHWESTEL INC | | |
| 2.0521 | AMENDMENT NO. ONE TO PRODUCT PURCHASE | NORTHWESTEL INC; DASAN ZONE SOLUTIONS INC | | |
| 2.0522 | AMENDMENT NO. ONE TO PRODUCT PURCHASE | NORTHWESTEL INC; DASAN ZONE SOLUTIONS INC | | |
| 2.0523 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | NORVADO, INC. | $ | 5,169.57 |
| 2.0524 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | OASIS COMMUNICATION TECHNOLOGIES LTD | | |
| 2.0525 | PURCHASE AGREEMENT | OCEAN PROPERTIES | | |
| 2.0526 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | OCTOTEL (PTY) LTD | | $257,382.29 |
| 2.0527 | FRAME SUPPLY AGREEMENT | OG FJARSKIPTI EHF; VODAFONE ICELAND | | |
| 2.0528 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | OKLAHOMA WESTERN TELEPHONE | | |
| 2.0529 | RESELLER AGREEMENT | OMEGA TAHITI | | |
| 2.0530 | RESELLER AGREEMENT | OMNITEL NAMIBIA PTY LTD | | |
| 2.0531 | MUTUAL NON-DISCLOSURE AGREEMENT | ONENEO GMBH | | |
| 2.0532 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | ONENEO GMBH | | |
| 2.0533 | RESELLER AGREEMENT | ONEPA TELECOMUNICACOES SU | | |
| 2.0534 | RESELLER AGREEMENT | OOREDOO MALDIVES PLC; RESELLER DER BO MALLIVES PLC | | |
| 2.0535 | DZS INC. RESELLER AGREEMENT | OPENLINK PUERTO RICO INC | | |
| 2.0536 | MASTER AGREEMENT | OPENSERVE (PTY) LTD | | |
| 2.0537 | SOFTWARE LICENSE MAINTENANCE ANNEXURE AGREEMENT NUMBER | OPENSERVE (PTY) LTD | | |
| 2.0538 | ADDENDUM NUMBER 1 TO AGREEMENT CW34698 | OPENSERVE (PTY) LTD; DYNAMIC SPECTRUM MANAGEMENT | | |
| 2.0539 | MUTUAL PRODUCT EVALUATION AGREEMENT | ORANGE FRANCE SA | | |
| 2.0540 | MUTUAL PRODUCT EVALUATION AGREEMENT | ORANGE INNOVATION | | |
| 2.0541 | PURCHASE ORDER | ORANGE POLSKA SA | | |
| 2.0542 | PURCHASE ORDER | ORANGE POLSKA SA | | |
| 2.0543 | PURCHASE ORDER | ORANGE POLSKA SA | | |
| 2.0544 | EVALUATION AGREEMENT | ORANGE POLSKA SA; SLOBODAN ZLATKOVIC | | |
| 2.0545 | REQUEST FOR PROPOSALS | ORLANDO INTERNATIONAL AND EXECUTIVE AIRPORTS | | |
| 2.0546 | EQUIPMENT PURCHASE AGREEMENT | OSICOM TECHNOLOGIES INC; TCI NETWORK SOLUTIONS INC; AT&T BROADBAND NETWORK SOLUTIONS | | |
| 2.0547 | MUTUAL PRODUCT EVALUATION AGREEMENT | OUTER REACH BROADBAND LLC | | |
| 2.0548 | DZS EVERY CONNECTION MATTERS" OVERALL GUIDELINES | PACE ELECTRONIC INC | | |
| 2.0549 | RESELLER AGREEMENT | PACE ELECTRONICS INC | | |
| 2.0550 | MUTUAL CONFIDENTIALITY AGREEMENT | PACE INTERNATIONAL | | |
| 2.0551 | MUTUAL CONFIDENTIALITY AGREEMENT | PACE INTERNATIONAL | | |

| | | | |
|---|---|---|---|
| 2.0552 | EVALUATION LICENSE AGREEMENT | PACKET ARCHITECTS AB | |
| 2.0553 | FRAMEWORK AGREEMENT | PAN DACOM DIREKT | |
| 2.0554 | SUBJECT MATTER OF THIS AMENDMENT | PAN DACOM DIREKT GMBH | |
| 2.0555 | AGREEMENT | PAN DACOM DIREKT GMBH; NET TECHNOLOGIES GMBH | |
| 2.0556 | AGREEMENT | PAN DACOM DIREKT GMBH; NET TECHNOLOGIES GMBH | |
| 2.0557 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | PARAGOULD LIGHT WATER | |
| 2.0558 | FEDERAL MARKETS ENGAGEMENT PROPOSAL FOR | PASSIVE OPTICAL LAN; RUVARAC STRATEGIC CONSULTING LLC | $ 4,500.00 |
| 2.0559 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | PATHWAYZ COMMUNICATIONS INC | |
| 2.0560 | RESELLER AGREEMENT | PDC TELECOM INC | |
| 2.0561 | MUTUAL PRODUCT EVALUATION AGREEMENT | PEOPLE OF FAITH, INC. DBA ROYAL OAKS LIFE CARE COMMUNITY | |
