# Exhibit 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-40712 |
| DZS INC., *et al.*,[1] | § | |
| | § | (Chapter 7) |
| DEBTORS. | § | |

**FOURTH NOTICE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED, PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE, IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE ESTATES' ASSETS, AND THE PROPOSED CURE AMOUNTS**

**COMES NOW**, Michelle H. Chow, the Chapter 7 trustee in the above-referenced Chapter 7 Cases, by and though her counsel Singer & Levick, P.C., and filed this *Fourth Notice Of Executory Contracts And Unexpired Leases That May Be Assumed And Assigned, Pursuant To Section 365 Of The Bankruptcy Code, In Connection With The Sale Of Substantially All Of The Estates' Assets, And The Proposed Cure Amounts* (the "Notice")[2]:

1. On April 4, 2025, the Trustee filed *Trustee's Motion for an Order Approving Sale of Certain Property of the Estate Free and Clear of all Liens, Claims and Encumbrances and Assumption and Assignment of Executory Contracts and Leases* (the "Sale Motion") [Dkt. No. 26]. The Sale Motion has been set for hearing on April 28, 2025 at 1:30 p.m.

2. In accordance with the Sale Motion, the Trustee hereby files this Notice (the "Cure Notice") identifying: (i) those executory contracts and unexpired leases that may be assumed and assigned to a potential purchaser in connection with the Trustee's sale of the Purchased Assets (the

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: DZS Inc. (9099); DZS Services Inc. (3763); and DZS California Inc. (3221). The location of the Debtors' service address for purposes of these Chapter 7 Cases is: 5700 Tennyson Parkway, Suite 400, Plano, TX 75024.

[2] Capitalized terms not defined herein shall have the meaning ascribed in the Sale Motion, Sale Order, the Letter of Intent (the "LOI"), and the Asset Purchase Agreement (the "APA"), once filed.

1

126685.000001 4937-2451-6406.1

"Assets"); and (ii) the proposed amount to cure any and all defaults associated with each Executory Contract and Unexpired Lease (the "Cure Amount").

3. A list of the Executory Contracts and Unexpired Leases, together with the Cure Amount for each, is attached to this Notice as **Exhibit 1**.

4. You have been identified as a possible party to an Executory Contract or Unexpired Lease that may be assumed and assigned.

5. If you wish to assert an objection (i) to the proposed Cure Amount associated with the particular Executory Contract or Unexpired Lease to which you are a party or (ii) otherwise object on other grounds to the assumption and assignment to Purchaser of a particular Executory Contract or Unexpired Lease, you must do so in accordance with the instructions in this Notice, on or before **5:00 p.m. Central Time, Friday, April 25, 2025** (the "Objection Deadline") which is the deadline to object to the Motion.

6. In order to be considered, objections (if any) must be: (i) in writing; (ii) state with specificity the grounds for such objection (with appropriate documentation in support thereof); (iii) comply with the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for Eastern District of Texas; (iv) be filed with this Court and served on the following parties (so as to be received by such parties) by the Objection Deadline: (i) the Trustee, c/o , Singer & Levick, P.C., 16200 Addison Road, Suite 140, Addison, Texas 75001, Attn. Michelle Shriro, Esq.; (ii) the Purchaser, c/o Dykema Gossett PLLC, 112 East Pecan Street, Suite 1800, San Antonio, Texas 78205, Attn. Deborah D. Williamson, Esq. and (iii) the Office of the United States Trustee, 110 N. College Ave., Suite 300, Tyler, Texas 75702.

7. If you do not file and serve a timely objection to a proposed Cure Amount listed on **Exhibit 1** to this Cure Notice pursuant to the instructions set out in this Cure Notice or otherwise

2

object to the assumption or assignment, you shall be forever barred from objecting to such Cure Amount and to such assignment to the Purchaser (as defined in the Motion), and you shall be deemed to consent to such assignment upon payment of the Cure Amount.

8.  The inclusion of a contract or agreement on **Exhibit 1** attached hereto does not constitute an admission that such contract or agreement is an executory contract and does not constitute a representation that such contract or agreement will be assumed and assigned to any successful purchaser. The Trustee reserves all of her rights, claims, and causes of action with respect to the contracts and agreements listed on **Exhibit 1** attached hereto.

**DATED: April 14, 2025**

    Respectfully submitted,

    SINGER & LEVICK, P.C.

    By:   /s/ *Michelle E. Shriro*
          Larry A. Levick
          State Bar No. 12252600
          Michelle E. Shriro
          State Bar No. 18310900
          Todd A. Hoodenpyle
          State Bar No. 00798265

    16200 Addison Road, Suite 140
    Addison, Texas 75001
    Phone: 972.380.5533
    Fax: 972.380.5748
    Email: levick@singerlevick.com
    Email: mshriro@singerlevick.com
    Email: hoodenpyle@singerlevick.com

    GENERAL COUNSEL FOR
    MICHELLE H. CHOW, CHAPTER 7 TRUSTEE

# **CERTIFICATE OF SERVICE**

        I hereby certify that a true and correct copy of the foregoing document has been electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, which includes the parties as shown below; that a true and correct copy of the foregoing document has been served upon each Contract counterparty via first, class mail, at the address provided on the Contract on this 14th day of April, 2025. Any party on the Service List receiving only the Motion may request a copy of the Exhibit as discussed in the Motion from the undersigned counsel.

| **DEBTOR:** | **ATTORNEY FOR DEBTOR:** |
|---|---|
| DZS Inc.<br>5700 Tennyson Parkway, Suite 400<br>Plano, TX 75024<br>**VIA ECF Noticing through its attorney** | Travis A. McRoberts<br>Baker Botts L.L.P.<br>2001 Ross Avenue, Suite 900<br>Dallas, TX 75201-1980<br>**VIA ECF Noticing** |
| **COUNSEL FOR PURCHASER:** | **TRUSTEE:** |
| Deborah D. Williamson<br>Dykema<br>112 E. Pecan Street, Suite 1800<br>San Antonio, TX 78205<br>**VIA EMAIL: dwilliamson@dykema.com** | Michelle H. Chow<br>16200 Addison Road, Suite 140<br>Addison, TX 75001<br>**VIA ECF Noticing** |
| **US TRUSTEE:** | |
| Office of the US Trustee<br>110 N. College Ave., Suite 300<br>Tyler, Texas 75702<br>**VIA ECF Noticing** | |

                                            /s/ *Michelle E. Shriro*
                                            Michelle E. Shiro

## Exhibit 1

**Assumed and Assigned Executory Contracts**

1

| ID | Description of Contract or Lease | Counterparty Name | Total Claim |
|---|---|---|---|
| 2.0599 | QCT GLOBAL TEAMING AGREEMENT | QUANTA CLOUD TECHNOLOGY USA LLC | $ 34,100.00 |
| 2.0600 | RESELLER AGREEMENT | QUATTRO TRADING AND DISTRIBUTION | |
| 2.0601 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | RADIANT COMMUNICATIONS INC | |
| 2.0602 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | RAFFLES SEYCHELLES LTD | |
| 2.0603 | MAINTENANCE SERVICE AGREEMENT | RAKUTEN CO PTY LTD; RAKUTEN MOBILE INC | |
| 2.0604 | STAFFING AGREEMENT | RANDSTAD | |
| 2.0605 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | REAL SOLUTIONS PVT LTD | |
| 2.0606 | RESELLER AGREEMENT | REDBIRD HARDWARE LLC | |
| 2.0607 | RESELLER AGREEMENT | REFLEX SOLUTIONS PTY LTD | |
| 2.0608 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES - PREAMBLE | RESIDENCE INN & SPRINGHILL SUITE | |
| 2.0609 | DISTRIBUTOR AGREEMENT | RFC LTD | |
| 2.0610 | DZS INC. RESELLER AGREEMENT | ROCHESTER NETWORK SUPPLY INC | |
| 2.0611 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | ROCHESTER TELEPHONE CO. INC. | |
| 2.0612 | MUTUAL CONFIDENTIALITY AGREEMENT | ROSEVILLE SENIOR LIVING MANAGEMENT LTD | |
| 2.0613 | RE: FINANCIAL ADVISORY SERVICES | ROTH CAPITAL PARTNERS LLC | |
| 2.0614 | RE: SUPPORT AGREEMENT - RANGE TELEPHONE COOPERATIVE, INC | RT COMMUNICATIONS INC; RANGE TELEPHONE COOPERATIVE INC; ADVANCED COMMUNICATIONS TECHNOLOGY INC | |
| 2.0615 | MUTUAL PRODUCT EVALUATION AGREEMENT | RURAL TELECOMMUNICATIONS OF AMERICA INC | |
| 2.0616 | RESELLER AGREEMENT | RWL ADVANCE SOLUTION | |
| 2.0617 | RESELLER AGREEMENT | SALEC EGYPT | |
| 2.0618 | AGREEMENT | SALEC TRADING LTD | |
| 2.0619 | DISTRIBUTION AGREEMENT | SAMHWA TELECOM IND CO LTD | |
| 2.0620 | MASTER PURCHASE AGREEMENT | SASKTEL | $ 1.46 |
| 2.0621 | MASTER PURCHASE AGREEMENT | SASKTEL | $ 88,901.01 |
| 2.0622 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | SATEL NV | |
| 2.0623 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | SENIORTV; STELLAR PRIVATE CABLE | |
| 2.0624 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | SERTEX LLC | |
| 2.0625 | RESELLER AGREEMENT | SERTEX LLC | |
| 2.0626 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | SERVERVAULT | |
| 2.0627 | CONTRACTUAL DOCUMENT | SETS SRL | |
| 2.0628 | DISTRIBUTOR AGREEMENT | SETS SRL | |
| 2.0629 | MUTUAL NON-DISCLOSURE AGREEMENT | SIAE MICROELETTRONICA S.P.A. | |
| 2.0630 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | SIGMA TEL | |
| 2.0631 | RESELLER AGREEMENT | SIGMA3 IT SERVICES (HOSPITALITY) PTE LTD | |
| 2.0632 | RESELLER AGREEMENT | SIMON & ARRINGTON INC | |
| 2.0633 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | SINGLE DIGITS | |
| 2.0634 | ANNEX A - DZS PROJECT TIMELINE | SINT MAARTEN TELECOMMUNICATION OPERATING COMPANY NV | |
| 2.0635 | ANNEX C - PRICING SUMMARY | SINT MAARTEN TELECOMMUNICATION OPERATING COMPANY NV | |
| 2.0636 | ANNEX C. MXK-F ACCEPTANCE TEST PLAN | SINT MAARTEN TELECOMMUNICATION OPERATING COMPANY NV | |
| 2.0637 | FIBER TO THE HOME INSTALLATION AND SUPPORT | SINT MAARTEN TELECOMMUNICATION OPERATING COMPANY NV | |
| 2.0638 | QUOTE | SINT MAARTEN TELECOMMUNICATION OPERATING COMPANY NV | |
| 2.0639 | RESELLER AGREEMENT | SIPTELCOM | |
| 2.0640 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | SISTEMAS INTELIGENTES SRL | |
| 2.0641 | GENERAL TERMS AND CONDITIONS OF PRODUCT | SK BROADBAND CO; SKB | |
| 2.0642 | MUTUAL PRODUCT EVALUATION AGREEMENT | SKYLINE MEMBERSHIP CORPORATION | |
| 2.0643 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | SKYNET BROADBAND INC | |
| 2.0644 | RESELLER AGREEMENT | SMART DYNAMICS LLC | |
| 2.0645 | RESELLER AGREEMENT | SMART TECHNOLOGY COMPANY LTD | |

| | | | | |
|---|---|---|---|---|
| 2.0646 | RESELLER AGREEMENT | SMART VILLAGIE (PTY) LTD | | |
| 2.0647 | MUTUAL CONFIDENTIALITY AGREEMENT | SOAPROJECTS, INC. | | |
| 2.0648 | AMENDMENT TO EVALUATION EQUIPMENT LOAN AGREEMENT | SOLACE POWER INC | | |
| 2.0649 | POWER BEYOND EVALUATION EQUIPMENT LOAN AGREEMENT | SOLACE POWER INC | | |
| 2.0650 | POWER BEYOND EVALUATION EQUIPMENT LOAN AGREEMENT | SOLACE POWER INC | | |
| 2.0651 | SUPPLIER REGISTRATION CERTIFICATE | SOMOS GRUPO | | |
| 2.0652 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | SOMTEL SOMALIA LTD | | |
| 2.0653 | RESELLER AGREEMENT | SOURCECOM SVENSKA AB | | |
| 2.0654 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | SOUTHERN FIBERWORX | | |
| 2.0655 | RESELLER AGREEMENT | SPECTRA INTERNATIONAL CO. | | |
| 2.0656 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | SPIRALIGHT NETWORK LLC | | |
| 2.0657 | ADDENDUM NO. 1 TO MASTER PURCHASE OF EQUIPMENT AND SERVICES AGREEMENT | SPRINTUNITED MANAGEMENT COMPANY | | |
| 2.0658 | SUBJECT: AMENDMENT NO. 5 TO MASTER PURCHASE AGREEMENT NO. CM90365 | SPRINTUNITED MANAGEMENT COMPANY | | |
| 2.0659 | SUBJECT: AMENDMENT NO. 5 TO MASTER PURCHASE AGREEMENT NO. CM90365 | SPRINTUNITED MANAGEMENT COMPANY | | |
| 2.0660 | SUBJECT: AMENDMENT NO. 5 TO MASTER PURCHASE AGREEMENT NO. CM90365 | SPRINTUNITED MANAGEMENT COMPANY | | |
| 2.0661 | CONTINGENCY RECRUITING SERVICES AGREEMENT | SQA SOLUTION; ASIAN INVESTMENT CORPORATION | | |
| 2.0662 | PURCHASE ORDER | SRT COMMUNICATIONS INC | $ | 1,388.51 |
| 2.0663 | PURCHASE ORDER | SRT COMMUNICATIONS INC | | |
| 2.0664 | RE: ND -SRT -T6.1 FTTP EQUIPMENT | SRT COMMUNICATIONS INC | | |
| 2.0665 | SERVICE MAINTENANCE CONTRACT PROPOSAL | SRT COMMUNICATIONS INC | | |
| 2.0666 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | STAR TELEPHONE MEMBERSHIP CORPORATION | | |
| 2.0667 | ASSIGNMENT AGREEMENT | STATE OF HAWAII | | |
| 2.0668 | ASSIGNMENT AGREEMENT | STATE OF HAWAII | | |
| 2.0669 | PRICE LIST PROPOSAL | STATE OF HAWAI'ISTATE PROCUREMENT OFFICE | | |
| 2.0670 | MUTUAL PRODUCT EVALUATION AGREEMENT | STEALTH BROADBAND; MIDSTATES DATA TRANSPORT LLC | | |
| 2.0671 | SUBJECT: LETTER OF SUPPLY RE: WALKER AND ASSOCIATES, INC. GSA SCHEDULE 58#GS-03F- | STEFANIE LEAK WALKER AND ASSOCIATES INC | | |
| 2.0672 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | STRATA NETWORKS; UBTA-UBET COMMUNICATIONS INC | | |
| 2.0673 | AMENDMENT #1 BETWEEN STUART C IRBY CO. AND DZS INC. AMENDMENT NO. 001 | STUART C IRBY CO | | |
| 2.0674 | AMENDMENT #1 BETWEEN STUART C IRBY CO. AND DZS INC. AMENDMENT NO. 001 | STUART C IRBY CO | | |
| 2.0675 | AMENDMENT OF RESELLER AGREEMENT | STUART C IRBY CO | | |
| 2.0676 | AMENDMENT OF RESELLER AGREEMENT | STUART C IRBY CO | | |
| 2.0677 | AMENDMENT OF RESELLER AGREEMENT | STUART C IRBY CO | | |
| 2.0678 | AMENDMENT OF RESELLER AGREEMENT | STUART C IRBY CO | | |
| 2.0679 | MUTUAL PRODUCT EVALUATION AGREEMENT | STUART C IRBY CO | | |
| 2.0680 | RESELLER AGREEMENT | STUART C IRBY CO | | |
| 2.0681 | AGREEMENT | SUCURSAL EN ESPAÑA; FEDERAL EXPRESS CORPORATION; AUTORIZACIÓN DE DESPACHO Y REPRESENTACIÓN | | |
| 2.0682 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | SUPERIOR TELEPHONE | | |
| 2.0683 | AMENDMENT #1 | SUPERSONIC ISRAEL LTD; IBC ISRAEL BROADBAND COMPANY (2013) LTD | | |
| 2.0684 | AMENDMENT #1 | SUPERSONIC ISRAEL LTD; IBC ISRAEL BROADBAND COMPANY (2013) LTD | | |
| 2.0685 | CONTRACTUAL DOCUMENT | SUPERSONIC ISRAEL LTD; IBC ISRAEL BROADBAND COMPANY (2013) LTD | $ | 12,500.00 |

| | | | |
|---|---|---|---|
| 2.0686 | MUTUAL PRODUCT EVALUATION AGREEMENT | SYNCGLOBAL TELECOM | |
| 2.0687 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | SYSTEMS INTEGRATION & TECHNOLOGY DISTRIBUTION AG | |
| 2.0688 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | SYSTEMS INTEGRATION & TECHNOLOGY DISTRIBUTION AG; S&T MACEDONIA | |
| 2.0689 | UPDATE OF OUR SUPPLIER CODE OF CONDUCT | T DEUTSCHE TELEKOM AG | |
| 2.0690 | MUTUAL PRODUCT EVALUATION AGREEMENT | TACHUS FIBER INTERNET | |
| 2.0691 | AMENDMENT #1 BETWEEN TACHUS, LLC AND DZS INC. AMENDMENT #1 | TACHUS LLC | |
| 2.0692 | AMENDMENT #1 BETWEEN TACHUS, LLC AND DZS INC. AMENDMENT #1 | TACHUS LLC | |
| 2.0693 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | TACHUS LLC | $ 1,947.10 |
| 2.0694 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | TACHUS LLC | |
| 2.0695 | MUTUAL NON-DISCLOSURE AGREEMENT | TAIHAN FIBEROPTICS AMERICA INC | $ 154,338.24 |
| 2.0696 | RESELLER AGREEMENT | TAMDEED PROJECTS LLC; SISALAT SERVICES HOLDING LLC | |
| 2.0697 | RESELLER AGREEMENT | TAWASOL MIDDLE EAST FOR TRADE AGENCIES CO., LTD. | |
| 2.0698 | MUTUAL PRODUCT EVALUATION AGREEMENT | TAWASUL TELECOM LTD CO | |
| 2.0699 | SPECIAL EQUIPMENT CONTRACT | TAYLOR TELEPHONE COOPERATIVE, INC. | $ 57,128.52 |
| 2.0700 | SPECIAL EQUIPMENT CONTRACT | TAYLOR TELEPHONE COOPERATIVE, INC. | |
| 2.0701 | STRATEGIC ALLIANCE AGREEMENT | TCI NETWORK SOLUTIONS INC; AT&T BROADBAND NETWORK SOLUTIONS | |
| 2.0702 | MASTER PURCHASE AGREEMENT | TDS TELECOMMUNICATIONS LLC | $ 708.40 |
| 2.0703 | MUTUAL PRODUCT EVALUATION AGREEMENT | TDS TELECOMMUNICATIONS LLC | |
| 2.0704 | EXHIBIT TO THE RESELLER AGREEMENT | TDT; TORGOVYY DOM TEHNOLOGIY LLC | |
| 2.0705 | PURCHASE ORDER | TDT; TORGOVYY DOM TEHNOLOGIY LLC | |
| 2.0706 | SERVICES AGREEMENT | TDT; TORGOVYY DOM TEHNOLOGIY LLC | $ 56,313.86 |
| 2.0707 | ADDENDUM NO 5 TO THE RESELLER AGREEMENT | TEHNOLOGII LLC; TORGOVYY DOM TECHNOLOGY LLC | |
| 2.0708 | ADDENDUM NO 5 TO THE RESELLER AGREEMENT | TEHNOLOGII LLC; TORGOVYY DOM TECHNOLOGY LLC | |
| 2.0709 | RESELLER AGREEMENT | TEHNOLOGII LLC; TORGOVYY DOM TECHNOLOGY LLC | |
| 2.0710 | RESELLER AGREEMENT | TEHNOLOGII LLC; TORGOVYY DOM TECHNOLOGY LLC | |
| 2.0711 | PURCHASE ORDER | TEKHNOLOGIY LLC | |
| 2.0712 | PURCHASE ORDER | TEKHNOLOGIY LLC | |
| 2.0713 | PURCHASE ORDER | TEKHNOLOGIY LLC | |
| 2.0714 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | TELBO NV | |
| 2.0715 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | TELBO NV | |
| 2.0716 | USER SERVICES AGREEMENT | TELCOM WEST LLC; PLUME DESIGN INC | |
| 2.0717 | RESELLER AGREEMENT | TELECOM & TECHNOLOGY CO. (TELETECH) | |
| 2.0718 | RESELLER AGREEMENT | TELECOM AUSTRO IMMARVIC CIA LTDA | |
| 2.0719 | TELECOM INFRA PROJECT - GENERAL PARTICIPATION AGREEMENT | TELECOM INFRA PROJECT INC | |
| 2.0720 | SERVICES AGREEMENT | TELECOM LIECHTENSTEIN AG | |
| 2.0721 | SERVICES AGREEMENT | TELECOM LIECHTENSTEIN AG | |
| 2.0722 | TENDER FOR ACTIVE FIBRE AND COPPER ACCESS EQUIPMENT SCHEDULE 4 SCHEDULE OF COMPLIANCE TO TECHNICAL | TELECOM NAMBIA LIMITED | |
| 2.0723 | CONTRACT NO. G/DP/TN-220/2022 | TELECOM NAMIBIA LIMITED | |
| 2.0724 | MEMORANDUM OF AGREEMENT | TELECOM NAMIBIA LIMITED | |
| 2.0725 | PRICING AND FORECASTING SCHEDULE | TELECOM NAMIBIA LIMITED | |
| 2.0726 | SERVICE MAINTENANCE CONTRACT PROPOSAL | TELECOM NAMIBIA LIMITED | |
| 2.0727 | SERVICE MAINTENANCE CONTRACT | TELECOM NAMIBIA LTD | |
| 2.0728 | RESELLER AGREEMENT | TELEFFICIENT SOLUTIONS | $ 8,113.30 |
| 2.0729 | SERVICE MAINTENANCE CONTRACT | TELEFONICA DEL SUR SERVICIOS INTERMEDIOS SA | |

| | | | |
|---|---|---|---|
| 2.0730 | PARCHASE AND SUPPLY AGREEMENT FOR PRODUCTS AND SERVICES | TELEFÓNICA DEL SUR SERVICIOS INTERMEDIOS SA | |
| 2.0731 | PURCHASE AND SUPPLY AGREEMENT FOR PRODUCTS AND SERVICES | TELEFÓNICA DEL SUR SERVICIOS INTERMEDIOS SA | |
| 2.0732 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | TELEFONICA DEL SUR; TELEFONICA | |
| 2.0733 | MUTUAL PRODUCT EVALUATION AGREEMENT | TELEGRAPH CO LTD | |
| 2.0734 | MUTUAL PRODUCT EVALUATION AGREEMENT | TELEKOMMUNIKATION | |
| 2.0735 | SUBJECT: RESPONSE TO REQUEST FOR PROPOSAL FOR NETWORK EQUIPMENT (RFP 01), ISSUED APRIL 7, 2017 ON BEHALF OF DASAN ZHONE SOLUTIONS | TELEM GROUP; SINT MAARTEN TELECOMMUNICATION OPERATING COMPANY NV | |
| 2.0736 | SUBJECT: RESPONSE TO REQUEST FOR PROPOSAL FOR NETWORK EQUIPMENT (RFP 01), ISSUED APRIL 7, 2017 ON BEHALF OF DASAN ZHONE SOLUTIONS | TELEM GROUP; SINT MAARTEN TELECOMMUNICATION OPERATING COMPANY NV | |
| 2.0737 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | TELENET D.O.O. | |
| 2.0738 | RESELLER AGREEMENT | TELEX BULGARIA LTD | |
| 2.0739 | MASTER AGREEMENT | TELIA COMPANY | |
| 2.0740 | ADDENDUM NO. 2 TO RESELLER AGREEMENT | TELMAR NETWORK TECHNOLOGY INC; NEC ELUMINANT TECHNOLOGIES INC | |
| 2.0741 | RESELLER AGREEMENT | TELMARK PERU SAC | |
| 2.0742 | AMENDMENT #2 | TELRAD GROUP; SUPERSONIC ISRAEL LTD; IBC ISRAEL BROADBAND COMPANY (2013) LTD | |
| 2.0743 | AMENDMENT #2 | TELRAD GROUP; SUPERSONIC ISRAEL LTD; IBC ISRAEL BROADBAND COMPANY (2013) LTD | |
| 2.0744 | PURCHASE ORDER | TELSTRA LIMITED; TELSTRA CORPORATION LIMITED, ET AL. | |
| 2.0745 | DISTRIBUTOR AGREEMENT | TELTECH COMMUNICATIONS LLC | |
| 2.0746 | MASTER PURCHASE AGREEMENT | TELUS COMMUNICATIONS COMPANY; TELUS COMMUNICATIONS INC. | $ 871.89 |
| 2.0747 | RFI PARTICIPATION AGREEMENT | TELUS COMMUNICATIONS INC. | |
| 2.0748 | MASTER PRODUCTS AND SERVICES AGREEMENT | TELUS COMMUNICATIONS INC; TELUS COMMUNICATIONS INC. | |
| 2.0749 | SHORT FORM SOFTWARE LICENSE AGREEMENT | TELUS COMMUNICATIONS INC; TELUS COMMUNICATIONS INC. | |
| 2.0750 | AMENDMENT NO. 1 TO MASTER AGREEMENT FOR RESALE OF SOFTWARE-AS-A-SERVICE SCHEDULE "A" - FORM OF SAAS | TELUS CORPORATION; TELUS COMMUNICATIONS INC. | |
| 2.0751 | CONTRACT RE CONNECTED BRITAIN 2023 | TERRAPINN HOLDINGS LTD | |
| 2.0752 | REPRESENTATION AGREEMENT | TERRITORY MER GROUP; SUPERSONIC ISRAEL LTD; IBC ISRAEL BROADBAND COMPANY (2013) LTD | |
| 2.0753 | RESELLER AGREEMENT | TESAS TELECOM | |
| 2.0754 | DISTRIBUTOR AGREEMENT | TESSCO INCORPORATED | $ 999.82 |
| 2.0755 | RESELLER AGREEMENT | TEST COMPANY 10, LLC | |
| 2.0756 | CONTRACT FOR SUPPLY OF SPARE PARTS | THE ARMAMENT AUTHORITY | |
| 2.0757 | CONTRACT FOR SUPPLY OF SPARE PARTS | THE ARMAMENT AUTHORITY | |
| 2.0758 | KCOM SECURITY PLAN | THE CUSTOMER GROUP PLC | |
| 2.0759 | CODE OF CONDUCT ACKNOWLEDGMENT | THE TELE2 GROUP | |
| 2.0760 | ELITE RESELLER AGREEMENT | THOMAS TECHNOLOGIES INC | |
| 2.0761 | DISTRIBUTION AGREEMENT | TIBIT COMMUNICATIONS INC | |
| 2.0762 | DISTRIBUTION AGREEMENT | TIBIT COMMUNICATIONS INC | |
| 2.0763 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | TIMBO TEL SRO | |
| 2.0764 | CERTIFICATE OF COMPLETION | TIMESTAMP | |
| 2.0765 | MEMORANDUM OF UNDERSTANDING | TNTECH JOINT STOCK COMPANY; TNG HOLDINGS VIETNAM INVESTMENT CORPORATION | |
| 2.0766 | CANCELLATION LETTER | TORGOVYY DOM TECHNOLOGY LLC | |
| 2.0767 | CANCELLATION LETTER | TORGOVYY DOM TECHNOLOGY LLC | |
| 2.0768 | PURCHASE ORDER | TORGOVYY DOM TECHNOLOGY LLC | |
| 2.0769 | PURCHASE ORDER | TORGOVYY DOM TECHNOLOGY LLC | |
| 2.0770 | PURCHASE ORDER | TORGOVYY DOM TECHNOLOGY LLC | |
| 2.0771 | PURCHASE ORDER | TORGOVYY DOM TECHNOLOGY LLC | |
| 2.0772 | SERVICES AGREEMENT | TORGOVYY DOM TECHNOLOGY LLC | |

| | | | |
|---|---|---|---|
| 2.0773 | SERVICES AGREEMENT | TORGOVYY DOM TECHNOLOGY LLC | |
| 2.0774 | SERVICES AGREEMENT | TORGOVYY DOM TECHNOLOGY LLC | |
| 2.0775 | SERVICES AGREEMENT | TORGOVYY DOM TEHNOLOGIJ LLC | |
| 2.0776 | SERVICES AGREEMENT | TORGOVYY DOM TEHNOLOGIJ LLC | |
| 2.0777 | PURCHASE ORDER | TORGOVYY DOM TEKHNOLOGIY LLC; TDT | |
| 2.0778 | CHANGE ORDER | TPG TELECOM | |
| 2.0779 | MUTUAL NON-DISCLOSURE AGREEMENT | TRADEWIN, LLC | |
| 2.0780 | RESELLER AGREEMENT | TRADING DISTRIBUTION CONSULTANCY COMPANY (TDC) | |
| 2.0781 | RESELLER AGREEMENT | TRANS INDUSTRIAS ELECTRONICAS SA | |
| 2.0782 | RESELLER AGREEMENT | TRANSTEMA FIBER DATA AB | |
| 2.0783 | MEMORANDUM OF UNDERSTANDING | TRI-TECH DESIGN INC; PRODUCT SOURCE INTERNATIONAL DATACOMM | |
| 2.0784 | MEMORANDUM OF UNDERSTANDING | TRI-TECH DESIGN INC; PRODUCT SOURCE INTERNATIONAL DATACOMM | |
| 2.0785 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | TRITECH SYSTEM TECHNOLOGY SP | |
| 2.0786 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | TROY CABLEVISION, INC. | |
| 2.0787 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | TUNG HING COMPUTER SYSTEMS, LTD. | |
| 2.0788 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | TV FUEGO SA | |
| 2.0789 | FIRST AMENDMENT TO RESELLER AGREEMENT | TVC COMMUNICATIONS LLC; WESCO DISTRIBUTION INC | |
| 2.0790 | FIRST AMENDMENT TO RESELLER AGREEMENT | TVC COMMUNICATIONS LLC; WESCO DISTRIBUTION INC | |
| 2.0791 | FIRST AMENDMENT TO RESELLER AGREEMENT | TVC COMMUNICATIONS LLC; WESCO DISTRIBUTION INC | |
| 2.0792 | FIRST AMENDMENT TO RESELLER AGREEMENT | TVC COMMUNICATIONS LLC; WESCO DISTRIBUTION INC | |
| 2.0793 | AMENDMENT TO INTERNATIONAL DISTRIBUTION AGREEMENT | UNITECH NETWORKS (CHINA) LTD; UNITECH COMPUTER SYSTEMS LTD | |
| 2.0794 | DISTRIBUTION AGREEMENT | UNITECH NETWORKS (CHINA) LTD; UNITECH COMPUTER SYSTEMS LTD | |
| 2.0795 | EQUIPMENT PURCHASE AGREEMENT | UNITED PAN-EUROPE COMMUNICATIONS NV | |
| 2.0796 | EQUIPMENT PURCHASE AGREEMENT | UNITED PAN-EUROPE COMMUNICATIONS NV | |
| 2.0797 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | UNITED TELEPHONE ASSOCIATION INC. (UNITED TELECOM) | |
| 2.0798 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | UNIVERSITY OF CURACAO | |
| | | | |
| | | | |