# Exhibit 9

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-40712 |
| DZS INC., *et al.*,[1] | § | |
| | § | (Chapter 7) |
| DEBTORS. | § | |

**FIFTH NOTICE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED, PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE, IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE ESTATES' ASSETS, AND THE PROPOSED CURE AMOUNTS**

**COMES NOW**, Michelle H. Chow, the Chapter 7 trustee in the above-referenced Chapter 7 Cases, by and though her counsel Singer & Levick, P.C., and filed this *Fifth Notice Of Executory Contracts And Unexpired Leases That May Be Assumed And Assigned, Pursuant To Section 365 Of The Bankruptcy Code, In Connection With The Sale Of Substantially All Of The Estates' Assets, And The Proposed Cure Amounts* (the "Notice")[2]:

1. On April 4, 2025, the Trustee filed *Trustee's Motion for an Order Approving Sale of Certain Property of the Estate Free and Clear of all Liens, Claims and Encumbrances and Assumption and Assignment of Executory Contracts and Leases* (the "Sale Motion") [Dkt. No. 26]. The Sale Motion has been set for hearing on April 28, 2025 at 1:30 p.m.

2. In accordance with the Sale Motion, the Trustee hereby files this Notice (the "Cure Notice") identifying: (i) those executory contracts and unexpired leases that <u>may</u> be assumed and assigned to a potential purchaser in connection with the Trustee's sale of the Purchased Assets (the

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: DZS Inc. (9099); DZS Services Inc. (3763); and DZS California Inc. (3221). The location of the Debtors' service address for purposes of these Chapter 7 Cases is: 5700 Tennyson Parkway, Suite 400, Plano, TX 75024.

[2] Capitalized terms not defined herein shall have the meaning ascribed in the Sale Motion, Sale Order, the Letter of Intent (the "LOI"), and the Asset Purchase Agreement (the "APA"), once filed.

1

126685.000001 4937-2451-6406.1

"Assets"); and (ii) the proposed amount to cure any and all defaults associated with each Executory Contract and Unexpired Lease (the "Cure Amount").

3. A list of the Executory Contracts and Unexpired Leases, together with the Cure Amount for each, is attached to this Notice as **Exhibit 1**.

4. You have been identified as a possible party to an Executory Contract or Unexpired Lease that may be assumed and assigned.

5. If you wish to assert an objection (i) to the proposed Cure Amount associated with the particular Executory Contract or Unexpired Lease to which you are a party or (ii) otherwise object on other grounds to the assumption and assignment to Purchaser of a particular Executory Contract or Unexpired Lease, you must do so in accordance with the instructions in this Notice, on or before **5:00 p.m. Central Time, Friday, April 25, 2025** (the "Objection Deadline") which is the deadline to object to the Motion.

6. In order to be considered, objections (if any) must be: (i) in writing; (ii) state with specificity the grounds for such objection (with appropriate documentation in support thereof); (iii) comply with the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for Eastern District of Texas; (iv) be filed with this Court and served on the following parties (so as to be received by such parties) by the Objection Deadline: (i) the Trustee, c/o , Singer & Levick, P.C., 16200 Addison Road, Suite 140, Addison, Texas 75001, Attn. Michelle Shriro, Esq.; (ii) the Purchaser, c/o Dykema Gossett PLLC, 112 East Pecan Street, Suite 1800, San Antonio, Texas 78205, Attn. Deborah D. Williamson, Esq. and (iii) the Office of the United States Trustee, 110 N. College Ave., Suite 300, Tyler, Texas 75702.

7. If you do not file and serve a timely objection to a proposed Cure Amount listed on **Exhibit 1** to this Cure Notice pursuant to the instructions set out in this Cure Notice or otherwise

2

object to the assumption or assignment, you shall be forever barred from objecting to such Cure Amount and to such assignment to the Purchaser (as defined in the Motion), and you shall be deemed to consent to such assignment upon payment of the Cure Amount.

8.  The inclusion of a contract or agreement on **Exhibit 1** attached hereto does not constitute an admission that such contract or agreement is an executory contract and does not constitute a representation that such contract or agreement will be assumed and assigned to any successful purchaser. The Trustee reserves all of her rights, claims, and causes of action with respect to the contracts and agreements listed on **Exhibit 1** attached hereto.

**DATED: April 14, 2025**

Respectfully submitted,

SINGER & LEVICK, P.C.

By:  /s/ *Michelle E. Shriro*
    Larry A. Levick
    State Bar No. 12252600
    Michelle E. Shriro
    State Bar No. 18310900
    Todd A. Hoodenpyle
    State Bar No. 00798265

16200 Addison Road, Suite 140
Addison, Texas 75001
Phone: 972.380.5533
Fax: 972.380.5748
Email: levick@singerlevick.com
Email: mshriro@singerlevick.com
Email: hoodenpyle@singerlevick.com

GENERAL COUNSEL FOR
MICHELLE H. CHOW, CHAPTER 7 TRUSTEE

3

# CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing document has been electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, which includes the parties as shown below; that a true and correct copy of the foregoing document has been served upon each Contract counterparty via first, class mail, at the address provided on the Contract on this 14th day of April, 2025. Any party on the Service List receiving only the Motion may request a copy of the Exhibit as discussed in the Motion from the undersigned counsel.

| **DEBTOR:** | **ATTORNEY FOR DEBTOR:** |
|---|---|
| DZS Inc.<br>5700 Tennyson Parkway, Suite 400<br>Plano, TX 75024<br>**VIA ECF Noticing through its attorney** | Travis A. McRoberts<br>Baker Botts L.L.P.<br>2001 Ross Avenue, Suite 900<br>Dallas, TX 75201-1980<br>**VIA ECF Noticing** |
| **COUNSEL FOR PURCHASER:** | **TRUSTEE:** |
| Deborah D. Williamson<br>Dykema<br>112 E. Pecan Street, Suite 1800<br>San Antonio, TX 78205<br>**VIA EMAIL: dwilliamson@dykema.com** | Michelle H. Chow<br>16200 Addison Road, Suite 140<br>Addison, TX 75001<br>**VIA ECF Noticing** |
| **US TRUSTEE:** | |
| Office of the US Trustee<br>110 N. College Ave., Suite 300<br>Tyler, Texas 75702<br>**VIA ECF Noticing** | |

                                                  /s/ *Michelle E. Shriro*
                                                  Michelle E. Shiro

1

# Exhibit 1

**Assumed and Assigned Executory Contracts**

| ID | Description of Contract or Lease | Counterparty Name | Total Claim |
|---|---|---|---|
| 2.0799 | UNIVERSITY OF MARYLAND, COLLEGE PARK CONTRACT A103075 | cASA COMMUNCIATIONS HOLDINGS PTY LTD (ADMINISTRATORS APPOINTED) CAN 632 732 659 | |
| 2.0800 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | UPDATA, LTD. | $ 3,582.16 |
| 2.0801 | ADDENDUM #1 TO RESELLER AGREEMENT | URALSKBISNESSCONNEKT | |
| 2.0802 | PURCHASE ORDER NO. A03- UBC22-02 | URALSKBISNESSCONNEKT | |
| 2.0803 | PURCHASE ORDER NO. A06- UBC22-02 | URALSKBISNESSCONNEKT | |
| 2.0804 | PURCHASE ORDER NO. A06- UBC22-02 | URALSKBISNESSCONNEKT | |
| 2.0805 | RESELLER AGREEMENT | URALSKBISNESSCONNEKT | |
| 2.0806 | RESELLER AGREEMENT | URALSKBISNESSCONNEKT; IBC ISRAEL BROADBAND COMPANY (2013) LTD | |
| 2.0807 | MASTER SERVICE AGREEMENT | USHUAIA VISION SA | |
| 2.0808 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | UTOPIA | |
| 2.0809 | RESELLER AGREEMENT | V S INFORMATION SYSTEMS (PVT) LTD | |
| 2.0810 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | VALLEY TELEPHONE COOPORATIVE, INC. | $ 20,449.29 |
| | | | $ 13,558.41 |
| 2.0811 | RESELLER AGREEMENT | VALTELLINA SPA; ZHORE TECHNOLOGIES INC | |
| 2.0812 | RESELLER AGREEMENT | VARDATA | |
| 2.0813 | MUTUAL NON-DISCLOSURE AGREEMENT | VARGYAS NETWORKS INC | |
| 2.0814 | RESELLER AGREEMENT | VARGYAS NETWORKS INC; BALTIC NETWORKS INC | |
| 2.0815 | RESELLER AGREEMENT | VDCTELECOM SA | |
| 2.0816 | RESELLER AGREEMENT | VECTOR SOLUTIONS SP. ZO.O | |
| 2.0817 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | VERACITY NETWORKS | |
| 2.0818 | DISTRIBUTION AGREEMENT | VERACOMP SA | |
| 2.0819 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES NO7- 3001-07VS | VERYSELL SA | |
| 2.0820 | RESELLER AGREEMENT | VERYTEL S.A. | |
| 2.0821 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | VIANET INC | |
| 2.0822 | DEBIT NOTE | VIETTEL GROUP | |
| 2.0823 | SERVICE AGREEMENT | VIETTEL GROUP | |
| 2.0824 | PURCHASE AGREEMENT | VITALINK LLC | |
| 2.0825 | SALES AUTHORIZATION LETTER | VNPT NET CORPORATION | |
| 2.0826 | END-USER LICENSE AGREEMENT | VPIPHOTONICS INC | |
| 2.0827 | RESELLER AGREEMENT | VS ONE WORLD (PTE) LTD | |
| 2.0828 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | VTX COMMUNICATION LLC | $ 1,404.96 |
| | | | $ 5,528.25 |
| 2.0829 | CONSENT TO ASSIGNMENT OF AGREEMENT | WALKER AND ASSOCIATES INC | |
| 2.0830 | AMENDMENT NUMBER 1 TO FULL LINE DISTRIBUTOR AGREEMENT | WALKER AND ASSOCIATES INC; PREMISYS COMMUNICATIONS INC | |
| 2.0831 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | WATCH COMMUNICATIONS | |
| 2.0832 | RESELLER AGREEMENT | WAVES TECHNOLOGY AND SERVICES LLC | |
| 2.0833 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | WBA TELECOMMUNICATIONS | |
| 2.0834 | DISTRIBUTOR AGREEMENT | WESCO DISTRIBUTION INC | $ 1,062.20 |
| 2.0835 | RESELLER AGREEMENT | WESCO DISTRIBUTION INC | |
| 2.0836 | RESELLER AGREEMENT | WESCO DISTRIBUTION INC | |
| 2.0837 | RESELLER AGREEMENT | WESCO DISTRIBUTION INC | |
| 2.0838 | SECOND AMENDMENT TO RESELLER AGREEMENT | WESCO DISTRIBUTION INC | |
| 2.0839 | SECOND AMENDMENT TO RESELLER AGREEMENT | WESCO DISTRIBUTION INC | |
| 2.0840 | MUTUAL PRODUCT EVALUATION AGREEMENT | WIATEL | |
| 2.0841 | RESELLER AGREEMENT | WILLARD SOLUTIONS INTERNATIONAL | |
| 2.0842 | MUTUAL NON-DISCLOSURE AGREEMENT | WILLIAM WOODRUFF | |
| 2.0843 | MUTUAL PRODUCT EVALUATION AGREEMENT | WINDSTREAM SERVICES LLC | |
| 2.0844 | MUTUAL PRODUCT EVALUATION AGREEMENT | WINDSTREAM SERVICES LLC | |
| 2.0845 | CONTRACT NO. WTKI-21-005 | WINNCOM TECHNOLOGIES | |
| 2.0846 | DZS INC. RESELLER AGREEMENT | WINNCOM TECHNOLOGIES | |
| 2.0847 | CONTRACTUAL DOCUMENT | WIRELESS EXCELLENCE LIMITED | |
| 2.0848 | CONTRACTUAL DOCUMENT | WIRELESS EXCELLENCE LIMITED | |

| | | | | |
|---|---|---|---|---|
| 2.0849 | GENERAL TERMS AND CONDITIONS FOR THE SALE OF GOODS AND THE PROVISION OF | WIRELESS EXCELLENCE LIMITED | | |
| 2.0850 | GENERAL TERMS AND CONDITIONS FOR THE SALE OF GOODS AND THE PROVISION OF | WIRELESS EXCELLENCE LIMITED | | |
| 2.0851 | PARTNER AGREEMENT | WIRELESS EXCELLENCE LIMITED | | |
| 2.0852 | PARTNER AGREEMENT | WIRELESS EXCELLENCE LIMITED | | |
| 2.0853 | RESELLER AGREEMENT | WNI EQUIP ELETRONICOS LTDA | $ | 67.83 |
| 2.0854 | MUTUAL PRODUCT EVALUATION AGREEMENT | WOBCOM GMBH | | |
| 2.0855 | SCHEDULE OF PRODUCTS AND PRICES | WORIDNET TELECOMMUNICATIONS INC | | |
| 2.0856 | RESELLER AGREEMENT | WORLD WIDE TECHNOLOGY LLC | | |
| 2.0857 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | WORLDNET TELECOMMUNICATIONS INC | | |
| 2.0858 | RESELLER AGREEMENT | WSP SERVICOS DE TELECOMUNICACOES | | |
| 2.0859 | RESELLER AGREEMENT | WU SANG HOUSE; KONGWIRE COMPANY LIMITED | | |
| 2.0860 | AMENDMENT NO. 2 TO OEM AGREEMENT | XEL COMMUNICATIONS INC | | |
| 2.0861 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | XENAB INTERNATIONAL | | |
| 2.0862 | MASTER PURCHASE AGREEMENT | XPLORE INC | | |
| 2.0863 | DZS MAINTENANCE SERVICE AGREEMENT | YATANARPON TELEPORT PUBLIC CO LTD | | |
| 2.0864 | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES | ZAJIL INTERATIONAL TELECOM COMPANY K.S.C.C. | | |
| 2.0865 | ASSET PURCHASE AGREEMENT | AXON NETWORKS, INC. | | |
| 2.0866 | BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT | AXON NETWORKS, INC. | | |
| 2.0867 | DOMAIN ASSIGNMENT AGREEMENT | AXON NETWORKS, INC. | | |
| 2.0868 | EDGE SDK LICENSE AGREEMENT | AXON NETWORKS, INC. | | |
| 2.0869 | PATENT ASSIGNMENT AGREEMENT | AXON NETWORKS, INC. | | |
| 2.0870 | PATENT ASSIGNMENT AGREEMENT | AXON NETWORKS, INC. | | |
| 2.0871 | PATENT SUBLICENSE AGREEMENT | AXON NETWORKS, INC. | | |
| 2.0872 | RESELLER AGREEMENT | AXON NETWORKS, INC. | | |
| 2.0873 | TRADEMARK ASSIGNMENT AGREEMENT | AXON NETWORKS, INC. | | |
| 2.0874 | TRANSFERRED PATENTS LICENSE AGREEMENT | AXON NETWORKS, INC. | | |
| 2.0875 | TRANSITION SERVICES AGREEMENT | AXON NETWORKS, INC. | | |
| 2.0876 | XTREME LICENSE AGREEMENT | AXON NETWORKS, INC. | | |
| 2.0877 | SHARE PURCHASE AGREEMENT | CASA COMMUNICIATIONS HOLDINGS PTY LTD (ADMINISTRATORS APPOINTED) CAN 632 732 659 | | |
| 2.0878 | ASSIGNMENT AND OFFSET AGREEMENT | DASAN INDIA PRIVATE LIMITED | | |
| 2.0879 | MASTER ENGINEERING SERVICES | DASAN INDIA PRIVATE LIMITED | | |
| 2.0880 | TRANSITION SERVICES AGREEMENT | DASAN INDIA PRIVATE LIMITED | | |
| 2.0881 | ASSIGNMENT AND ASSUMPTION | DASAN NETWORK SOLUTIONS, INC. | | |
| 2.0882 | ASSIGNMENT AND ASSUMPTION | DASAN NETWORK SOLUTIONS, INC. | | |
| 2.0883 | MASTER ENGINEERING SERVICES | DASAN NETWORK SOLUTIONS, INC. | | |
| 2.0884 | MASTER SERVICE AGREEMENT | DASAN NETWORK SOLUTIONS, INC. | $ | 71.00 |
| | | | $ | 1,348,123.75 |
| | | | $ | 1,348,123.75 |
| | | | $ | 8,799,674.65 |
| 2.0885 | MASTER SERVICE AGREEMENT | DASAN NETWORK SOLUTIONS, INC. | | |
| 2.0886 | MASTER SUPPLY AGREEMENT | DASAN NETWORK SOLUTIONS, INC. | | |
| 2.0887 | RESELLER AGREEMENT | DASAN NETWORK SOLUTIONS, INC. | | |
| 2.0888 | RESELLER AGREEMENT | DASAN NETWORK SOLUTIONS, INC. | | |
| 2.0889 | TRANSITION SERVICES AGREEMENT | DASAN NETWORK SOLUTIONS, INC. | | |
| 2.0890 | ASSIGNMENT AND OFFSET AGREEMENT | DASAN NETWORKS, INC. | | |
| 2.0891 | EMAIL AGREEMENT REGARDING DZS'S PURCHASE OF FINISHED GOODS, RAW MATERIALS AND | DASAN NETWORKS, INC. | | |
| 2.0892 | OFFSET, TRANSFER AND ASSUMPTION AGREEMENT | DASAN NETWORKS, INC. | | |
| 2.0893 | STOCK PURCHASE AGREEMENT | DASAN NETWORKS, INC. | | |
| 2.0894 | INTELLECTUAL PROPERTY LICENSE | DASAN NETWORKS, INC. | | |
| 2.0895 | ASSIGNMENT AND OFFSET AGREEMENT | DASAN NETWORKS, INC. | | |
| 2.0896 | ASSIGNMENT AND OFFSET AGREEMENT | D-MOBILE LIMITED | | |
| 2.0897 | TRANSITION SERVICES AGREEMENT | D-MOBILE LIMITED | | |
| 2.0898 | ASSIGNMENT AND OFFSET AGREEMENT | DZS JAPAN, INC. | | |
| 2.0899 | TRANSITION SERVICES AGREEMENT | DZS JAPAN, INC. | | |
| 2.0900 | MASTER ENGINEERING SERVICES | DZS VIETNAM COMPANY | | |
| 2.0901 | OFFSET, TRANSFER AND ASSUMPTION AGREEMENT | DZS VIETNAM COMPANY | | |
| 2.0902 | TRANSITION SERVICES AGREEMENT | DZS VIETNAM COMPANY | | |
| 2.0903 | AMENDED AND RESTATED SECURITY AGREEMENT | EDGECO, LLC | | |

| | | | |
|---|---|---|---|
| 2.0904 | LOAN AGREEMENT (WITH NOTE) | EDGECO, LLC | |
| 2.0905 | LOAN AGREEMENT (WITH NOTE) | EDGECO, LLC | |
| 2.0906 | WARRANT AGREEMENT TO PURCHASE SHARES | EDGECO, LLC | |
| 2.0907 | WARRANT AGREEMENT TO PURCHASE SHARES | EDGECO, LLC | |
| 2.0908 | EMPLOYMENT LETTER OF FORMER EMPLOYEE DATED 1/01/2023 | ALONSO, MIGUEL | |
| 2.0909 | EMPLOYMENT LETTER DATED 4/01/2024 | ANTON SOBROVIN | |
| 2.0910 | EMPLOYMENT LETTER DATED 11/13/2024 | BEDNARZ, PHILIP | |
| 2.0911 | EMPLOYMENT LETTER DATED 4/22/2024 | BRIAN CHESNUT | |
| 2.0912 | EMPLOYMENT CONTRACT DATED 9/28/2020 | FERGUSON, JUSTIN KYLE | |
| 2.0913 | EMPLOYMENT LETTER OF FORMER EMPLOYEE DATED 1/01/2023 | FOUST, NORMAN | |
| 2.0914 | EMPLOYMENT LETTER DATED 1/02/2024 | JEFF LEINEN | |
| 2.0915 | EMPLOYMENT CONTRACT OF FORMER EMPLOYEE DATED 8/02/2021 | KAWECKI, MISTY | |
| 2.0916 | EMPLOYMENT LETTER DATED 10/01/2020 AND REPLACED EFFECTIVE 1/1/2025 | LARSEN-MISUNAS, LAURA | |
| 2.0917 | EMPLOYMENT LETTER OF FORMER EMPLOYEE DATED 7/01/2023 | MACKEY, ERIC | |
| 2.0918 | EMPLOYMENT LETTER DATED 10/30/2023 | MARK HUNGLE | |
| 2.0919 | EMPLOYMENT LETTER DATED 10/1/2021 AND REPLACED EFFECTIVE 4/22/2024 | MARTHI, RAGHU | |
| 2.0920 | EMPLOYMENT LETTER OF FORMER EMPLOYEE DATED 9/19/2023 | REISS, GUNTER | |
| 2.0921 | EMPLOYMENT LETTER DATED 4/29/2024 | SCOTT ST. JEAN | |
| 2.0922 | EMPLOYMENT LETTER DATED 10/30/2023 | SPENCER MEYERS | |
| 2.0923 | EMPLOYMENT LETTER DATED 1/31/2024 | TIM CHAPPEL | |
| 2.0924 | EMPLOYMENT CONTRACT DATED 8/1/2020 AND AMENDED 06/01/2021 | VOGT, CHARLES D | |
| 2.0925 | INSURANCE POLICY - CRIME | AIG | |
| 2.0926 | INSURANCE POLICY - D&O | AIG | |
| 2.0927 | INSURANCE POLICY - FIDUCIARY | AIG | |
| 2.0928 | INSURANCE POLICY - K&R | AIG | |
| 2.0929 | INSURANCE POLICY - SIDE A | AIG | |
| 2.0930 | INSURANCE POLICY - D&O | AMTRUST | |
| 2.0931 | INSURANCE POLICY - D&O | ANV | |
| 2.0932 | INSURANCE POLICY - AUTO | BERKLEY TECH | |
| 2.0933 | INSURANCE POLICY - GENERAL LIABILITY | BERKLEY TECH | |
| 2.0934 | INSURANCE POLICY - PROPERTY | BERKLEY TECH | |
| 2.0935 | INSURANCE POLICY - SIDE A | BERKLEY TECH | |
| 2.0936 | INSURANCE POLICY - UMBRELLA | BERKLEY TECH | |
| 2.0937 | INSURANCE POLICY - WORKERS COMP | BERKLEY TECH | |
| 2.0938 | INSURANCE POLICY - FOREIGN (PROPERTY/GL/EL) | CHUBB | |
| 2.0939 | INSURANCE POLICY - CARGO/STP (TRANSIT/WAREHOUSE) | FALVEY | |
| 2.0940 | INSURANCE POLICY - EMPLOYED LAWYERS | INTACT | |
| 2.0941 | INSURANCE POLICY - CYBER/TECH E&O | SOMPO | |
| 2.0942 | INSURANCE POLICY - D&O | SOMPO | |
| 2.0943 | SUB-LEASE - 5700 TENNYSON PARKWAY, SUITE 425, PLANO, TX 75024 | FUTUREWEI TECHNOLOGIES, INC. | |
| 2.0944 | SUB-LEASE - 5700 TENNYSON PARKWAY, SUITE 400, PLANO, TX 75024 | HUAWEI TECHNOLOGIES USA INC. | |
| 2.0945 | LEASE - 203 REDWOOD SHORES PARKWAY, REDWOOD CITY, CA 94065 | HUDSON TOWERS AT SHORE CENTER, LLC | $ 122,425.64 |
| 2.0946 | LEASE - 5700 TENNYSON PARKWAY, SUITE 200, PLANO, TX 75024 | IPXI LEGACY PLACE INVESTORS, LLC | $ 213,732.63 |

| | | | | |
|---|---|---|---|---|
| 2.0947 | LEASE - 5700 TENNYSON PARKWAY, SUITE 200, PLANO, TX 75024 | IPXI LEGACY PLACE INVESTORS, LLC | | |
| 2.0948 | LEASE - 5700 TENNYSON PARKWAY, SUITE 200, PLANO, TX 75024 | IPXI LEGACY PLACE INVESTORS, LLC | | |
| 2.0949 | LEASE - 5700 TENNYSON PARKWAY, SUITE 450, PLANO, TX 75024 | IPXI LEGACY PLACE INVESTORS, LLC | | |
| 2.0950 | LEASE - 5700 TENNYSON PARKWAY, SUITE 450, PLANO, TX 75024 | IPXI LEGACY PLACE INVESTORS, LLC | | |
| 2.0951 | LEASE - 5700 TENNYSON PARKWAY, SUITE 450, PLANO, TX 75024 | IPXI LEGACY PLACE INVESTORS, LLC | | |
| 2.0952 | SUB-LEASE - 5700 TENNYSON PARKWAY, SUITE 200, PLANO, TX 75024 | PARLER | | |
| 2.0953 | LEASE - 12821 STARKEY ROAD, SUITE 4000-4300, LARGO, FL 33771 | STARKEY OWNER, LP | | |
| 2.0954 | LEASE - 12821 STARKEY ROAD, SUITE 4000-4300, LARGO, FL 33771 | STARKEY OWNER, LP | | |
| 2.0955 | LEASE - 3PL STORAGE + LOGISTICS | AMT, DEERFIELD BEACH | | |
| 2.0956 | LEASE - 3PL STORAGE + LOGISTICS | BUSKE | | |
| 2.0957 | LEASE - STORAGE UNIT 5 #N/10407 | DZS INTERNATIONAL, INC. REP OFFICE | $ | 27,538.00 |
| 2.0958 | LEASE - STORAGE UNIT M01 #N/10425 | DZS INTERNATIONAL, INC. REP OFFICE | $ | 200,673.00 |
| 2.0959 | LEASE - 3PL STORAGE + LOGISTICS | OMEGA MORGAN HILL, CA | | |
| 2.0960 | LEASE - 3PL STORAGE + LOGISTICS | SEKO LOGISTICS USA | | |
| 2.0961 | RE: LETTER AGREEMENT REGARDING NON-CANCELLATION OF ORDERS (THE "LETTER | ACACIA COMMUNICATIONS INC; ACACIA COMMUNICATIONS (IRELAND) LIMITED | | |
| 2.0962 | TECHNICAL SERVICES AGREEMENT NO. ACCELINK-01 | ACCELINK TECHNOLOGIES CO LTD | $ | 71,577.50 |
| | | | $ | 126,460.00 |
| 2.0963 | PRELIMINARY PROPOSAL | ACG | | |
| 2.0964 | EVALUATION AGREEMENT | ACTIONTEC ELECTRONICS INC | | |
| 2.0965 | AEROFLEX IRELAND LIMITED TERMS AND CONDITIONS FOR THE SALE OF GOODS AND | AEROFLEX IRELAND LIMITED | | |
| 2.0966 | INTEROPERABILITY SERVICES AGREEMENT | ALCATEL-LUCENT USA INC | | |
| 2.0967 | STATEMENT OF WORK | ALCATEL-LUCENT USA INC | | |
| 2.0968 | STATEMENT OF WORK | ALCATEL-LUCENT USA INC | | |
| 2.0969 | MUTUAL NON-DISCLOSURE AGREEMENT | AMEX BANK OF CANADA | | $2,372.85 |
| 2.0970 | MUTUAL NONDISCLOSURE AGREEMENT | ANALOG DEVICES INC | | |
| 2.0971 | REPRESENTATION AGREEMENT | ANATEL | | |
| 2.0972 | ORDER FORM | APOLLO.IO | | |
| 2.0973 | RE: ENGAGEMENT LETTER | APPLE INC; FITZGERALD KNAIER LLP; REMBRANDT WIRELESS TECHNOLOGIES LP | | |
| 2.0974 | FINANCIAL CONSOLIDATION AND CLOSE IN IBM PA IMPLEMENTATION PROPOSAL BY | APPLICATION CONSULTING GROUP INC | | |
| 2.0975 | MASTER SERVICES AGREEMENT | APPS ASSOCIATES LLC | $ | 29,995.00 |
| 2.0976 | STATEMENT OF WORK - PROJ117607 ORACLE | APPS ASSOCIATES LLC | | |
| 2.0977 | STATEMENT OF WORK PROJ123212 | APPS ASSOCIATES LLC | | |
| 2.0978 | MASTER SOW STATEMENT OF WORK | ARICENT INC | | |
| 2.0979 | STATEMENT OF WORK | ARICENT INC | | |
| 2.0980 | STATEMENT OF WORK | ARICENT INC | | |
| 2.0981 | STATEMENT OF WORK | ARICENT INC | | |
| 2.0982 | STATEMENT OF WORK | ARICENT INC | | |
| 2.0983 | STATEMENT OF WORK | ARICENT INC | | |
| 2.0984 | MUTUAL NON-DISCLOSURE AGREEMENT | ARIES ELECTRONICS INC | | |
| 2.0985 | MUTUAL CONFIDENTIALITY AGREEMENT | ARMANINO LLP | | |
| 2.0986 | SERVICES AGREEMENT; STATEMENT OF WORK | ARMANINO LLP | $ | 488,063.16 |
| 2.0987 | SHIP TO FORM | ARROW CENTRAL EUROPE GMBH | | |
| 2.0988 | TERMS AND CONDITIONS | ARROW ELECTRONICS INC | $ | 36,977.41 |
| 2.0989 | CUSTOMER END USE AND EXPORT COMPLIANCE CERTIFICATION (EUC) INSTRUCTIONS | ARROW ELECTRONICS INC; WASSENAAR MUNITIONS LIST | | |
| 2.0990 | ASSENT INC. MASTER SUBSCRIPTION AGREEMENT | ASSENT INC | | |
| 2.0991 | MUTUAL NON-DISCLOSURE AGREEMENT | ASTER TECHNOLOGIES | | |

| | | | | |
|---|---|---|---|---|
| 2.0992 | SERVICES AGREEMENT | ASTON CARTER INC | | |
| 2.0993 | SERVICES AGREEMENT | ASTON CARTER LLC | | |
| 2.0994 | SERVICES AGREEMENT | ASTON CARTER LLC | | |
| 2.0995 | AMENDMENT TO SOFTWARE LICENSE AGREEMENT | AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE LIMITED; BROADCOM INC | | |
| 2.0996 | CUSTOMER APPLICATION | AVNET INC; NF SMITH & ASSOCIATES LP | $ | 569,096.29 |
| 2.0997 | TERMS AND CONDITIONS OF SALE | AVNET, INC. | | |
| 2.0998 | ADVANTAGE EVALUATION AGREEMENT | AXIROS GMBH; KEITH R NAUMAN | | |