# Exhibit 10

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-40712 |
| DZS INC., *et al.*,[1] | § | |
| | § | (Chapter 7) |
| DEBTORS. | § | |

**SIXTH NOTICE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED, PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE, IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE ESTATES' ASSETS, AND THE PROPOSED CURE AMOUNTS**

**COMES NOW**, Michelle H. Chow, the Chapter 7 trustee in the above-referenced Chapter 7 Cases, by and though her counsel Singer & Levick, P.C., and filed this *Sixth Notice Of Executory Contracts And Unexpired Leases That May Be Assumed And Assigned, Pursuant To Section 365 Of The Bankruptcy Code, In Connection With The Sale Of Substantially All Of The Estates' Assets, And The Proposed Cure Amounts* (the "Notice")[2]:

1. On April 4, 2025, the Trustee filed *Trustee's Motion for an Order Approving Sale of Certain Property of the Estate Free and Clear of all Liens, Claims and Encumbrances and Assumption and Assignment of Executory Contracts and Leases* (the "Sale Motion") [Dkt. No. 26]. The Sale Motion has been set for hearing on April 28, 2025 at 1:30 p.m.

2. In accordance with the Sale Motion, the Trustee hereby files this Notice (the "Cure Notice") identifying: (i) those executory contracts and unexpired leases that may be assumed and assigned to a potential purchaser in connection with the Trustee's sale of the Purchased Assets (the

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: DZS Inc. (9099); DZS Services Inc. (3763); and DZS California Inc. (3221). The location of the Debtors' service address for purposes of these Chapter 7 Cases is: 5700 Tennyson Parkway, Suite 400, Plano, TX 75024.

[2] Capitalized terms not defined herein shall have the meaning ascribed in the Sale Motion, Sale Order, the Letter of Intent (the "LOI"), and the Asset Purchase Agreement (the "APA"), once filed.

1

126685.000001 4937-2451-6406.1

"Assets"); and (ii) the proposed amount to cure any and all defaults associated with each Executory Contract and Unexpired Lease (the "Cure Amount").

3. A list of the Executory Contracts and Unexpired Leases, together with the Cure Amount for each, is attached to this Notice as **Exhibit 1**.

4. You have been identified as a possible party to an Executory Contract or Unexpired Lease that may be assumed and assigned.

5. If you wish to assert an objection (i) to the proposed Cure Amount associated with the particular Executory Contract or Unexpired Lease to which you are a party or (ii) otherwise object on other grounds to the assumption and assignment to Purchaser of a particular Executory Contract or Unexpired Lease, you must do so in accordance with the instructions in this Notice, on or before **5:00 p.m. Central Time, Friday, April 25, 2025** (the "Objection Deadline") which is the deadline to object to the Motion.

6. In order to be considered, objections (if any) must be: (i) in writing; (ii) state with specificity the grounds for such objection (with appropriate documentation in support thereof); (iii) comply with the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for Eastern District of Texas; (iv) be filed with this Court and served on the following parties (so as to be received by such parties) by the Objection Deadline: (i) the Trustee, c/o , Singer & Levick, P.C., 16200 Addison Road, Suite 140, Addison, Texas 75001, Attn. Michelle Shriro, Esq.; (ii) the Purchaser, c/o Dykema Gossett PLLC, 112 East Pecan Street, Suite 1800, San Antonio, Texas 78205, Attn. Deborah D. Williamson, Esq. and (iii) the Office of the United States Trustee, 110 N. College Ave., Suite 300, Tyler, Texas 75702.

7. If you do not file and serve a timely objection to a proposed Cure Amount listed on **Exhibit 1** to this Cure Notice pursuant to the instructions set out in this Cure Notice or otherwise

2

object to the assumption or assignment, you shall be forever barred from objecting to such Cure Amount and to such assignment to the Purchaser (as defined in the Motion), and you shall be deemed to consent to such assignment upon payment of the Cure Amount.

8.  The inclusion of a contract or agreement on **Exhibit 1** attached hereto does not constitute an admission that such contract or agreement is an executory contract and does not constitute a representation that such contract or agreement will be assumed and assigned to any successful purchaser. The Trustee reserves all of her rights, claims, and causes of action with respect to the contracts and agreements listed on **Exhibit 1** attached hereto.

**DATED: April 14, 2025**

Respectfully submitted,

SINGER & LEVICK, P.C.

By:  /s/ *Michelle E. Shriro*
Larry A. Levick
State Bar No. 12252600
Michelle E. Shriro
State Bar No. 18310900
Todd A. Hoodenpyle
State Bar No. 00798265

16200 Addison Road, Suite 140
Addison, Texas 75001
Phone: 972.380.5533
Fax: 972.380.5748
Email: levick@singerlevick.com
Email: mshriro@singerlevick.com
Email: hoodenpyle@singerlevick.com

GENERAL COUNSEL FOR
MICHELLE H. CHOW, CHAPTER 7 TRUSTEE

3

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing document has been electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, which includes the parties as shown below; that a true and correct copy of the foregoing document has been served upon each Contract counterparty via first, class mail, at the address provided on the Contract on this 14th day of April, 2025. Any party on the Service List receiving only the Motion may request a copy of the Exhibit as discussed in the Motion from the undersigned counsel.

| **DEBTOR:** | **ATTORNEY FOR DEBTOR:** |
|---|---|
| DZS Inc.<br>5700 Tennyson Parkway, Suite 400<br>Plano, TX 75024<br>**VIA ECF Noticing through its attorney** | Travis A. McRoberts<br>Baker Botts L.L.P.<br>2001 Ross Avenue, Suite 900<br>Dallas, TX 75201-1980<br>**VIA ECF Noticing** |
| **COUNSEL FOR PURCHASER:** | **TRUSTEE:** |
| Deborah D. Williamson<br>Dykema<br>112 E. Pecan Street, Suite 1800<br>San Antonio, TX 78205<br>**VIA EMAIL: dwilliamson@dykema.com** | Michelle H. Chow<br>16200 Addison Road, Suite 140<br>Addison, TX 75001<br>**VIA ECF Noticing** |
| **US TRUSTEE:** | |
| Office of the US Trustee<br>110 N. College Ave., Suite 300<br>Tyler, Texas 75702<br>**VIA ECF Noticing** | |

                                                    /s/ *Michelle E. Shriro*
                                                    Michelle E. Shiro

126685.000001 4937-2451-6406.1

**Exhibit 1**

**Assumed and Assigned Executory Contracts**

| ID | Description of Contract or Lease | Counterparty Name | Total Claim |
|---|---|---|---|
| 2.0999 | ORDER FORM | AYARA INC | |
| 2.1000 | AMENDMENT NO. TWO TO ODM AGREEMENT | BANK OF CHINA; SHENZHEN CONGIUELECTRONICS CO LTD; SHENZHEN GONGJIN ELECTRONICS CO LTD; GONGJIN ELECTRONIC (HONG KONG) LIMITED | $ 42,431.10 |
| 2.1001 | AMENDMENT NO. TWO TO ODM AGREEMENT | BANK OF CHINA; SHENZHEN CONGIUELECTRONICS CO LTD; SHENZHEN GONGJIN ELECTRONICS CO LTD; GONGJIN ELECTRONIC (HONG KONG) LIMITED | |
| 2.1002 | AMENDMENT NO. TWO TO ODM AGREEMENT | BANK OF CHINA; SHENZHEN CONGIUELECTRONICS CO LTD; SHENZHEN GONGJIN ELECTRONICS CO LTD; GONGJIN ELECTRONIC (HONG KONG) LIMITED | |
| 2.1003 | ADVISORY AGREEMENT | BERND HESSE | |
| 2.1004 | ODM AGREEMENT | BO WEI TECHNOLOGY CO LTD; JIAXING BOWEI COMMUNICATION | $ 803,568.00 |
| | | | $ 5,728,034.00 |
| 2.1005 | LETTER OF AUTHORIZATION | BOWEI TECHNOLOGY CO LTD | |
| 2.1006 | ENGAGEMENT LETTER | BPM LLP | |
| 2.1007 | AGREEMENT | BPM LLP; BURR PILGER MAYER INDIA PRIVATE LIMITED | |
| 2.1008 | ENGAGEMENT LETTER | BPM LLP; BURR PILGER MAYER INDIA PRIVATE LIMITED | |
| 2.1009 | SPONSORSHIP SPONSORSHIP AGREEMENT | BROADBAND FORUM | $ 19,950.00 |
| 2.1010 | SPONSORSHIP SPONSORSHIP AGREEMENT | BROADBAND FORUM | |
| 2.1011 | SPONSORSHIP SPONSORSHIP AGREEMENT | BROADBAND FORUM | |
| 2.1012 | SOFTWARE LICENSE AGREEMENT | BROADCOM CORPORATION | |
| 2.1013 | AMENDMENT TO SOFTWARE LICENSE AGREEMENT | BROADCOM CORPORATION; AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE LIMITED | |
| 2.1014 | LETTER OF INTENT | BROADCOM CORPORATION; BFW SOLUTIONS CO LTD | |
| 2.1015 | LETTER OF INTENT | BROADCOM CORPORATION; BFW SOLUTIONS CO LTD | |
| 2.1016 | BROADCOM SOFTWARE LICENSE AGREEMENT | BROADCOM INC; AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE LIMITED | |
| 2.1017 | SUPPORT SERVICES AGREEMENT | BROADCOM INC; AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE LIMITED | |
| 2.1018 | SERVICES SCHEDULE | BROADRIDGE INVESTOR COMMUNICATION SOLUTIONS INC | |
| 2.1019 | PROPOSAL ISO 9001 CERTIFICATION DZS INC | BSI BSI GROUP CANADA INC | |
| 2.1020 | REGISTRATION SERVICES - PROPOSAL OF COSTS PROPOSAL | BSI GROUP CANADA INC; BSI MANAGEMENT SYSTEMS INC | |
| 2.1021 | REGISTRATION AGREEMENT | BSI MANAGEMENT SYSTEMS CANADA | |
| 2.1022 | SPONSORING AGREEMENT | BUGLAS | |
| 2.1023 | LICENSE AGREEMENT | CA CORP; YUMAWORKS INC; A DELAWARE CORPORATION | $ 24,995.00 |
| 2.1024 | AGREEMENT | CANADIAN MICROSTRUCTURES INC | |
| 2.1025 | AGREEMENT | CANADIAN MICROSTRUCTURES INC | |
| 2.1026 | CHANGE ORDER | CANADIAN MICROSTRUCTURES INC | |
| 2.1027 | CHANGE ORDER | CANADIAN MICROSTRUCTURES INC | |
| 2.1028 | CHANGE ORDER | CANADIAN MICROSTRUCTURES INC | |
| 2.1029 | CONSULTING AGREEMENT | CANADIAN MICROSTRUCTURES INC | |
| 2.1030 | SERVICES FIELD TECHNICIAN STATEMENT OF WORK | CARIB EXCEL SERVICES | |
| 2.1031 | FEE AGREEMENT | CENTURY GROUP | |
| 2.1032 | FXLOADER CLOUD MASTER SAAS AGREEMENT | CHILBROOK; CARE IT SERVICES LTD | |
| 2.1033 | SERVICE AGREEMENT | CI SEARCH GROUP LLC | $ 55,000.00 |
| 2.1034 | STOCK PLAN SERVICES AGREEMENT (SECTION 423 PLAN) | CITIBANK NA; MORGAN STANLEY SMITH BARNEY LLC | |
| 2.1035 | CONSULTATION SERVICES CLOUD SOFT SOLUTIONS AGREEMENT FOR CONSULTATION AND | CLOUD SOFT SOLUTIONS FZE | |

| | | | | |
|---|---|---|---|---|
| 2.1036 | CLOUD SOFTWARE SOLUTION CONSULTATION SERVICES AMENDMENT NO. 001 TO AGREEMENT FOR CONSULTATION AND | CLOUD SOFT SOLUTIONS; CLOUD SOFTWARE SOLUTION FZ-LLC | | |
| 2.1037 | COGNATIO SOLUTIONS RETAINED SEARCH AGREEMENT | COGNATIO SOLUTIONS LIMITED | | |
| 2.1038 | COMCORES COMCORES EVALUATION LICENSE AGREEMENT FOR COMCORES IP EVALUATION LICENSE AGREEMENT | COMCORES APS | | |
| 2.1039 | GENDA GLOBAL TECHNOLOGY EXECUTIVE SEARCH CONTINGENCY SEARCH | COMMON AGENDA LLP | | |
| 2.1040 | MUTUAL PRODUCT EVALUATION AGREEMENT | COMMUNICATIONS SUPPLY SERVICE ASSOCIATION (CSSA) | $ | 176.60 |
| 2.1041 | FEE AND SERVICE SCHEDULE FOR STOCK TRANSFER SERVICES | COMPUTERSHARE INC; COMPUTERSHARE TRUST COMPANY NA | $ | 21,491.02 |
| 2.1042 | STOCK TRANSFER AGENCY AGREEMENT | COMPUTERSHARE TRUST COMPANY INC | | |
| 2.1043 | STOCK TRANSFER AGENCY AGREEMENT | COMPUTERSHARE TRUST COMPANY INC | | |
| 2.1044 | ORDER FORM | CONCUR TECHNOLOGIES INC | $ | 6,045.17 |
| 2.1045 | ORDER FORM | CONCUR TECHNOLOGIES INC | | |
| 2.1046 | SUBJECT: BROADBAND 4.9GHZ DATA COMMUNICATIONS PROJECT FOR PINELLAS COUNTY, FL | CONCURRENT TECHNOLOGIES CORPORATION | | |
| 2.1047 | SUBJECT: BROADBAND 4.9GHZ DATA COMMUNICATIONS PROJECT FOR PINELLAS COUNTY, FL | CONCURRENT TECHNOLOGIES CORPORATION | | |
| 2.1048 | LETTER OF ENGAGEMENT RE ADVISORY SERVICES | CONNOR GROUP GLOBAL SERVICES LLC | | |
| 2.1049 | CONSIGNMENT AGREEMENT | CONVERGE; PCG TRADING LLC | | |
| 2.1050 | CONSULTING AGREEMENT | CORE BUSINESS SOLUTIONS INC | | |
| 2.1051 | CORTINA" LICENSE GRANT TERMS AND CONDITIONS | CORTINA SYSTEMS INC | | |
| 2.1052 | ORDER SCHEDULE FOR THE LICENSE OF COVERITY | COVERITY INC | | |
| 2.1053 | PRODUCT LICENSE AGREEMENT | COVERITY INC | | |
| 2.1054 | ORDER SCHEDULE FOR EDUCATION SERVICES ON USE OF COVERITY SOFTWARE | COVERITY INC; FLORIDA DESIGN CENTER | | |
| 2.1055 | CUSTOMER AGREEMENT | COX CONSULTING NETWORK LLC | | |
| 2.1056 | ENGAGEMENT LETTER | COX CONSULTING NETWORK LLC | | |
| 2.1057 | ENGAGEMENT LETTER | CROWE LLP | | |
| 2.1058 | ENGAGEMENT LETTER | CROWE LLP | | |
| 2.1059 | ENGAGEMENT LETTER | CROWE LLP | | |
| 2.1060 | ENGAGEMENT LETTER | CROWE LLP | | |
| 2.1061 | INDEMNITY LETTER | CROWE LLP; WHITLEY PENN LLP | | |
| 2.1062 | CSA GROUP CERTIFICATION SERVICES - NORTH AMERICA ("CERTIFICATION TERMS | CSA GROUP TESTING & CERTIFICATION INC | $ | 2,030.00 |
| 2.1063 | CSA GROUPTM CSA GROUP FACILITY TERMS SERVICE ADDENDUM | CSA GROUP TESTING & CERTIFICATION INC | | |
| 2.1064 | CSA GROUPTM GLOBAL SERVICE AGREEMENT | CSA GROUP TESTING & CERTIFICATION INC | | |
| 2.1065 | PURCHASE ORDER | CSA GROUP TESTING & CERTIFICATION INC | | |
| 2.1066 | REPAIR SERVICE AGREEMENT | CTDI DO BRASIL LTDA | | |
| 2.1067 | LISTING AGREEMENT FOR SUBLEASE LISTING AGREEMENT | CUSHMAN & WAKEFIELD OF CALIFORNIA INC | | |
| 2.1068 | MASTER SERVICES AGREEMENT | DAITAN LABS SOLUÇÕES EM TECNOLOGIA SA | $ | 60,917.56 |
| 2.1069 | STATEMENT OF WORK NO. 2 | DAITAN LABS SOLUÇÕES EM TECNOLOGIA SA | | |
| 2.1070 | DIFFERENCES BETWEEN 2426 AND 2426A ZHONE GPON ONT | DAMAMAX PSC | | |
| 2.1071 | SUBJECT: ZHONE GPON ONT ZNID-GPON-24XX WIFI | DAMAMAX PSC | | |
| 2.1072 | ZEBOS SOFTWARE LICENSE AGREEMENT FOR HARDWARE OEMS | DASAN CO LTD; IP INFUSION INC | | |
| 2.1073 | AMENDMENT NO. 1 TO ODM AGREEMENT | DASAN NETWORKS INC; SHENZHEN GONGJIN ELECTRONICS CO LTD | $ | 530.00 |
| 2.1074 | AMENDMENT NO. 1 TO ODM AGREEMENT | DASAN NETWORKS INC; SHENZHEN GONGJIN ELECTRONICS CO LTD | | |
| 2.1075 | AMENDMENT NO. 1 TO ODM AGREEMENT | DASAN NETWORKS INC; SHENZHEN GONGJIN ELECTRONICS CO LTD | | |
| 2.1076 | AMENDMENT NO. 1 TO ODM AGREEMENT | DASAN NETWORKS INC; SHENZHEN GONGJIN ELECTRONICS CO LTD | | |
| 2.1077 | ASSIGNMENT AGREEMENT | DASAN SEAL INC; HONG KONG COMPANY; SHENZHEN GONGJIN ELECTRONICS CO LTD; GONGJIN ELECTRONIC (HONG KONG) LIMITED | | |
| 2.1078 | FREIGHT BILL PROCESSING AND SERVICES AGREEMENT | DATA2LOGISTICS LLC | $ | 346,692.34 |

| | | | | |
|---|---|---|---|---|
| 2.1079 | SPONSORSHIP CONTRACT | DECISIVE PUBLISHING SIGNED; DECISIVE PUBLISHING PTY LTD | | |
| 2.1080 | DATA PROCESSING ADDENDUM | DEMANDWARE LLC; SALESFORCE.COM INC; CLOUDCRAZE SOFTWARE LLC | | |
| 2.1081 | QUOTATION | DESCARTES SYSTEMS (USA) LLC | $ | 133,148.15 |
| 2.1082 | DHL EXPRESS TERMS AND CONDITIONS OF CARRIAGE ("TERMS AND CONDITIONS") | DHL EXPRESS | $ | 17,444.41 |
| 2.1083 | TERMS OF USE AND CONDITIONS OF ORDER | DIGI-KEY CORPORATION; DIGI- KEY INTERNATIONAL SALES CORPORATION | | |
| 2.1084 | DISRUPTIVE ANALYSIS DON'T ASSUME PROPOSAL | DISRUPTIVE ANALYSIS LTD | | |
| 2.1085 | RE: AMENDED FEE PROPOSAL FOR SEC AND NASDAQ COMPLIANCE MATTERS - FIRST | DLA PIPER LLP | | |
| 2.1086 | ORDER FORM | DOCUSIGN, INC. | | |
| 2.1087 | SERVICE ORDER | DOMO INC | | |
| 2.1088 | SUBSCRIPTION ORDER AGREEMENT AMENDMENT | DONNELLEY FINANCIAL LLC | $ | 20,994.95 |
| 2.1089 | SUBSCRIPTION ORDER AGREEMENT | DONNELLEY FINANCIAL LLC; DONNELLEY FINANCIAL SOLUTIONS | | |
| 2.1090 | TERMS AND CONDITIONS | DONNELLEY FINANCIAL LLC'S; DONNELLEY FINANCIAL SOLUTIONS | | |
| 2.1091 | SUBSCRIPTION ORDER FORM | DONNELLEY FINANCIAL SOLUTIONS | | |
| 2.1092 | DFIN PROPOSAL | DONNELLEY FINANCIAL SOLUTIONS; DONNELLEY FINANCIAL LLC DONNELLEY FINANCIAL LLC | | |
| 2.1093 | RE: INDEMNIFICATION AGREEMENT | DRYSDALE PM; MS HYUNJIN YOON; MR JUNSICK BAHK; PEARSONS PROPERTY MANAGEMENT INC | | |
| 2.1094 | ORDER FORM | DUN & BRADSTREET INC | | |
| 2.1095 | CONTACT CHANGE LETTER TRANSFER OF PAYMENT | E FACTOR DIEZ SAPI DE CV; E FACTOR NETWORK SAPI DE CV | | |
| 2.1096 | CONTACT CHANGE LETTER TRANSFER OF PAYMENT | E FACTOR DIEZ SAPI DE CV; E FACTOR NETWORK SAPI DE CV | | |
| 2.1097 | STANDARD RECRUITING AGREEMENT | EDISON SMART LTD; EDISON SEARCH LTD | | |
| 2.1098 | SUBJECT: VENDOR PARTNER AGREEMENT | EDX WIRELESS LLC | | |
| 2.1099 | NEAR - RECRUITMENT AGREEMENT | EFFECTUAL VENTURES INC | | |
| 2.1100 | SETTLEMENT AGREEMENT | ELMA ELECTRONIC AG | $ | 641.99 |
| | | | $ | 47,524.91 |
| | | | $ | 759,961.50 |
| 2.1101 | STATEMENT OF WORK | EPI CONSULTING; EPINDEX LTD | | |
| 2.1102 | PURCHASE ORDER | EPICOR SOFTWARE CANADA LTD | | |
| 2.1103 | ORDER FORM | EPICOR SOFTWARE CORPORATION | | |
| 2.1104 | STATEMENT OF WORK | EPICOR SOFTWARE CORPORATION | | |
| 2.1105 | STANDARD TERMS AND CONDITIONS | EPINDEX LTD; EPI CONSULTING | | |
| 2.1106 | CERTIFICATE OF COMPLETION | ERICSSON CANADA INC; PARALEGAL ERICSSON INC | | |
| 2.1107 | MASTER SERVICES AGREEMENT | ERNST & YOUNG LLP; MR THOMAS J CANCRO | | |
| 2.1108 | GENERAL RULES OF ENGAGEMENT | EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE | | |
| 2.1109 | GENERAL RULES OF ENGAGEMENT | EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE | | |
| 2.1110 | SUPPLIER REQUEST FORM | EVOLUGEN; BROOKFIELD RENEWABLE PARTNERS | | |
| 2.1111 | MASTER SUPPLY AGREEMENT | FABRINET | $ | 16,216,340.23 |
| 2.1112 | MASTER SUPPLY AGREEMENT | FABRINET | | |
| 2.1113 | NOTICE OF DECISION TO TERMINATE AN AGREEMENT | FABRINET | | |
| 2.1114 | STATEMENT OF WORK #1 TO MASTER SUPPLY AGREEMENT RAW MATERIALS PURCHASE & | FABRINET | | |
| 2.1115 | PROOF OF CONCEPT (POC) SHOWCASE PARTICIPATION AGREEMENT | FIBER BROADBAND ASSOCIATION | | |
| 2.1116 | CONSULTING AGREEMENT | FIDUS SYSTEMS INC | | |
| 2.1117 | CONSULTING AGREEMENT | FIDUS SYSTEMS INC | | |
| 2.1118 | CONSULTING AGREEMENT | FIDUS SYSTEMS INC | | |
| 2.1119 | CONSULTING AGREEMENT | FIDUS SYSTEMS INC | | |
| 2.1120 | CONSULTING AGREEMENT | FIDUS SYSTEMS INC | | |
| 2.1121 | CONSULTING AGREEMENT | FIDUS SYSTEMS INC | | |
| 2.1122 | CONSULTING AGREEMENT | FIDUS SYSTEMS INC | | |
| 2.1123 | CONSULTING AGREEMENT | FIDUS SYSTEMS INC | | |
| 2.1124 | CONSULTING AGREEMENT | FIDUS SYSTEMS INC | | |
| 2.1125 | AGREEMENT | FINE POINT TECHNOLOGIES INC | | |

| | | | |
|---|---|---|---|
| 2.1126 | LETTER AGREEMENT RE MOUNTAIN VIEW SOFTWARE | FINE POINT TECHNOLOGIES INC | |
| 2.1127 | REFERRAL AND MARKETING AGREEMENT | FINE POINT TECHNOLOGIES INC | |
| 2.1128 | REFERRAL AND MARKETING AGREEMENT | FINE POINT TECHNOLOGIES INC | |
| 2.1129 | REFERRAL AND MARKETING AGREEMENT | FINE POINT TECHNOLOGIES INC | |
| 2.1130 | LICENSING AGREEMENT | FINE POINT TECHNOLOGIES INC; NCC GROUP ESCROW ASSOCIATES LLC | |
| 2.1131 | LICENSING AGREEMENT | FINE POINT TECHNOLOGIES INC; NCC GROUP ESCROW ASSOCIATES LLC | |
| 2.1132 | LICENSING AGREEMENT | FINE POINT TECHNOLOGIES INC; NCC GROUP ESCROW ASSOCIATES LLC | |
| 2.1133 | LICENSING AGREEMENT | FINE POINT TECHNOLOGIES INC; NCC GROUP ESCROW ASSOCIATES LLC | |
| 2.1134 | LICENSING AGREEMENT | FINE POINT TECHNOLOGIES INC; NCC GROUP ESCROW ASSOCIATES LLC | |
| 2.1135 | LICENSING AGREEMENT | FINE POINT TECHNOLOGIES INC; NCC GROUP ESCROW ASSOCIATES LLC | |
| 2.1136 | LICENSOR LICENSEE AGREEMENT | FINE POINT TECHNOLOGIES INC; NCC GROUP ESCROW ASSOCIATES LLC | |
| 2.1137 | LICENSOR LICENSEE AGREEMENT | FINE POINT TECHNOLOGIES INC; NCC GROUP ESCROW ASSOCIATES LLC | |
| 2.1138 | SINGLE LICENSEE SOFTWARE ESCROW AGREEMENT | FINE POINT TECHNOLOGIES INC; NCC GROUP ESCROW ASSOCIATES LLC | |
| 2.1139 | SINGLE LICENSEE SOFTWARE ESCROW AGREEMENT | FINE POINT TECHNOLOGIES INC; NCC GROUP ESCROW ASSOCIATES LLC | |
| 2.1140 | STATEMENT OF WORK | FLASH GLOBAL LOGISTICS INC; CASA COMMUNICATIONS LIMITED | |
| 2.1141 | STATEMENT OF WORK | FLASH GLOBAL LOGISTICS INC; CASA COMMUNICATIONS LIMITED | |
| 2.1142 | STATEMENT OF WORK | FLASH GLOBAL LOGISTICS INC; CASA COMMUNICATIONS LIMITED | |
| 2.1143 | STATEMENT OF WORK | FLASH GLOBAL LOGISTICS INC; CASA COMMUNICATIONS LIMITED | |
| 2.1144 | STATEMENT OF WORK | FLASH GLOBAL LOGISTICS INC; CASA COMMUNICATIONS LIMITED | |
| 2.1145 | CONTRACTUAL DOCUMENT | FLOQAST INC | |
| 2.1146 | FIRST AMENDMENT TO SUBSCRIPTION SERVICES | FLOQAST INC | |
| 2.1147 | FLOQAST CLOSE MANAGEMENT SOFTWARE SERVICES ORDER FORM | FLOQAST INC | |
| 2.1148 | FLOQAST SERVICES ORDER | FLOQAST INC | |
| 2.1149 | FLOQAST SERVICES ORDER | FLOQAST INC | |
| 2.1150 | STATEMENT OF WORK | FORSYS INC; DASAN NETWORKS INC | |
| 2.1151 | STATEMENT OF WORK | FORSYS INC; DASAN NETWORKS INC | |
| 2.1152 | SOFTWARE MAINTENANCE & UPGRADE ASSURANCE/ SERVICE LEVEL SUPPORT AGREEMENT | FRIENDLY CONSULTING INC | |
| 2.1153 | CONSIGNEE STATEMENT | FUTURE ELECTRONICS INC | |
| 2.1154 | FUTURE ELECTRONICS STANDARD TERMS & | FUTURE ELECTRONICS INC | |
| 2.1155 | CONTRACTUAL DOCUMENT | FUTUREWEI TECHNOLOGIES INC; EQUUS INVESTMENT PARTNERSHIP XI LP | $ 35,647.08 |
| 2.1156 | LAB SUBLEASE AGREEMENT | FUTUREWEI TECHNOLOGIES INC; EQUUS INVESTMENT PARTNERSHIP XI LP | |
| 2.1157 | COMMERCIAL LEASE AGREEMENT | FUTUREWEI TECHNOLOGIES INC; HUAWEI TECHNOLOGIES USA INC; IPXI LEGACY PLACE INVESTORS LLC | |
| 2.1158 | COMMERCIAL LEASE AGREEMENT | FUTUREWEI TECHNOLOGIES INC; HUAWEI TECHNOLOGIES USA INC; IPXI LEGACY PLACE INVESTORS LLC | |
| 2.1159 | FIFTH AMENDMENT TO OFFICE LEASE | FUTUREWEI TECHNOLOGIES INC; L&B CIP LEGACY PLACE I & II LLC | |
| 2.1160 | DIRECT HIRE FEE AGREEMENT | GA ROGERS AND ASSOCIATES | |
| 2.1161 | DIRECT HIRE FEE AGREEMENT | GA ROGERS AND ASSOCIATES | |
| 2.1162 | DIRECT HIRE FEE AGREEMENT | GENBAND US LLC | |

| | | | | |
|---|---|---|---|---|
| 2.1163 | AMENDMENT 4 TO GENBAND ZHONE INTERFACE LICENSE AGREEMENT | GENBAND US LLC | | |
| 2.1164 | AMENDMENT 4 TO GENBAND ZHONE INTERFACE LICENSE AGREEMENT | GENBAND US LLC | | |
| 2.1165 | AMENDMENT 4 TO GENBAND ZHONE INTERFACE LICENSE AGREEMENT | GENBAND US LLC | | |
| 2.1166 | AMENDMENT 4 TO GENBAND ZHONE INTERFACE LICENSE AGREEMENT | GENBAND US LLC | | |
| 2.1167 | AMENDMENT 4 TO GENBAND ZHONE INTEROPERABILITY TESTING AGREEMENT | GENBAND US LLC | | |
| 2.1168 | AMENDMENT 6 TO GENBAND ZHONE INTEROPERABILITY TESTING AGREEMENT | GENBAND US LLC | | |
| 2.1169 | AMENDMENT 6 TO GENBAND ZHONE INTEROPERABILITY TESTING AGREEMENT | GENBAND US LLC | | |
| 2.1170 | AMENDMENT 6 TO GENBAND ZHONE INTEROPERABILITY TESTING AGREEMENT | GENBAND US LLC | | |
| 2.1171 | AMENDMENT 7 TO GENBAND ZHONE INTEROPERABILITY TESTING AGREEMENT | GENBAND US LLC | | |
| 2.1172 | AMENDMENT 7 TO GENBAND ZHONE INTEROPERABILITY TESTING AGREEMENT | GENBAND US LLC | | |
| 2.1173 | AMENDMENT 7 TO GENBAND ZHONE INTEROPERABILITY TESTING AGREEMENT | GENBAND US LLC | | |
| 2.1174 | AMENDMENT 7 TO GENBAND ZHONE INTEROPERABILITY TESTING AGREEMENT | GENBAND US LLC | | |
| 2.1175 | AMENDMENT 8 TO GENBAND ZHONE INTEROPERABILITY TESTING AGREEMENT | GENBAND US LLC; SONUS NETWORKS INC; RIBBON COMMUNICATIONS OPERATING COMPANY INC | | |
| 2.1176 | AMENDMENT 8 TO GENBAND ZHONE INTEROPERABILITY TESTING AGREEMENT | GENBAND US LLC; SONUS NETWORKS INC; RIBBON COMMUNICATIONS OPERATING COMPANY INC | | |
| 2.1177 | AMENDMENT 8 TO GENBAND ZHONE INTEROPERABILITY TESTING AGREEMENT | GENBAND US LLC; SONUS NETWORKS INC; RIBBON COMMUNICATIONS OPERATING COMPANY INC | | |
| 2.1178 | AMENDMENT 8 TO GENBAND ZHONE INTEROPERABILITY TESTING AGREEMENT | GENBAND US LLC; SONUS NETWORKS INC; RIBBON COMMUNICATIONS OPERATING COMPANY INC | | |
| 2.1179 | AMENDMENT 8 TO GENBAND ZHONE INTEROPERABILITY TESTING AGREEMENT | GENBAND US LLC; SONUS NETWORKS INC; RIBBON COMMUNICATIONS OPERATING COMPANY INC | | |
| 2.1180 | AMENDMENT 8 TO GENBAND ZHONE INTEROPERABILITY TESTING AGREEMENT | GENBAND US LLC; SONUS NETWORKS INC; RIBBON COMMUNICATIONS OPERATING COMPANY INC | | |
| 2.1181 | CONTRACTUAL DOCUMENT | GIRIKON INC | | |
| 2.1182 | PROPOSAL RESPONSE - SALESFORCE CPQ | GIRIKON INC | | |
| 2.1183 | PROPOSAL RESPONSE - SALESFORCE CPQ | GIRIKON INC | | |
| 2.1184 | STATEMENT OF WORK (SOW) | GIRIKON INC | | |
| 2.1185 | AMENDMENT NO. THREE TO ODM AGREEMENT | GONGJIN ELECTRONIC (HONG KONG) LIMITED | | |
| 2.1186 | AMENDMENT NO. THREE TO ODM AGREEMENT | GONGJIN ELECTRONIC (HONG KONG) LIMITED | | |
| 2.1187 | MEMORANDUM OF UNDERSTANDING | GONGJIN ELECTRONIC (HONG KONG) LIMITED | | |
| 2.1188 | MEMORANDUM OF UNDERSTANDING | GONGJIN ELECTRONIC (HONG KONG) LIMITED | | |
| 2.1189 | MEMORANDUM OF UNDERSTANDING | GONGJIN ELECTRONIC (HONG KONG) LIMITED | | |
| 2.1190 | MEMORANDUM OF UNDERSTANDING | GONGJIN ELECTRONIC (HONG KONG) LIMITED | | |
| 2.1191 | AMENDMENT NO. FOUR TO ODM AGREEMENT | GONGJIN ELECTRONIC (HONG KONG) LIMITED; TAICANG WHOLELINE BONDED LOGISTICS CO LTD | $ | 5,595.05 |
| 2.1192 | AMENDMENT NO. FOUR TO ODM AGREEMENT | GONGJIN ELECTRONIC (HONG KONG) LIMITED; TAICANG WHOLELINE BONDED LOGISTICS CO LTD | | |
| 2.1193 | GOOGLE CLOUD MASTER AGREEMENT - ENTERPRISE | GOOGLE LLC | | |
| 2.1194 | GOOGLE CLOUD PLATFORM SERVICES SCHEDULE | GOOGLE LLC | | |
| 2.1195 | ORDER FORM | GOOGLE LLC | | |
| 2.1196 | ORDER FORM | GOOGLE LLC | | |

| 2.1197 | GRANDEOS EVENT OPERATIONS & SERVICES SERVICE AGREEMENT | GRANDEOS | |
|---|---|---|---|
| 2.1198 | GRANDEOS EVENT OPERATIONS & SERVICES SERVICE AGREEMENT | GRANDEOS | |