IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| DZS INC. | § § § § | CASE NO. 25-40712<br>Chapter 7 |
| Debtor. | § | |

### WITHDRAWAL OF OBJECTION OF BOWEI TECHNOLOGY COMPANY LTD. TO TRUSTEE'S MOTION FOR AN ORDER APPROVING SALE

Comes Now Bowei Technology Company Ltd ("Bowei") and files this pleading whereby Bowei:

1. Withdraws its Objection to the Trustee's Motion for an Order Approving Sale filed herein on April 17, 2025 as Docket No. 72.

2. The withdrawal of Bowei's Objection to the Trustee's pending Motion for Sale is without prejudice to and with full reservation of Bowei's rights to assert its claims, general and for reclamation, to the proceeds of any sale, against any other assets of the Debtor's estate or any other claim Bowei may assert against the Debtor or any responsible third party.

Respectfully submitted,

**WADDELL SERAFINO GEARY
RECHNER JENEVEIN, PC**

1717 Main Street, Suite 2500
Dallas, Texas 75201-
(214) 979-7400 – Telephone
(214) 979-7402 – Telecopier

By:  */s/ Richard G. Dafoe*
RICHARD G. DAFOE
State Bar No. 05309500

NOTICE OF APPEARANCE – Page 1
568497

rdafoe@wslawpc.com

ATTORNEYS FOR
BOWEI TECHNOLOGY COMPANY LTD.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on the 25th day of April, 2025, to the following parties, the Debtor, the Trustee, the U.S. Trustee, and those requesting notice, either electronically or by first class mail:

/s/ Richard G. Dafoe
Richard G. Dafoe

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District including those parties shown below.

| | |
|---|---|
| Deborah D. Williamson<br>Dykema<br>112 E. Pecan Street, Suite 1800<br>San Antonio, Texas 78205<br>dwilliamson@dykema.com | Travis A. McRoberts<br>Baker Botts L.L.P<br>2001 Ross Avenue, Suite 900<br>Dallas, Texas 75201-1980 |
| DZS Inc.<br>5700 Tennyson Parkway, Suite 400<br>Plano, Texas | Michelle H. Chow<br>16200 Addison Road, Suite 140<br>Addison, Texas 75001<br>chowtrustee@gmail.com |
| Office of the US Trustee<br>110 N. College Ave., Suite 300<br>Tyler, Texas 75702 | Alexandria Jean Smith<br>ajs@gdllaw.com |
| Laura Taveras Lantigua ✓<br>laura.taveras@akerman.com | Michelle E. Shriro<br>mshriro@singerlevick.com |
| Randall Adam Swick ✓<br>adam.swick@akerman.com | James D. Sadowski<br>jds@gdllaw.com |
| Shawn M. Christianson<br>schristianson@buchalter.com | Paul M. Lopez<br>bankruptcy@abernathy-law.com |
| Tawasi<br>Al Mousi Center, Playa<br>P.O. Box 4372 Office 353<br>Biyadh 11431<br>Saudi Arabia | |

*/s/Richard G. Dafoe*
Richard G. Dafoe

1