IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | (Chapter 7) |
| | § | |
| DZS INC.,[1] | § | CASE NO. 25-40712 |
| | § | |
| DEBTOR. | § | (Jointly Administered) |

**CLARIFICATION TO TRUSTEE'S WITNESS AND EXHIBIT LIST**
Hearing: April 28, 2025 at 1:30 PM (CT)

**COMES NOW** Michelle H. Chow, Chapter 7 Trustee of the above-referenced cases ("**Trustee**"), by and through her counsel Singer & Levick, P.C, and files this *Clarification to Trustee's Witness and Exhibit List* ("**Clarification**") in connection with the hearing scheduled for **April 28, 2025 at 1:30 PM (CT)**. On April 23, 2025, the Trustee filed *Trustee's Witness and Exhibit List* (**Dkt.080**) showing that the hearing will be on the *Trustee's Motion for an Order Approving Sale of Certain Property of the Estate Free and Clear of all Liens, Claims and Encumbrances and Assumption and Assignment of Executory Contracts and Leases* ("**Sale Motion**") (**Dkt.026**). This Clarification is filed to show that it should have said that the hearing would also be on the *Trustee's Motion to Approve and Authorize Payment of Vendor Expenses* ("**Vendor Motion**") **Dkt.043**). The Exhibits that were attached to the original Witness and Exhibit List at Dkt.080 are the same Exhibits that the Trustee will use for both the Sale Motion and the Vendor Motion.

**Dated: April 24, 2025**

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's Federal Tax Identification Number, include: DZS Inc. (9099), DZS Services Inc. (3763) and DZS California Inc. (3221). The location of the Debtors' service address is: 5700 Tennyson Parkway, Suite 400, Plano, TX 75024.

Respectfully submitted,

SINGER & LEVICK, P.C.

By:  /s/ *Michelle E. Shriro*
Larry A. Levick
State Bar No. 12252600
Michelle E. Shriro
State Bar No. 18310900
Todd A. Hoodenpyle
State Bar No. 00798265

16200 Addison Road, Suite 140
Addison, Texas 75001
Phone: 972.380.5533
Fax: 972.380.5748
Email: levick@singerlevick.com
Email: mshriro@singerlevick.com
Email: hoodenpyle@singerlevick.com

GENERAL COUNSEL FOR
MICHELLE H. CHOW, CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District and LBR 9013(f), which includes the parties as shown below, on this 24th day of April, 2025.

| | |
|---|---|
| **DEBTOR:**<br>DZS Inc.<br>5700 Tennyson Parkway, Suite 400<br>Plano, TX 75024<br>**VIA ECF Noticing through its attorney** | **ATTORNEY FOR DEBTOR:**<br>Travis A. McRoberts<br>Baker Botts L.L.P.<br>2001 Ross Avenue, Suite 900<br>Dallas, TX 75201-1980<br>**VIA ECF Noticing** |
| **COUNSEL FOR PURCHASER:**<br>Deborah D. Williams<br>Dykema<br>112 E. Pecan Street, Suite 1800<br>San Antonio, TX 78205<br>**VIA ECF Noticing** | **COUNSEL FOR FL LANDLORD:**<br>Richard B. Warren<br>Warren & Grant, P.A.<br>4800 N. Federal Highway, Suite A-205<br>Boca Raton, FL 33431<br>**VIA EMAIL: rick@warrengrant.com** |
| **COUNSEL FOR FUTUREWEI TECH.:**<br>David M. Banker<br>Womble Bond Dickinson (US) LLP<br>950 Third Avenue, Suite 2400<br>New York, NY 10022<br>**VIA EMAIL: david.banker@wbd-us.com** | **COUNSEL FOR PLANO LANDLORD:**<br>James D. Sadowski<br>Greenstein Delorme & Luchs, P.C.<br>801 17th Street, N.W., Suite 1000<br>Washington, D.C. 20006<br>**VIA EMAIL: jds@gdllaw.com** |
| **TRUSTEE:**<br>Michelle H. Chow<br>16200 Addison Road, Suite 140<br>Addison, TX 75001<br>**VIA ECF Noticing** | **US TRUSTEE:**<br>Office of the US Trustee<br>110 N. College Ave., Suite 300<br>Tyler, Texas 75702<br>**VIA ECF Noticing** |

                                            /s/ *Michelle E. Shriro*
                                            Michelle E. Shriro