**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| DZS, INC., et al.[1], | Case No. 25-40712 |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF ORACLE'S LIMITED OBJECTION TO AND RESERVATION OF RIGHTS REGARDING TRUSTEE'S SALE MOTION AND RELATED SEVENTH NOTICE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED, PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE, IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE ESTATES' ASSETS, AND THE PROPOSED CURE AMOUNTS**

PLEASE TAKE NOTICE that Oracle Credit Corporation and Oracle America, Inc., (jointly, "Oracle"), hereby withdraws its *Limited Objection to and Reservation of Rights Regarding Trustee's Sale Motion and Related Seventh Notice of Executory Contracts and Unexpired Leases that May Be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, In Connection with the Sale of Substantially All of the Estates' Assets, and the Proposed Cure Amounts* filed on April 25, 2025 [Doc. 97].

Respectfully submitted,

By: /s/ Jason M. Katz
Jason M. Katz
State Bar No.
jkatz@ccsb.com
Carrington Coleman Sloman &
  Blumenthal L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
Telephone: (214) 855-3000
Facsimile: (214) 580-2641

LOCAL COUNSEL FOR
CREDITOR ORACLE

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's Federal Tax Identification Number, include: DZS Inc. (9099), DZS Services Inc. (3763) and DZS California Inc. (3221). The location of the Debtors' service address is: 5700 Tennyson Parkway, Suite 400, Plano, TX 75024.

and

Shawn M. Christianson
BUCHALTER, A Professional Corporation
425 Market Street, Suite 2900
San Francisco, California 94105-2491
Telephone:  (415) 227-0900
Facsimile:  (415) 227-0770
schristianson@buchalter.com

ORACLE AMERICA, INC.
Peggy Bruggman
Alice Miller
500 Oracle Parkway
Redwood City, California  94065
Telephone:  (650) 506-5200
Facsimile:  (650) 506-7114

ATTORNEYS FOR ORACLE

### CERTIFICATE OF SERVICE

I certify that on May 1, 2025, a true and correct copy of the foregoing document has been electronically served to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, which includes the parties as shown below.

Travis A. McRoberts (travis.mcroberts@bakerbotts.com)
Baker Botts L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX 75201-1980
Attorney for Debtor DZS Inc.

Deborah D. Williamson (dwilliamson@dykema.com)
Dykema
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205
Attorney for Purchaser

R. Adam Swick (adam.swick@akerman.com)
Ackerman LLP
500 West 5th Street, Suite 1210
Austin, TX 78701
Attorney for Edgeco, LLC

Michelle E. Shriro (mshriro@singerlevick.com)
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, Texas 75001
General Counsel for Trustee Michelle H. Chow

Office of the US Trustee
110 N. College Ave., Suite 300
Tyler, Texas 75702

                                         */s/ Jason M. Katz*
                                         Jason M. Katz