# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:
DZS Inc.
5700 Tennyson Parkway, Suite 400
Plano , TX 75024
EIN: 22-3509099
Debtor

Case No. 25-40712 btr
Chapter: 7

## ORDER STRIKING AMENDED DOCUMENTS FOR FAILURE
## TO FILE DECLARATIONS FOR ELECTRONIC FILING

On 04/30/25 , the above-referenced Debtor filed by electronic means Amended Schedules and/or Amended Matrix. The filing of documents with this Court by electronic means is authorized and governed by administrative procedures contained in LBR Appendix 5005 to the Local Rules of Bankruptcy Procedure. Specifically, Section II(C)(3) of LBR Appendix 5005 requires that:

> [w]ithin seven (7) days of the filing by electronic means of a bankruptcy petition, list, schedule, or statement that requires verification under Fed. R. Bankr. P. 1008, the Electronic Filer shall file with the Court the appropriate "Declaration for Electronic Filing," substantially conforming either to Exhibit "B-1," "B-2," or "B-3," which has been executed by the debtor or by the authorized representative of the debtor.

However, the Debtor failed to fulfill that requirement as to the Amended Schedules and/or Amended Matrix filed with the Court. Thus, the amended documents violate Fed. R. Bankr. P. 1008 because they have not been verified under penalty of perjury by the Debtor or contain an unsworn declaration of the Debtor as provided in 28 U.S.C. §1746. Thus, the failure of the Debtor to adhere to the requirements of the Federal and Local Rules of Bankruptcy Procedure constitutes just cause for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Amended Schedules and/or Amended Matrix filed by the Debtor on 04/30/25, is hereby **STRICKEN**.

Signed on 05/09/2025

*Brenda T. Rhoades*   SD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE