**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-40712 |
| DZS INC., *et al.*,[1] | § | |
| | § | (Chapter 7) |
| DEBTORS. | § | |

**FIRST NOTICE OF**
**ASSUMPTION OF EXECUTORY CONTRACT(S) OR UNEXPIRED LEASE(S)**

**PLEASE TAKE NOTICE THAT** on April 28, 2025 the United States Bankruptcy Court for the Eastern District of Texas (the "Court") entered an order [Docket No. 112] (the "Sale Order") that, among other things approved the sale of substantially all of the assets of the above-captioned debtors (the "Debtors") to Zhone Technologies, Inc., ("Zhone"), formerly known as Fibre Acquisitions Corporation.

**PLEASE TAKE FURTHER NOTICE THAT** the Trustee filed the *Notices of Executory Contracts and/or Unexpired Leases to be Assumed* [ECF Nos. 47-66, 69] with the Court on April 14, 2025 and served such Notices on counter-parties to such Executory Contract(s) and/or Unexpired Lease(s) (each a "Notice of Potentially Assumed Contract or Lease").

**PLEASE TAKE FURTHER NOTICE THAT** the Purchaser has elected to assume the Executory Contract(s) and/or Unexpired Lease(s) to which you are a party listed on the attached **Exhibit 1** to this Notice.

**PLEASE TAKE FURTHER NOTICE THAT** "cure" obligations included in the Notice of Potentially Assumed Contract or Lease or as otherwise agreed to by the Purchaser and any other party to such lease or contact (the "Cure Claim") of any Executory Contract(s) or Unexpired Lease(s) included in this Notice, shall be satisfied for the purposes of section 365(b)(1) of the Bankruptcy Code, by payment in Cash, within ten (10) calendar days of this Notice or on such other date as the parties to such Executory Contract(s) and/or Unexpired Lease(s) may otherwise agree. Any Cure Claim shall be deemed fully satisfied, released, and discharged upon such payment. The Purchaser may settle and pay any Cure Claim without any further notice to or action, order, or approval of the Bankruptcy Court. The Trustee and Purchaser may adjourn consideration of any cure dispute beyond the Sale Hearing.

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: DZS Inc. (9099); DZS Services Inc. (3763); and DZS California Inc. (3221) (each "Debtor" and collectively the "Debtors"). The location of the Debtors' service address for purposes of these Chapter 7 Cases is: 5700 Tennyson Parkway, Suite 400, Plano, TX 75024.

**PLEASE TAKE FURTHER NOTICE THAT** the Purchaser is responsible for payment of any Cure Claims as defined in the Notice of Potentially Assumed Contract or Lease related to your agreement.

**PLEASE TAKE FURTHER NOTICE THAT** any objection to the assumption of an Executory Contract or Unexpired Lease under the Plan was due no later than April 25, 2025.

**PLEASE TAKE FURTHER NOTICE THAT** any request for payment of or objection to a Cure Claim that differs from the cure amounts listed in the Notice of Potentially Assumed Contract or Lease was also required to be Filed with the Bankruptcy Court no later than April 25, 2025.

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to the Sale Order, any counterparty to an Executory Contract or Unexpired Lease that failed to timely object to the proposed assumption, assumption and assignment, or related Cure Claim is deemed to have assented to such assumption and assignment and/or Cure Claim of such Executory Contract or Unexpired Lease, as applicable, and any untimely objection shall be disallowed and forever barred, estopped, and enjoined from assertion, and shall not be enforceable against the Purchaser, without the need for any objection by the Purchaser or any other party in interest or any further notice to or action, order, or approval of the Court. Such counterparties to such Executory Contract(s) or Unexpired Lease(s) shall be deemed to release and waive, subject to such counterparties' receipt of the applicable Cure Claim, any and all rights arising under such Executory Contract(s) or Unexpired Lease(s) related to any default, cross-default, termination, put right, or other similar provision related to any event, default, or potential default on or occurring prior to the Closing Date.

**PLEASE TAKE FURTHER NOTICE THAT** assumption of any Executory Contract and/or Unexpired Lease pursuant to the Sale Order shall result in the full release and satisfaction of any claims or defaults, whether monetary or nonmonetary, including defaults of provisions restricting the change in control or ownership interest composition or other bankruptcy-related defaults, arising under any such Executory Contract or Unexpired Lease at any time on or before the date that the Debtors assume or assume and assign such Executory Contract or Unexpired Lease.

**PLEASE TAKE FURTHER NOTICE THAT** neither the exclusion nor inclusion of any Executory Contract or Unexpired Lease on Notice of Potentially Assumed Contract or Lease, shall constitute an admission by the Debtors, the Trustee or Purchaser that any such contract or lease is in fact an Executory Contract or Unexpired Lease, that any Debtor(s) has any liability thereunder, or that such Executory Contract or Unexpired Lease is a binding and enforceable agreement. In addition, the Trustee and Purchaser shall have the right to: (i) alter, amend, modify, or supplement any information set forth herein, including to add or remove any Executory Contract or Unexpired Lease from the Rejection List or Assumption List, pursuant to the terms of the Plan; and (ii) contest any Claim asserted in connection with any Executory Contract or Unexpired Lease.

Any questions regarding this Notice should be directed to John Higgins at 469-581-9204, Email: john.higgins@zhone.com.

Dated: May 9, 2025.

Respectfully submitted,

**DYKEMA GOSSETT PLLC**

By: */s/ Dominique A. Douglas*
Deborah D. Williamson
Texas State Bar No. 21617500
Dominique A. Douglas
Texas State Bar No. 24134409
**DYKEMA GOSSETT PLLC**
112 E. Pecan St., Suite 1800
San Antonio, Texas 78205
Phone: 210-554-5275
Email: dwilliamson@dykema.com
Email: ddouglas@dykema.com

**ATTORNEYS FOR
ZHONE TECHNOLOGIES, INC.
FORMERLY KNOWN AS
FIBRE ACQUISITION CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 9, 2025, a true and correct copy of the foregoing was served by electronic means as listed on the Court's ECF noticing system and first class mail to necessary contract counterparties.

*/s/ Dominique A. Douglas*
Dominique A. Douglas

# Exhibit 1
**Assumption List**

| DZS ID | Counterparty Name | Description of Contract or Lease |
|---|---|---|
| 2.0007 | ADVANCED COMPUTER TECHNOLOGY ACT | MUTUAL PRODUCT EVALUATION AGREEMENT |
| 2.0008 | ADVANCED COMPUTER TECHNOLOGY S.A.E. | MUTUAL NON-DISCLOSURE AGREEMENT |
| 2.0009 | TAMDEED PROJECTS LLC; SISALAT SERVICES HOLDING LLC | AMENDMENT #1 |
| 2.0010 | ADVANCED MEDIA TECHNOLOGIES INC | AMENDMENT #1 |
| 2.0011 | ADVANCED MEDIA TECHNOLOGIES INC | AMENDMENT #2 |
| 2.0012 | ADVANCED MEDIA TECHNOLOGIES INC | AMENDMENT #2 |
| 2.0013 | ADVANCED MEDIA TECHNOLOGIES INC | CONTRACTUAL DOCUMENT |
| 2.0014 | ADVANCED MEDIA TECHNOLOGIES INC | DISTRIBUTOR AGREEMENT |
| 2.0015 | ADVANCED MEDIA TECHNOLOGIES INC | MUTUAL PRODUCT EVALUATION AGREEMENT |
| 2.0016 | ADVANTAGE TELCOM | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES |
| 2.0036 | AL-NAYI COMPANY | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES |
| 2.0039 | ALTITUDE INFRASTRUCTURE EXPLOITATION SA | MUTUAL PRODUCT EVALUATION AGREEMENT |
| 2.0040 | AMG TECHNOLOGY INVESTMENT GROUP LLC | MUTUAL PRODUCT EVALUATION AGREEMENT |

| | | |
|---|---|---|
| 2.0041 | ANIXTER INC | RESELLER AGREEMENT |
| 2.0042 | ANIXTER INC | RESELLER AGREEMENT |
| 2.0043 | ANIXTER INC; JT INDUSTRIES INC; LUCENT TECHNOLOGIES BELL LABS INNOVATION LUCENT TECHNOLOGIES INC | LETTER OF AGREEMENT NO. ANX052001 |
| 2.0044 | ANIXTER INC; JT INDUSTRIES INC; LUCENT TECHNOLOGIES BELL LABS INNOVATION LUCENT TECHNOLOGIES INC | LETTER OF AGREEMENT NO. ANX052001 |
| 2.0045 | ANTXTER INC | PARTICIPATION ADDENDUM |
| 2.0054 | AT&T GLOBAL CONNECTIONS | SERVICES AGREEMENT |
| 2.0055 | AT&T SERVICES INC | AMENDMENT NO. 7 TO AGREEMENT NO. 10708.C (FORMERLY 20101130.074.C) |
| 2.0056 | AT&T SERVICES INC | AMENDMENT NO. 8 TO AGREEMENT |
| 2.0057 | AT&T SERVICES INC | AMENDMENT NO. 9 TO AGREEMENT |
| 2.0058 | AT&T SERVICES INC | PRODUCT EVALUATION AGREEMENT |
| 2.0059 | AT&T SERVICES INC | PRODUCT EVALUATION AGREEMENT |
| 2.0060 | AT&T SERVICES INC | PRODUCT EVALUATION AMENDMENT NO. 307075.S.002 TO TRIAL AGREEMENT NO. 307075.A.003 |
| 2.0061 | ATLANTIC TELEPHONE MEMBERSHIP CORP (ATMC) | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES |
| 2.0062 | ATLANTIC TELEPHONE MEMBERSHIP CORPORATION | MUTUAL PRODUCT EVALUATION AGREEMENT |

| | | |
|---|---|---|
| 2.0065 | AXON NETWORKS INC | MUTUAL PRODUCT EVALUATION AGREEMENT |
| 2.0066 | AXTEL SAB DE CV | AMENDMENT NUMBER FIVE TO THE SUPPLY CONTRACT |
| 2.0067 | AXTEL SAB DE CV | AMENDMENT NUMBER FIVE TO THE SUPPLY CONTRACT |
| 2.0068 | AXTEL SAB DE CV | AMENDMENT NUMBER FOUR TO THE SUPPLY CONTRACT |
| 2.0069 | AXTEL SAB DE CV | AMENDMENT NUMBER FOUR TO THE SUPPLY CONTRACT |
| 2.0070 | AXTEL SAB DE CV | AMENDMENT NUMBER ONE TO THE SUPPLY CONTRACT |
| 2.0071 | AXTEL SAB DE CV | AMENDMENT NUMBER THREE TO THE SUPPLY CONTRACT |
| 2.0072 | AXTEL SAB DE CV | AMENDMENT NUMBER TWO TO THE SUPPLY CONTRACT |
| 2.0073 | AXTEL SAB DE CV | EXHIBIT A "EQUIPMENT DESCRIPTION, TECHNICAL SPECIFICATIONS AND FUNCTIONAL PARAMETERS" |
| 2.0074 | AXTEL SAB DE CV; SERVICIOS AXTEL SA DE CV; VIER PRESIDENT SALAS MIKE SCHLECK | SUPPLY CONTRACT |
| 2.0075 | AXTEL SAB DE CV; SERVICIOS AXTEL SA DE CV; VIER PRESIDENT SALAS MIKE SCHLECK | SUPPLY CONTRACT |
| 2.0076 | BADER AL MULLA & BROTHERS COMPANY SPC | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES |
| 2.0077 | BALTIC NETWORKS INC; VARGYAS NETWORKS INC | DISTRIBUTOR AGREEMENT |
| 2.0078 | BALTIC NETWORKS INC; VARGYAS NETWORKS INC | DISTRIBUTOR AGREEMENT |

| | | |
|---|---|---|
| 2.0079 | BARQ SYSTEMS INC. (BSI) | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES |
| 2.0083 | BAYLAND TELEPHONE INC | ZHONE - SERVICE MAINTENANCE CONTRACT |
| 2.0085 | BEANFIELD TECHNOLOGIES | ZHONE TECHNOLOGIES, INC. PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES |
| 2.0094 | BLACKFOOT TELEPHONE COOPERATIVE INC | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES |
| 2.0096 | BOINGO WIRELESS INC | MASTER PURCHASE ORDER AGREEMENT |
| 2.0097 | BONNEVILLE POWER ADMINISTRATION | MUTUAL PRODUCT EVALUATION AGREEMENT |
| 2.0098 | BORDER STATES ELECTRIC SUPPLY | NON-EXCLUSIVE RESELLER AGREEMENT |
| 2.0099 | BRANCO; BRFIBRA TELECOMUNICACOES LTDA | MUTUAL PRODUCT EVALUATION AGREEMENT |
| 2.0100 | BRIGHTSPEED; CONNECT HOLDING II LLC | STATEMENT OF WORK FOR DSL EXPRESSE SUBSCRIPTION SOLUTION |
| 2.0101 | BRIGHTSPEED; CONNECT HOLDING II LLC | STATEMENT OF WORK FOR GPON EXPRESSE AND CLEARVIEW SUBSCRIPTION SOLUTION |
| 2.0102 | BRIGHTSPEED; CONNECT HOLDING II, LLC | AMENDMENT NO. 2 |
| 2.0104 | BTC NETWORKS BAUD TELECOM COMPANY | RESELLER AGREEMENT |
| 2.0110 | CALLISONRTKL INC | ELITE AUTHORIZED VAR RESELLER AGREEMENT |
| 2.0111 | CAMYNO GMBH | MUTUAL PRODUCT EVALUATION AGREEMENT |

| | | |
|---|---|---|
| 2.0112 | CANADIAN NATIONAL RAILWAY COMPANY | MASTER SERVICE AGREEMENT |
| 2.0113 | CANADIAN NATIONAL RAILWAY COMPANY | MATERIAL AND SERVICES PURCHASE AGREEMENT |
| 2.0120 | CDE LIGHTBAND (CLARKSVILLE DEPARTMENT OF ELECTRICITY) | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES |
| 2.0126 | CENTRAL OKLAHOMA TELEPHONE CO LLC | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES |
| 2.0127 | CENTRAL OKLAHOMA TELEPHONE CO LLC; CENTRAL OKLAHOMA TELEPHONE COMPANY LLC | QUOTE |
| 2.0128 | CENTRAL TRENCHING, INC. | RESELLER AGREEMENT |
| 2.0129 | CENTURYTEL SERVICE GROUP LLC | SERVICE MAINTENANCE CONTRACT PROPOSAL |
| 2.0130 | CENTURYTEL SERVICE GROUP LLC; LUMEN TECHNOLOGIES SERVICE GROUP LLC; BRIGHTSPEED | STATEMENT OF WORK |
| 2.0132 | CHONE TECHNOLOGIES LOC CONSOLIDATED COMMUNICATIONS INC | SERVICE MAINTENANCE CONTRACT |
| 2.0133 | CHR SOLUTIONS INC; ENGINEER MARTIN GROUP INC; STRATFORD MUTUAL TELEPHONE COMPANY | SPECIAL EQUIPMENT CONTRACT CLOSEOUT |
| 2.0134 | CHR SOLUTIONS INC; INTERBEL TELEPHONE COOPERATIVE INC | MONTANA 522L — INTERBEL CONTRACT CLOSEOUT CERTIFICATION AND CERTIFICATION OF COMPLETION |