## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 25-40712** |
| **DZS INC.,** *et al.,*[1] | § | |
| | § | **(Chapter 7)** |
| **DEBTORS.** | § | |

## THIRD NOTICE OF
## ASSUMPTION OF EXECUTORY CONTRACT(S) OR UNEXPIRED LEASE(S)

**PLEASE TAKE NOTICE THAT** on April 28, 2025 the United States Bankruptcy Court for the Eastern District of Texas (the "Court") entered an order [Docket No. 112] (the "Sale Order") that, among other things approved the sale of substantially all of the assets of the above-captioned debtors (the "Debtors") to Zhone Technologies, Inc., ("Zhone"), formerly known as Fibre Acquisitions Corporation.

**PLEASE TAKE FURTHER NOTICE THAT** the Trustee filed the *Notices of Executory Contracts and/or Unexpired Leases to be Assumed* [ECF Nos. 47-66, 69] with the Court on April 14, 2025 and served such Notices on counter-parties to such Executory Contract(s) and/or Unexpired Lease(s) (each a "Notice of Potentially Assumed Contract or Lease").

**PLEASE TAKE FURTHER NOTICE THAT** the Purchaser has elected to assume the Executory Contract(s) and/or Unexpired Lease(s) to which you are a party listed on the attached **Exhibit 1** to this Notice.

**PLEASE TAKE FURTHER NOTICE THAT** "cure" obligations included in the Notice of Potentially Assumed Contract or Lease or as otherwise agreed to by the Purchaser and any other party to such lease or contact (the "Cure Claim") of any Executory Contract(s) or Unexpired Lease(s) included in this Notice, shall be satisfied for the purposes of section 365(b)(1) of the Bankruptcy Code, by payment in Cash, within ten (10) calendar days of this Notice or on such other date as the parties to such Executory Contract(s) and/or Unexpired Lease(s) may otherwise agree. Any Cure Claim shall be deemed fully satisfied, released, and discharged upon such payment. The Purchaser may settle and pay any Cure Claim without any further notice to or action, order, or approval of the Bankruptcy Court. The Trustee and Purchaser may adjourn consideration of any cure dispute beyond the Sale Hearing.

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: DZS Inc. (9099); DZS Services Inc. (3763); and DZS California Inc. (3221) (each "Debtor" and collectively the "Debtors"). The location of the Debtors' service address for purposes of these Chapter 7 Cases is: 5700 Tennyson Parkway, Suite 400, Plano, TX 75024.

**PLEASE TAKE FURTHER NOTICE THAT** the Purchaser is responsible for payment of any Cure Claims as defined in the Notice of Potentially Assumed Contract or Lease related to your agreement.

**PLEASE TAKE FURTHER NOTICE THAT** any objection to the assumption of an Executory Contract or Unexpired Lease under the Plan was due no later than April 25, 2025.

**PLEASE TAKE FURTHER NOTICE THAT** any request for payment of or objection to a Cure Claim that differs from the cure amounts listed in the Notice of Potentially Assumed Contract or Lease was also required to be Filed with the Bankruptcy Court no later than April 25, 2025.

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to the Sale Order, any counterparty to an Executory Contract or Unexpired Lease that failed to timely object to the proposed assumption, assumption and assignment, or related Cure Claim is deemed to have assented to such assumption and assignment and/or Cure Claim of such Executory Contract or Unexpired Lease, as applicable, and any untimely objection shall be disallowed and forever barred, estopped, and enjoined from assertion, and shall not be enforceable against the Purchaser, without the need for any objection by the Purchaser or any other party in interest or any further notice to or action, order, or approval of the Court. Such counterparties to such Executory Contract(s) or Unexpired Lease(s) shall be deemed to release and waive, subject to such counterparties' receipt of the applicable Cure Claim, any and all rights arising under such Executory Contract(s) or Unexpired Lease(s) related to any default, cross-default, termination, put right, or other similar provision related to any event, default, or potential default on or occurring prior to the Closing Date.

**PLEASE TAKE FURTHER NOTICE THAT** assumption of any Executory Contract and/or Unexpired Lease pursuant to the Sale Order shall result in the full release and satisfaction of any claims or defaults, whether monetary or nonmonetary, including defaults of provisions restricting the change in control or ownership interest composition or other bankruptcy-related defaults, arising under any such Executory Contract or Unexpired Lease at any time on or before the date that the Debtors assume or assume and assign such Executory Contract or Unexpired Lease.

**PLEASE TAKE FURTHER NOTICE THAT** neither the exclusion nor inclusion of any Executory Contract or Unexpired Lease on Notice of Potentially Assumed Contract or Lease, shall constitute an admission by the Debtors, the Trustee or Purchaser that any such contract or lease is in fact an Executory Contract or Unexpired Lease, that any Debtor(s) has any liability thereunder, or that such Executory Contract or Unexpired Lease is a binding and enforceable agreement. In addition, the Trustee and Purchaser shall have the right to: (i) alter, amend, modify, or supplement any information set forth herein, including to add or remove any Executory Contract or Unexpired Lease from the Rejection List or Assumption List, pursuant to the terms of the Plan; and (ii) contest any Claim asserted in connection with any Executory Contract or Unexpired Lease.

Any questions regarding this Notice should be directed to John Higgins at 469-581-9204, Email: john.higgins@zhone.com.

Dated:  May 9, 2025.

Respectfully submitted,

**DYKEMA GOSSETT PLLC**

By: _By: _ */s/ Dominique A. Douglas*
Deborah D. Williamson
Texas State Bar No. 21617500
Dominique A. Douglas
Texas State Bar No. 24134409
**DYKEMA GOSSETT PLLC**
112 E. Pecan St., Suite 1800
San Antonio, Texas 78205
Phone: 210-554-5275
Email: dwilliamson@dykema.com
Email: ddouglas@dykema.com

**ATTORNEYS FOR
ZHONE TECHNOLOGIES, INC.
FORMERLY KNOWN AS
FIBRE ACQUISITION CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 9, 2025, a true and correct copy of the foregoing was served by electronic means as listed on the Court's ECF noticing system and first class mail to necessary contract counterparties.

*/s/ Dominique A. Douglas*
Dominique A. Douglas

**Exhibit 1**
**Assumption List**

| DZS ID | Counterparty Name | Description of Contract or Lease |
|---|---|---|
| 2.0390 | INTERBEL TELEPHONE COOPERATIVE INC | SUBJECT: MONTANA 522 INTERBEL |
| 2.0391 | INTERCABLE SA DE CV | DISTRIBUTORSHIP AGREEMENT |
| 2.0397 | TAMDEED PROJECTS LLC; SISALAT SERVICES HOLDING LLC | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES |
| 2.0411 | KANOKLA TELEPHONE | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES |
| 2.0422 | KINGSTON COMMUNICATIONS | PURCHASE AGREEMENT |
| 2.0423 | KIT CARSON TELECOM | PURCHASE AGREEMENT |
| 2.0434 | LIGHT RIVER TECHNOLOGIES INC | DZS INC. RESELLER AGREEMENT |
| 2.0435 | LIGHT RIVER TECHNOLOGIES INC | RESELLER AGREEMENT |
| 2.0436 | LIGHTRIVER TECHNOLOGIES INC | MUTUAL PRODUCT EVALUATION AGREEMENT |
| 2.0439 | LISCO LLC | PURCHASE AGREEMENT |
| 2.0441 | LOWVO COMPANY | RESELLER AGREEMENT |
| 2.0442 | LOWVO SOLUTIONS | RESELLER AGREEMENT |
| 2.0448 | MANTI TELEPHONE CO.; MTCC | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES |

| | | |
|---|---|---|
| 2.0450 | MASSEY; WORLD WIDE TECHNOLOGY LLC | MUTUAL PRODUCT EVALUATION AGREEMENT |
| 2.0451 | MATANUSKA TELEPHONE ASSOCIATION, INC. | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES |
| 2.0452 | MAVENIR SYSTEMS INC | GLOBAL TEAMING AGREEMENT |
| 2.0453 | MAVENIR SYSTEMS INC | HARDWARE OEM SUPPLY AGREEMENT |
| 2.0454 | MAVENIR SYSTEMS INC | MUTUAL PRODUCT EVALUATION AGREEMENT |
| 2.0455 | MAVENIR SYSTEMS INC | MUTUAL PRODUCT EVALUATION AGREEMENT |
| 2.0458 | MEGA HERTZ INC | CONTRACTUAL DOCUMENT |
| 2.0459 | MEGA HERTZ INC | RESELLER AGREEMENT |
| 2.0464 | MID-HUDSON CABLEVISION | MUTUAL PRODUCT EVALUATION AGREEMENT |
| 2.0471 | MOBIA TECHNOLOGY INNOVATIONS INCORPORATED | DZS INC. RESELLER AGREEMENT |
| 2.0480 | MTS ALLSTREAM INC | MASTER SUPPLY AGREEMENT |
| 2.0481 | MTS ALLSTREAM INC | MASTER SUPPLY AGREEMENT |
| 2.0484 | MULTICOM INC | AMENDMENT NO. 1 TO RESELLER AGREEMENT |
| 2.0485 | MULTICOM INC | RESELLER AGREEMENT |

| | | |
|---|---|---|
| 2.0490 | MYAKKA COMMUNICATIONS, INC. | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES |
| 2.0507 | NEXTCOM PTY LTD | RESELLER AGREEMENT |
| 2.0514 | NORMAN ENGINEERING | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES |
| 2.0516 | NORTH CENTRAL TELEPHONE COOPORATIVE (NCTC) | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES |
| 2.0517 | NORTH STATE COMMUNICATIONS | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES |
| 2.0519 | NORTHWESTEL INC | PRODUCT PURCHASE AGREEMENT |
| 2.0520 | NORTHWESTEL INC | STATEMENT OF WORK |
| 2.0521 | NORTHWESTEL INC; DASAN ZONE SOLUTIONS INC | AMENDMENT NO. ONE TO PRODUCT PURCHASE AGREEMENT |
| 2.0522 | NORTHWESTEL INC; DASAN ZONE SOLUTIONS INC | AMENDMENT NO. ONE TO PRODUCT PURCHASE AGREEMENT |
| 2.0523 | NORVADO, INC. | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES |
| 2.0534 | OOREDOO MALDIVES PLC; RESELLER DER BO MALLIVES PLC | RESELLER AGREEMENT |
| 2.0539 | ORANGE FRANCE SA | MUTUAL PRODUCT EVALUATION AGREEMENT |
| 2.0540 | ORANGE INNOVATION | MUTUAL PRODUCT EVALUATION AGREEMENT |
| 2.0544 | ORANGE POLSKA SA; SLOBODAN ZLATKOVIC | EVALUATION AGREEMENT |

| | | |
|---|---|---|
| 2.0564 | PLANTERS COMMUNICATIONS LLC | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES |
| 2.0577 | PRODUCT SOURCE INTERNATIONAL DATACOMM | ELITE RESELLER AGREEMENT |
| 2.0578 | PRODUCT SOURCE INTERNATIONAL DATACOMM | MUTUAL PRODUCT EVALUATION AGREEMENT |
| 2.0579 | PRODUCT SOURCE INTERNATIONAL DATACOMM LLC | AMENDMENT NO. 1 TO ELITE RESELLER AGREEMENT 30 |
| 2.0580 | PRODUCT SOURCE INTERNATIONAL DATACOMM LLC | AMENDMENT NO. 1 TO ELITE RESELLER AGREEMENT 30 |
| 2.0581 | PRODUCT SOURCE INTERNATIONAL DATACOMM LLC | AMENDMENT TO RESELLER AGREEMENT |
| 2.0600 | QUATTRO TRADING AND DISTRIBUTION | RESELLER AGREEMENT |
| 2.0602 | RAFFLES SEYCHELLES LTD | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES |
| 2.0607 | REFLEX SOLUTIONS PTY LTD | RESELLER AGREEMENT |
| 2.0615 | RURAL TELECOMMUNICATIONS OF AMERICA INC | MUTUAL PRODUCT EVALUATION AGREEMENT |
| 2.0652 | SOMTEL SOMALIA LTD | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES |
| 2.0673 | STUART C IRBY CO | AMENDMENT #1 BETWEEN STUART C IRBY CO. AND DZS INC. AMENDMENT NO. 001 |
| 2.0674 | STUART C IRBY CO | AMENDMENT #1 BETWEEN STUART C IRBY CO. AND DZS INC. AMENDMENT NO. 001 |
| 2.0675 | STUART C IRBY CO | AMENDMENT OF RESELLER AGREEMENT |

| 2.0676 | STUART C IRBY CO | AMENDMENT OF RESELLER AGREEMENT |
|---|---|---|
| 2.0677 | STUART C IRBY CO | AMENDMENT OF RESELLER AGREEMENT |
| 2.0678 | STUART C IRBY CO | AMENDMENT OF RESELLER AGREEMENT |
| 2.0679 | STUART C IRBY CO | MUTUAL PRODUCT EVALUATION AGREEMENT |
| 2.0680 | STUART C IRBY CO | RESELLER AGREEMENT |
| 2.0690 | TACHUS FIBER INTERNET | MUTUAL PRODUCT EVALUATION AGREEMENT |
| 2.0691 | TACHUS LLC | AMENDMENT #1 BETWEEN TACHUS, LLC AND DZS INC. AMENDMENT #1 |