# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-40712 |
| **DZS INC.,** *et al.*,[1] | § | |
| | § | **(Chapter 7)** |
| DEBTORS. | § | |

## AMENDED[2] FOURTH NOTICE OF
## ASSUMPTION OF EXECUTORY CONTRACT(S) OR UNEXPIRED LEASE(S)

**PLEASE TAKE NOTICE THAT** on April 28, 2025 the United States Bankruptcy Court for the Eastern District of Texas (the "Court") entered an order [Docket No. 112] (the "Sale Order") that, among other things approved the sale of substantially all of the assets of the above-captioned debtors (the "Debtors") to Zhone Technologies, Inc., ("Zhone"), formerly known as Fibre Acquisitions Corporation.

**PLEASE TAKE FURTHER NOTICE THAT** the Trustee filed the *Notices of Executory Contracts and/or Unexpired Leases to be Assumed* [ECF Nos. 47-66, 69] with the Court on April 14, 2025 and served such Notices on counter-parties to such Executory Contract(s) and/or Unexpired Lease(s) (each a "Notice of Potentially Assumed Contract or Lease").

**PLEASE TAKE FURTHER NOTICE THAT** the Purchaser has elected to assume the Executory Contract(s) and/or Unexpired Lease(s) to which you are a party listed on the attached **Exhibit 1** to this Notice.

**PLEASE TAKE FURTHER NOTICE THAT** "cure" obligations included in the Notice of Potentially Assumed Contract or Lease or as otherwise agreed to by the Purchaser and any other party to such lease or contact (the "Cure Claim") of any Executory Contract(s) or Unexpired Lease(s) included in this Notice, shall be satisfied for the purposes of section 365(b)(1) of the Bankruptcy Code, by payment in Cash, within ten (10) calendar days of this Notice or on such other date as the parties to such Executory Contract(s) and/or Unexpired Lease(s) may otherwise agree. Any Cure Claim shall be deemed fully satisfied, released, and discharged upon such payment. The Purchaser may settle and pay any Cure Claim without any further notice to or action, order, or approval of the Bankruptcy Court. The Trustee and Purchaser may adjourn consideration of any cure dispute beyond the Sale Hearing.

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: DZS Inc. (9099); DZS Services Inc. (3763); and DZS California Inc. (3221) (each "Debtor" and collectively the "Debtors"). The location of the Debtors' service address for purposes of these Chapter 7 Cases is: 5700 Tennyson Parkway, Suite 400, Plano, TX 75024.

[2] Amended to remove a duplicate of the Executory Contract for Dasan Networks Solutions Inc. which appears on both the 4th Notice and the 6th Notice.

**PLEASE TAKE FURTHER NOTICE THAT** the Purchaser is responsible for payment of any Cure Claims as defined in the Notice of Potentially Assumed Contract or Lease related to your agreement.

**PLEASE TAKE FURTHER NOTICE THAT** any objection to the assumption of an Executory Contract or Unexpired Lease under the Plan was due no later than April 25, 2025.

**PLEASE TAKE FURTHER NOTICE THAT** any request for payment of or objection to a Cure Claim that differs from the cure amounts listed in the Notice of Potentially Assumed Contract or Lease was also required to be Filed with the Bankruptcy Court no later than April 25, 2025.

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to the Sale Order, any counterparty to an Executory Contract or Unexpired Lease that failed to timely object to the proposed assumption, assumption and assignment, or related Cure Claim is deemed to have assented to such assumption and assignment and/or Cure Claim of such Executory Contract or Unexpired Lease, as applicable, and any untimely objection shall be disallowed and forever barred, estopped, and enjoined from assertion, and shall not be enforceable against the Purchaser, without the need for any objection by the Purchaser or any other party in interest or any further notice to or action, order, or approval of the Court. Such counterparties to such Executory Contract(s) or Unexpired Lease(s) shall be deemed to release and waive, subject to such counterparties' receipt of the applicable Cure Claim, any and all rights arising under such Executory Contract(s) or Unexpired Lease(s) related to any default, cross-default, termination, put right, or other similar provision related to any event, default, or potential default on or occurring prior to the Closing Date.

**PLEASE TAKE FURTHER NOTICE THAT** assumption of any Executory Contract and/or Unexpired Lease pursuant to the Sale Order shall result in the full release and satisfaction of any claims or defaults, whether monetary or nonmonetary, including defaults of provisions restricting the change in control or ownership interest composition or other bankruptcy-related defaults, arising under any such Executory Contract or Unexpired Lease at any time on or before the date that the Debtors assume or assume and assign such Executory Contract or Unexpired Lease.

**PLEASE TAKE FURTHER NOTICE THAT** neither the exclusion nor inclusion of any Executory Contract or Unexpired Lease on Notice of Potentially Assumed Contract or Lease, shall constitute an admission by the Debtors, the Trustee or Purchaser that any such contract or lease is in fact an Executory Contract or Unexpired Lease, that any Debtor(s) has any liability thereunder, or that such Executory Contract or Unexpired Lease is a binding and enforceable agreement. In addition, the Trustee and Purchaser shall have the right to: (i) alter, amend, modify, or supplement any information set forth herein, including to add or remove any Executory Contract or Unexpired Lease from the Rejection List or Assumption List, pursuant to the terms of the Plan; and (ii) contest any Claim asserted in connection with any Executory Contract or Unexpired Lease.

Any questions regarding this Notice should be directed to John Higgins at 469-581-9204, Email: john.higgins@zhone.com.

Dated: May 12, 2025.  Respectfully submitted,

**DYKEMA GOSSETT PLLC**

By: */s/ Dominique A. Douglas*
Deborah D. Williamson
Texas State Bar No. 21617500
Dominique A. Douglas
Texas State Bar No. 24134409
**DYKEMA GOSSETT PLLC**
112 E. Pecan St., Suite 1800
San Antonio, Texas 78205
Phone: 210-554-5275
Email: dwilliamson@dykema.com
Email: ddouglas@dykema.com

**ATTORNEYS FOR
ZHONE TECHNOLOGIES, INC.
FORMERLY KNOWN AS
FIBRE ACQUISITION CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 12, 2025, a true and correct copy of the foregoing was served by electronic means as listed on the Court's ECF noticing system and first class mail to necessary contract counterparties.

*/s/ Dominique A. Douglas*
Dominique A. Douglas

**<u>Exhibit 1</u>**
**Assumption List**

126685.000001  4918-0048-7746.1

| DZS ID | Counterparty Name | Description of Contract or Lease |
|---|---|---|
| 2.0693 | TACHUS LLC | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES |
| 2.0694 | TACHUS LLC | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES |
| 2.0696 | TAMDEED PROJECTS LLC; SISALAT SERVICES HOLDING LLC | RESELLER AGREEMENT |
| 2.0698 | TAWASUL TELECOM LTD CO | MUTUAL PRODUCT EVALUATION AGREEMENT |
| 2.0702 | TDS TELECOMMUNICATIONS LLC | MASTER PURCHASE AGREEMENT |
| 2.0703 | TDS TELECOMMUNICATIONS LLC | MUTUAL PRODUCT EVALUATION AGREEMENT |
| 2.0722 | TELECOM NAMBIA LIMITED | TENDER FOR ACTIVE FIBRE AND COPPER ACCESS EQUIPMENT SCHEDULE 4 SCHEDULE OF COMPLIANCE TO TECHNICAL |
| 2.0723 | TELECOM NAMIBIA LIMITED | CONTRACT NO. G/DP/TN-220/2022 |
| 2.0724 | TELECOM NAMIBIA LIMITED | MEMORANDUM OF AGREEMENT |
| 2.0725 | TELECOM NAMIBIA LIMITED | PRICING AND FORECASTING SCHEDULE |
| 2.0726 | TELECOM NAMIBIA LIMITED | SERVICE MAINTENANCE CONTRACT PROPOSAL |
| 2.0727 | TELECOM NAMIBIA LTD | SERVICE MAINTENANCE CONTRACT |
| 2.0728 | TELEFFICIENT SOLUTIONS | RESELLER AGREEMENT |

| | | |
|---|---|---|
| 2.0729 | TELEFONICA DEL SUR SERVICIOS INTERMEDIOS SA | SERVICE MAINTENANCE CONTRACT |
| 2.0730 | TELEFÓNICA DEL SUR SERVICIOS INTERMEDIOS SA | PARCHASE AND SUPPLY AGREEMENT FOR PRODUCTS AND SERVICES |
| 2.0731 | TELEFÓNICA DEL SUR SERVICIOS INTERMEDIOS SA | PURCHASE AND SUPPLY AGREEMENT FOR PRODUCTS AND SERVICES |
| 2.0732 | TELEFONICA DEL SUR; TELEFONICA | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES |
| 2.0745 | TELTECH COMMUNICATIONS LLC | DISTRIBUTOR AGREEMENT |
| 2.0746 | TELUS COMMUNICATIONS COMPANY; TELUS COMMUNICATIONS INC. | MASTER PURCHASE AGREEMENT |
| 2.0747 | TELUS COMMUNICATIONS INC. | RFI PARTICIPATION AGREEMENT |
| 2.0748 | TELUS COMMUNICATIONS INC; TELUS COMMUNICATIONS INC. | MASTER PRODUCTS AND SERVICES AGREEMENT |
| 2.0749 | TELUS COMMUNICATIONS INC; TELUS COMMUNICATIONS INC. | SHORT FORM SOFTWARE LICENSE AGREEMENT |
| 2.0750 | TELUS CORPORATION; TELUS COMMUNICATIONS INC. | AMENDMENT NO. 1 TO MASTER AGREEMENT FOR RESALE OF SOFTWARE-AS-A-SERVICE SCHEDULE "A" - FORM OF SAAS |
| 2.0780 | TRADING DISTRIBUTION CONSULTANCY COMPANY (TDC) | RESELLER AGREEMENT |
| 2.0781 | TRANS INDUSTRIAS ELECTRONICAS SA | RESELLER AGREEMENT |
| 2.0786 | TROY CABLEVISION, INC. | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES |
| 2.0788 | TV FUEGO SA | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES |

| | | |
|---|---|---|
| 2.0789 | TVC COMMUNICATIONS LLC; WESCO DISTRIBUTION INC | FIRST AMENDMENT TO RESELLER AGREEMENT |
| 2.0790 | TVC COMMUNICATIONS LLC; WESCO DISTRIBUTION INC | FIRST AMENDMENT TO RESELLER AGREEMENT |
| 2.0791 | TVC COMMUNICATIONS LLC; WESCO DISTRIBUTION INC | FIRST AMENDMENT TO RESELLER AGREEMENT |
| 2.0792 | TVC COMMUNICATIONS LLC; WESCO DISTRIBUTION INC | FIRST AMENDMENT TO RESELLER AGREEMENT |
| 2.0797 | UNITED TELEPHONE ASSOCIATION INC. (UNITED TELECOM) | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES |
| 2.0807 | USHUAIA VISION SA | MASTER SERVICE AGREEMENT |
| 2.0808 | UTOPIA | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES |
| 2.0810 | VALLEY TELEPHONE COOPORATIVE, INC. | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES |
| | | |
| 2.0821 | VIANET INC | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES |
| 2.0828 | VTX COMMUNICATION LLC | PURCHASE AGREEMENT FOR PRODUCTS AND SERVICES |
| | | |
| 2.0834 | WESCO DISTRIBUTION INC | DISTRIBUTOR AGREEMENT |
| 2.0835 | WESCO DISTRIBUTION INC | RESELLER AGREEMENT |

| | | |
|---|---|---|
| 2.0836 | WESCO DISTRIBUTION INC | RESELLER AGREEMENT |
| 2.0837 | WESCO DISTRIBUTION INC | RESELLER AGREEMENT |
| 2.0838 | WESCO DISTRIBUTION INC | SECOND AMENDMENT TO RESELLER AGREEMENT |
| 2.0839 | WESCO DISTRIBUTION INC | SECOND AMENDMENT TO RESELLER AGREEMENT |
| 2.0843 | WINDSTREAM SERVICES LLC | MUTUAL PRODUCT EVALUATION AGREEMENT |
| 2.0844 | WINDSTREAM SERVICES LLC | MUTUAL PRODUCT EVALUATION AGREEMENT |
| 2.0856 | WORLD WIDE TECHNOLOGY LLC | RESELLER AGREEMENT |
| 2.0862 | XPLORE INC | MASTER PURCHASE AGREEMENT |
| 2.0865 | AXON NETWORKS, INC. | ASSET PURCHASE AGREEMENT |
| 2.0866 | AXON NETWORKS, INC. | BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT |
| 2.0867 | AXON NETWORKS, INC. | DOMAIN ASSIGNMENT AGREEMENT |
| 2.0868 | AXON NETWORKS, INC. | EDGE SDK LICENSE AGREEMENT |
| 2.0869 | AXON NETWORKS, INC. | PATENT ASSIGNMENT AGREEMENT |
| 2.0870 | AXON NETWORKS, INC. | PATENT ASSIGNMENT AGREEMENT |

| | | |
|---|---|---|
| 2.0871 | AXON NETWORKS, INC. | PATENT SUBLICENSE AGREEMENT |
| 2.0872 | AXON NETWORKS, INC. | RESELLER AGREEMENT |
| 2.0873 | AXON NETWORKS, INC. | TRADEMARK ASSIGNMENT AGREEMENT |
| 2.0874 | AXON NETWORKS, INC. | TRANSFERRED PATENTS LICENSE AGREEMENT |
| 2.0875 | AXON NETWORKS, INC. | TRANSITION SERVICES AGREEMENT |
| 2.0876 | AXON NETWORKS, INC. | XTREME LICENSE AGREEMENT |