## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| Main Case No: 25-40712 | Name of Debtor: DZS, Inc. |
| **WITNESSES**: | Judge: The Honorable Brenda Rhoades |
| | Hearing Date: June 13, 2025 |
| Any witness necessary to rebut the testimony of any witness called or designated by any other party; and | Hearing Time: 9:30 a.m. (prevailing Central Time) |
| Any witness called or designated by any other party | Party's Name: Misty Kawecki and Charles Vogt |
| | Attorney's Name: Steven J. Levitt |
| | Attorney's Phone: 214-969-1700 |
| | Nature of Proceeding: Docket No. 131 |

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | *Joint Motion of Misty Kawecki and Charles Vogt for (I) Entry of an Order Modifying the Automatic Stay, to the Extent Applicable, To Allow Payment, Reimbursement, and/or Advancement of Defense Costs Under Insurance Policies and (II) Granting Related Relief* (Dkt. No. 131) | | | | |
| 2. | Primary D & O Policy with AIG (National Union Fire Insurance Company of Pittsburgh, PA.) Policy No. 01-933-34-63 Policy Period 12/15/2022-12/15/2023 (Extended through 12/15/2024 by Endorsement #77) | | | | |
| 3. | Excess D & O Policy ($5MM excess of $5MM) with Sompo International Insurance (Endurance American Insurance Company) Policy No. DOX30029398600 Policy Period 12/15/2022-12/15/2023 | | | | |

1

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 4. | Excess D & O Policy ($5MM excess of $5MM) with AmTrust North America (Wesco Insurance Company) Policy No. EUW1880126 02 Policy Period 12/15/2022-12/15/2023 | | | | |
| 5. | Excess D & O Policy ($5MM excess of $5MM) with ANV Global Services, Inc. (Amtrust Underwriters, Inc. on behalf of Associated Industries Insurance Company, Inc.) Policy No. ANV157127A Policy Period 12/15/2022-12/15/2023 | | | | |
| 6. | Side-A Edge Policy with AIG (National Union Fire Insurance Company of Pittsburgh, PA) Policy No. 01-933-34-68 Policy Period 12/15/2022-12/15/2023 (Extended through 12/15/2024 by Endorsement #9) | | | | |
| 7. | Excess D & O Policy ($5MM excess of $25MM) with Berkley Insurance Company (Gemini Insurance Company Policy No. BPRO8088009 Policy Period 12/15/2022-12/15/2023 | | | | |
| 8. | Primary Executive Edge Policy with AIG ( National Union Fire Insurance Company of Pittsburgh, PA) Policy No. 02-571-40-62 (replacement of 01-933-34-63) Policy Period 12/15/2024-12/15/2025 | | | | |
| 9. | Excess Executive Policy ($5MM excess of $5MM) with Sompo International Insurance (Endurance American Insurance Company) Policy No. DOX30029398601 (Prior Policy No. DOX30029398600) Policy Period 12/15/2024-12/15/2025 | | | | |
| 10. | Excess Executive Policy ($5MM excess of $10 MM) with AmTrust North America (Wesco Insurance Company) Policy No. EUW1880126 03 Policy Period 12/15/2024-12/15/2025 | | | | |
| 11. | Excess Executive Policy ($5MM excess of $15 MM) with ANV Global Services, Inc. (Amtrust Underwriters, Inc. on behalf of Associated Industries Insurance Company, Inc.) Policy No(s) ANV157127A (renewal of | | | | |

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
|  | ANV157127A) Policy Period 12/15/2024-12/15/2025 |  |  |  |  |
| 12. | Side-A Edge Policy with AIG (National Union Fire Insurance Company of Pittsburgh, PA) Policy No. 02-613-83-27 (replacement of 01-933-34-68) Policy Period 12/15/2024-12/15/2025 |  |  |  |  |
| 13. | Excess Side A Executive Policy ($5MM excess of $25 MM) with Berkley Insurance Company (Gemini Insurance Company) Policy No. BPRO8118405 Policy Period 12/15/2024-12/15/2025 |  |  |  |  |
|  | Any pleading, exhibit or item previously presented to the Court |  |  |  |  |
|  | Any exhibit or demonstrative designated or used by any other party |  |  |  |  |

Misty Kawecki and Charles Vogt reserve the right to amend this Exhibit List at any time prior to conclusion of the Hearing.

Dated: June 10, 2025

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

By: */s/ Steven J. Levitt*
Steven J. Levitt
Texas Br No. 24092690
1722 Routh St., Suite 1500
Dallas, TX 75201
Telephone: 214-969-1700
Facsimile: 713-821-7001
steven.levitt@hklaw.com

***ATTORNEY FOR MISTY KAWECKI AND CHARLES VOGT***

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2025, the foregoing was served on all parties entitled to service via the Court's Case Management/Electronic Case File System ("CM/ECF"), Electronic Filing System ("ECF").

*/s/ Steven J. Levitt*
Steven J. Levitt