**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-40712 (BTR) |
| DZS, INC. | § | |
| | § | Chapter 7 |
| DEBTOR(S) | § | |
| | § | |

**NOTICE OF FILING PROPOSED AGREED ORDER GRANTING JOINT MOTION OF MISTY KAWECKI AND CHARLES VOGT FOR (I) ENTRY OF AN ORDER MODIFYING THE AUTOMATIC STAY, TO THE EXTENT APPLICABLE, TO ALLOW PAYMENT, REIMBURSEMENT, AND/OR ADVANCEMENT OF DEFENSE COSTS UNDER INSURANCE POLICIES AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on May 8, 2025, Misty Kawecki and Charles Vogt (the "Movants") filed the *Joint Motion of Misty Kawecki and Charles Vogt for (i) Entry of an Order Modifying the Automatic Stay, to the Extent Applicable, to Allow Payment, Reimbursement, and/or Advancement of Defense Costs Under Insurance Policies and (ii) Granting Related Relief* [Dkt. No. 131] (the "D&O Insurance Motion").

**PLEASE TAKE FURTHER NOTICE** that on May 21, 2025, Erick Mackey and Norman Foust (the "Joining Parties" and together with the Movants, the "Insured Persons") filed a joinder to the D&O Insurance Motion [Dkt. No. 148].

**PLEASE TAKE FURTHER NOTICE** that on May 22, 2025, Michelle Chow, Chapter 7 Trustee of the DZS Inc. bankruptcy estate (the "Trustee," and together with the Insured Persons, the "Parties") filed an objection to the D&O Insurance Motion [Dkt. No. 149] (the "Objection").

**PLEASE TAKE FURTHER NOTICE** that a final hearing on the D&O Insurance Motion is scheduled for June 13, 2025 at 9:30 a.m. (prevailing Eastern Time).

1

**PLEASE TAKE FURTHER NOTICE** that the Parties have negotiated a resolution of the Trustee's Objection, which is memorialized by the agreed proposed order attached as **Exhibit A** (the "Agreed Order"). The Agreed Order was uploaded to the Court for entry on June 12, 2025.

**DATED:** June 12, 2025

> Respectfully submitted,
>
> By: /s/ Steven J. Levitt
> Steven J. Levitt
> Texas Bar No. 24092690
> Christopher A. Bailey
> Texas Bar No. 24104598
> HOLLAND & KNIGHT LLP
> 1722 Routh Street, Suite 1500
> Dallas, Texas 75201
> Telephone: 214.969.1700
> E-Mail: steven.levitt@hklaw.com
>              chris.bailey@hklaw.com

**ATTORNEYS FOR MISTY KAWECKI**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2025, a true and correct copy of the foregoing, including the **Exhibit A** thereto, has been served on all parties entitled to service via this Court's electronic filing system ("ECF"). Additionally, the attached, including **Exhibit A** thereto, has been served via first class mail on the following parties:

AIG (National Union Fire Insurance Company of Pittsburgh, Pa.)
1271 Ave of the Americas
Floor 41
New York, NY
10020-1304

Sompo International Insurance (Endurance American Insurance Company)
1221 Avenue of the Americas
Floor 18
New York, NY 10020

AmTrust North America (Wesco Insurance Company)
59 Maiden Lane

42nd Floor
New York, NY 10038

ANV Global Services Inc. (Amtrust Underwriters, Inc. on behalf of Associated Industries Insurance Company, Inc.)
10 Madison Avenue,
3rd Floor
Morristown, NJ 07960

Berkley Insurance Company (Gemini Insurance Company)
475 Steamboat Road
Greenwich, CT 06830

                                          */s/ Steven J. Levitt*
                                          Steven J. Levitt

# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | (Chapter 7) |
| | § | |
| DZS INC.,[1] | § | Case No. 25-40712 |
| | § | |
| DEBTOR. | § | |

**ORDER GRANTING JOINT MOTION OF MISTY KAWECKI AND CHARLES VOGT FOR (I) ENTRY OF AN ORDER MODIFYING THE AUTOMATIC STAY, TO THE EXTENT APPLICABLE, TO ALLOW PAYMENT, REIMBURSEMENT, AND/OR ADVANCEMENT OF DEFENSE COSTS UNDER INSURANCE POLICIES AND (II) GRANTING RELATED RELIEF**

On May 8, 2025, a *Joint Motion of Misty Kawecki and Charles Vogt for (I) Entry of an Order Modifying the Automatic Stay, to the Extent Applicable, to Allow Payment, Reimbursement, and/or Advancement of Defense Costs Under Insurance Policies and (II) Granting Related Relief* (the "Motion") was filed by Misty Kawecki ("Kawecki") and Charles Vogt ("Vogt" and, together with Kawecki, the "Movants"), the former chief financial officer and chief executive officer, respectively, of DZS, Inc. (collectively, with its debtor-affiliates, the "Debtors") in the above-referenced case. On May 21, 2025, a Joinder of Eric Mackey and Norman Foust in *Joint Motion of Misty Kawecki and Charles Vogt for (I) Entry of an Order Modifying the Automatic Stay, to the Extent Applicable, to Allow Payment, Reimbursement, and/or Advancement of Defense Costs Under Insurance Policies and (II) Granting Related Relief* was filed by Eric Mackey ("Mackey") and Norman Foust ("Foust").[2] The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14)-day negative notice language, pursuant to LBR 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed. The Court finds that any objections to the Motion have been withdrawn or resolved. Therefore, the Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the *Joint Motion of Misty Kawecki and Charles Vogt for (I) Entry of an Order Modifying the Automatic Stay, to the Extent Applicable, to Allow Payment, Reimbursement, and/or Advancement of Defense Costs Under Insurance Policies and (II) Granting Related Relief* filed by Misty Kawecki and Charles Vogt on May 8, 2025, is hereby **GRANTED**, to the extent the automatic stay is applicable, so as to authorize (a) Movants and any or all other former officers, directors, and employees of the debtor estates who are covered as Insured Persons by the D&O Policies (collectively, the "Covered Parties") to take all actions to assert their rights under the D&O Policies in accordance with the terms of such Policies, including,

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's Federal Tax Identification Number, include: DZS Inc. (9099), DZS Services Inc. (3763) and DZS California Inc. (3221). The location of the Debtors' service address is 5700 Tennyson Parkway, Suite 400, Plano, TX 75024.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

4905-9684-7948

but not limited to, submitting claims, providing notice of such claims, and seeking payment of such claims; and (b) the Insurance Providers, pursuant to the terms of the D&O Policies, to pay, reimburse and/or advance all covered defense costs (subject to the provision below relating to the use of proceeds for settlements) incurred by or to be incurred by the Covered Parties as "Insured Persons" under the D&O Policies for the Insurance Claims or any Loss (as defined in the D&O Policies), in each case, including, but not limited to, any defense costs previously incurred, presently being incurred, or that will in the future be incurred, in accordance with the terms of the D&O Policies.

**IT IS FURTHER ORDERED** that the Covered Parties shall provide to the Trustee, on a quarterly basis commencing with the quarter ending June 30, 2025, a certificate disclosing the aggregate amount of fees and expenses paid under the D&O Policies through the end of the applicable quarter, as reported to the Covered Parties (or their designee) by the Insurers. The Insurers will make reasonable efforts to provide such reporting to the Covered Parties (or their designee) within 10 business days of receipt of a written request from the Covered Parties (or their designee), and the Covered Parties (or their designee) shall provide such reporting to the Trustee as soon as practical after receipt from the Insurers.

**IT IS FURTHER ORDERED** that, notwithstanding anything to the contrary in this Order or the Motion, the applicable Covered Party shall be required to seek further relief from this Court for any proposed use of proceeds of the D&O Policies to pay any amounts other than defense costs, including seeking permission for the proposed use of the proceeds of the D&O Policies to pay any settlement amounts. The Covered Parties reserve all rights, including the right to argue that the D&O Policy proceeds are not property of the estate and/or the Bankruptcy Court has no jurisdiction over any payments thereunder. The Trustee is reserving all rights related to the use of the proceeds under the D&O Policy.

**IT IS FURTHER ORDERED** that the Insurance Providers shall provide to the Trustee the names of any Covered Party asserting a claim against the D&O Policies within 10 days of after learning of such asserted claim. Such notice shall be provided to the Trustee's Counsel, Larry A. Levick, at 16200 Addison Rd., Ste. 140, Addison, TX 75001.

**IT IS FURTHER ORDERED** that nothing in this Order shall modify or alter the rights and obligations provided for under the terms and provisions of the various D&O Policies issued by Insurance Providers.

**IT IS FURTHER ORDERED** that Covered Parties and Insurance Providers are authorized to take all action necessary to effectuate the relief granted in this Order in accordance with the Motion.

**IT IS FURTHER ORDERED** that this Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**IT IS FURTHER ORDERED** that the fourteen (14)-day stay period otherwise imposed by Fed. R. Bankr. P. 4001(3) shall not be applicable to this Order.

4905-9684-7948

_____<br>
THE HONORABLE BRENDA T. RHOADES,<br>
CHIEF UNITED STATES BANKRUPTCY JUDGE

4905-9684-7948

**HOLLAND & KNIGHT LLP**

By: */s/ Steven J. Levitt*
    Steven J. Levitt
    Texas Bar No. 24092690
    Christopher A. Bailey
    Texas Bar No. 24104598
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone:  (214) 969-1700
Email:      steven.levitt@hklaw.com
             chris.bailey@hklaw.com

*Attorneys for Misty Kawecki*

**GRAY REED**

By: /s/ *Emily Shanks*
    Jason S. Brookner
    Texas Bar No. 24033684
    Chris Davis
    Texas Bar No. 24050483
    Drake M. Rayshell
    Texas Bar No. 24118507
    Emily Shanks
    Texas Bar No. 24110350
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:  (214) 954-4135
Facsimile:  (214) 953-1332
Email:      jbrookner@grayreed.com
             cdavis@grayreed.com
             drayshell@grayreed.com
             eshanks@grayreed.com

*Counsel to Eric Mackey*

**ROSS & SMITH, PC**

By: */s/ Judith W. Ross*
    Judith W. Ross
    Texas Bar No. 21010670
700 North Pearl St. Ste 1610
Dallas, TX 75201
Telephone:  (214) 732-9743
Email:      Judith.ross@ross-and-smith.com

*Counsel for the Charles Vogt*

**CONDON TOBIN SLADEK SPARKS NERENBERG, PLLC**

By: */s/ Jared T.S. Pace*
    Jared T.S. Pace
    Texas Bar No. 24079098
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone:  (214) 265-3800
Facsimile:  (214) 691-6311
Email:      jpace@condontobin.com

*Counsel to Norman Foust*

4

**SINGER & LEVICK, P.C.**

By: */s/ Todd A Hoodenpyle*
      Todd A. Hoodenpyle
      Texas Bar No. 00798265
16200 Addison Rd., Ste. 140
Addison, TX 75001
Telephone: (972) 380-5533
Facsimile: (972) 380-5748
Email: hoodenpyle@singerlevick.com

*Counsel for the Chapter 7 Trustee*