# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-40712 |
| | § | |
| DZS INC.,[1] | § | (Chapter 7) |
| | § | |
| DEBTOR. | § | (Jointly Administered) |

## ORDER GRANTING TRUSTEE'S MOTION TO PAY MEDIATOR'S FEE

**CAME ON FOR CONSIDERATION** the *Trustee's Motion to Pay Mediator's Fee* ("**Motion**") filed by Michelle H. Chow, Chapter 7 Trustee ("**Trustee**") for each of the Estates of DZS Inc., DZS Services Inc. and DZS California Inc. ("**Estates**"), by and through her counsel Singer & Levick, P.C., and the Court, finding that notice of the Motion was adequate under the circumstances and that good cause exists for granting same, is of the opinion that the Motion should be granted. It is, therefore,

**ORDERED, ADJUDGED and DECREED** that the *Trustee's Motion to Pay Mediator's Fee* is hereby **GRANTED**; it is further

**ORDERED, ADJUDGED and DECREED** that the Trustee is authorized to pay the Trustee's share of the mediator's fee in the amount of $3,750.00 to JAMS. It is further

**ORDERED, ADJUDGED and DECREED** that this Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

**IT IS SO ORDERED.**

Signed on 07/09/2025

*Brenda T. Rhoades*　　SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's Federal Tax Identification Number, include: DZS Inc. (9099), DZS Services Inc. (3763) and DZS California Inc. (3221). The location of the Debtors' service address is: 5700 Tennyson Parkway, Suite 400, Plano, TX 75024.

**ORDER GRANTING TRUSTEE'S MOTION TO PAY MEDIATOR'S FEE** –Solo Page