IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-40712 |
| DZS INC., *et al.*,[2] | § | |
| | § | (Chapter 7) |
| DEBTORS. | § | |

ORDER GRANTING APPLICATION TO SHORTEN NOTICE PERIOD
AND REQUEST FOR EXPEDITED HEARING ON AGREED MOTION
FOR APPROVAL OF STIPULATION AND AGREED ORDER BETWEEN PARTIES
MICHELLE H. CHOW, CHAPTER 7 TRUSTEE AND ZHONE TECHNOLOGIES, INC.

This Court has considered the *Application to Shorten Notice Period for Agreed Motion for Approval of Stipulation and Agreed Order Between Parties Michelle H. Chow, Chapter 7 Trustee and Zhone Technologies, Inc.* (the "Application") and the underlying *Agreed Motion for Approval of Stipulation and Agreed Order Between Parties Michelle H. Chow, Chapter 7 Trustee and Zhone Technologies, Inc.* [ECF No. 178] (the "Motion") and has determined that good cause exists to shorten the notice period from twenty-one days and to set an emergency hearing.

**IT IS THEREFORE ORDERED** as follows:

1. The Motion is **GRANTED** as set out herein.

2. The Notice period for the Application is shorted to three (3) days.

3. The request for emergency hearing is granted and that a hearing on the *Agreed*

---

[2] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: DZS Inc. (9099); DZS Services Inc. (3763); and DZS California Inc. (3221) (each "Debtor" and collectively the "Debtors"). The location of the Debtors' service address for purposes of these Chapter 7 Cases is: 5700 Tennyson Parkway, Suite 400, Plano, TX 75024.

1

126685.000001 4899-5901-0143.1

*Motion for Approval of Stipulation and Agreed Order Between Parties Michelle H. Chow, Chapter 7 Trustee and Zhone Technologies, Inc.* shall be conducted on the Application on **August 19, 2025 at 02:00 p.m.** in Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX, 75074.

    **IT IS FURTHER ORDERED** that the Movant or its counsel shall give notice of this emergency hearing by forwarding a copy of this Order by the most expedient means available, including electronic or telephonic transmission, or otherwise by First Class United States Mail, to all parties listed in the certificate of service contained in the Motion and shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduled hearing.

Signed on 8/15/2025

_Brenda T. Rhoades_ ST
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

2

126685.000001 4899-5901-0143.1