## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| DZS INC.,[1] | § | Case No. 25-40712 |
| | § | |
| Debtor. | § | (Jointly administered) |

## WITNESS AND EXHIBIT LIST

Perficient, Inc. (the "**Movant**" or "**Perficient**"), a creditor and party-in-interest, files this its Witness and Exhibit List in connection with the hearing scheduled before the Honorable Brenda T. Rhoades, United States Bankruptcy Judge, 660 N. Central Expressway, Suite 300B, Plano, Texas 75074 on **October 7, 2025 at 9:30 a.m.**

I.  **Witnesses.** Movant may call the following witnesses:

   a.  Any and all witnesses designated and/or called by any party in interest; and/or

   b.  Any and all necessary rebuttal and/or impeachment witnesses.

II. **Exhibits.** Movant may seek the introduction of the following exhibits:

| EXHIBIT NUMBER | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE |
|---|---|---|---|---|---|---|
| P-1 | Perficient, Inc.'s Motion for Relief from Automatic Stay [Docket No. 183] | | | | | |
| P-2 | Master Services Agreement [Docket No. 183-1] | | | | | |

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's Federal Tax Identification Number, include: DZS Inc. (9099), DZS Services Inc. (3763) and DZS California Inc. (3221). The location of the Debtors' service address is: 5700 Tennyson Parkway, Suite 400, Plano, TX 75024.

| EXHIBIT NUMBER | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE |
|---|---|---|---|---|---|---|
| P-3 | Statement of Work [Docket No. 183-2] | | | | | |
| P-4 | Change Requests [Docket No. 183-3] | | | | | |
| P-5 | Complaint for Damages filed in Case No. 4:22-cv-00801-SDJ, *Perficient, Inc. v. DZS, Inc.* [Docket No. 183-4] | | | | | |
| P-6 | Defendant's Original Answer, Affirmative Defenses and Counterclaim filed in Case No. 4:22-cv-00801-SDJ, *Perficient, Inc. v. DZS, Inc.* [Docket No. 183-5] | | | | | |
| P-7 | Plaintiff's Answer and Affirmative Defenses to Counterclaim filed in Case No. 4:22-cv-00801-SDJ, *Perficient, Inc. v. DZS, Inc.* [Docket No. 183-6] | | | | | |
| P-8 | Perficient's Motion for Summary Judgment filed in Case No. 4:22-cv-00801-SDJ, *Perficient, Inc. v. DZS, Inc.* [Docket No. 183-7] | | | | | |
| P-9 | Perficient's Reply Brief in Support of Summary Judgment filed in Case No. 4:22-cv-00801-SDJ, *Perficient, Inc. v. DZS, Inc.* [Docket No. 183-8] | | | | | |
| P-10 | Perficient's Supplemental Brief in Support of Summary Judgment filed in Case No. 4:22-cv-00801-SDJ, *Perficient, Inc. v. DZS, Inc.* [Docket No. 183-9] | | | | | |
| | Any exhibits designated by any other party | | | | | |
| | Any rebuttal exhibits | | | | | |

Movant expressly reserves the right to amend or supplement this list at any time prior to the hearing. Any party wishing to obtain copies of the exhibits designated herein may do so by requesting copies, in writing, from the undersigned counsel.

Dated: October 2, 2025.                    Respectfully submitted,

*/s/ Jason P. Kathman*
Jason P. Kathman
State Bar No. 24070036
Laurie N. Patton
State Bar No. 24078158
**SPENCER FANE LLP**
5700 Granite Parkway, Suite 650
Plano, TX 75024
(972) 324-0300 – Telephone
(972) 324-0301 – Facsimile
Email: jkathman@spencerfane.com
Email: lpatton@spencerfane.com

**COUNSEL FOR PERFICIENT, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2025, a true and correct copy of the foregoing was served on all parties entitled to notice via the Court's electronic transmission facilities in the above-referenced case.

*/s/ Jason P. Kathman*
Jason P. Kathman