| 2.0562 | RESELLER AGREEMENT | PETHA INTEGRADORA DE SOLUÇÕES LTDA | |
| 2.0563 | ZOODE TEGENOLORIE PURCHASE AGREEMENT | PHI SERVICE CO. | |
| 2.0564 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | PLANTERS COMMUNICATIONS LLC | |
| 2.0565 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | PLESSEY PTY LTD | |
| 2.0566 | MUTUAL PRODUCT EVALUATION AGREEMENT | POINT BROADBAND FIBER HOLDING LLC | |
| 2.0567 | MUTUAL PRODUCT EVALUATION AGREEMENT | POINT BROADBAND FIBER HOLDING LLC | |
| 2.0568 | MUTUAL PRODUCT EVALUATION AGREEMENT | POLYTRON CORPORATION | |
| 2.0569 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | PON COMUNICACIONES | |
| 2.0570 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | PORT NETWORKS INC. | |
| 2.0571 | RESELLER AGREEMENT | POWER & TELEPHONE SUPPLY CO | |
| 2.0572 | PURCHASE AGREEMENT | PRECISION ERS | |
| 2.0573 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | PRESTON COUNTY ECONOMIC DEVELOPMENT AUTHORITY | |
| 2.0574 | RE: PRIMUS TELECOMMUNICATIONS CANADA INC. - CONTRACT ASSIGNMENT | PRIMUS TELECOMMUNICATIONS CANADA INC | |
| 2.0575 | RE: PRIMUS TELECOMMUNICATIONS CANADA INC. - CONTRACT ASSIGNMENT | PRIMUS TELECOMMUNICATIONS CANADA INC | |
| 2.0576 | RE: PRIMUS TELECOMMUNICATIONS CANADA INC. - CONTRACT ASSIGNMENT | PRIMUS TELECOMMUNICATIONS CANADA INC | |
| 2.0577 | ELITE RESELLER AGREEMENT | PRODUCT SOURCE INTERNATIONAL DATACOMM | |
| 2.0578 | MUTUAL PRODUCT EVALUATION AGREEMENT | PRODUCT SOURCE INTERNATIONAL DATACOMM | |
| 2.0579 | AMENDMENT NO. 1 TO ELITE RESELLER AGREEMENT 30 | PRODUCT SOURCE INTERNATIONAL DATACOMM LLC | |
| 2.0580 | AMENDMENT NO. 1 TO ELITE RESELLER AGREEMENT 30 | PRODUCT SOURCE INTERNATIONAL DATACOMM LLC | |
| 2.0581 | AMENDMENT TO RESELLER AGREEMENT | PRODUCT SOURCE INTERNATIONAL DATACOMM LLC | |
| 2.0582 | REPRESENTATION AGREEMENT | PROLAN SOLUTIONS CORP | |
| 2.0583 | REPRESENTATION AGREEMENT | PROLAN SOLUTIONS CORP | |
| 2.0584 | REPRESENTATION AGREEMENT | PROLAN SOLUTIONS CORP | |
| 2.0585 | RESELLER AGREEMENT | PROTEK LUN; PROTEK COMPANY | $ 366.83 |
| 2.0586 | RESELLER AGREEMENT | PROTEL SERVICES INC | |
| 2.0587 | AMENDMENT NO. 2 TO THE MASTER SERVICE AGREEMENT | PUERTO RICO TELEPHONE | |
| 2.0588 | AMENDMENT NO. 4 TO THE MASTER SERVICE AGREEMENT | PUERTO RICO TELEPHONE | |
| 2.0589 | AMENDMENT NO. 5 TO THE MASTER SERVICE AGREEMENT | PUERTO RICO TELEPHONE | |
| 2.0590 | AMENDMENT NO. 5 TO THE MASTER SERVICE AGREEMENT | PUERTO RICO TELEPHONE | |
| 2.0591 | AMENDMENT NO. 3 TO THE MASTER SERVICE AGREEMENT | PUERTO RICO TELEPHONE COMPANY INC | |
| 2.0592 | AMENDMENT NO. 6 TO THE MASTER SERVICE AGREEMENT | PUERTO RICO TELEPHONE COMPANY INC | |
| 2.0593 | AMENDMENT NO. 6 TO THE MASTER SERVICE AGREEMENT | PUERTO RICO TELEPHONE COMPANY INC | |
| 2.0594 | AMENDMENT NO. 6 TO THE MASTER SERVICE AGREEMENT | PUERTO RICO TELEPHONE COMPANY INC | |
| 2.0595 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | PUERTO RICO TELEPHONE COMPANY INC | |
| 2.0596 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | PULSE SUPPLY | |
| 2.0597 | ZHONE SERVICE TERMS AND CONDITIONS | PUPIN TELECOM DATACOM | |

| 2.0598 | RESELLER AGREEMENT | QUADRAC COM. & INFORM., LTDA. | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |