**20 LARGEST**
**DZS, Inc.**
**Case No. 25-40712**

Aggregate Accrued Warranty Reserve
(No address)

Baker Botts LLP
One Shell Plaza
910 Louisiana St.
Houston, TX 77002

BDO USA LLP
5300 Patterson Ave., S.E.
Suite 1100
Grand Rapids, MI 49512-9626

Bowei Technology Company, Ltd.
Room 201, Building 2
NO 306, Gushui Road
Haining Economic Development District
Jiaxing City, Zhejian 314006
CHINA

Bowen
34 Main Street Ext
Suite 203
Plymouth, MA 02360

Dasan Network Solutions, Inc.
Dasan Tower
49 Daewangpangyo-RO
644 Beon-GIL
SOUTH KOREA
KOREA, REPUBLIC OF

Dasan Network Solutions, Inc.-Inv
Dasan Tower
49 Daewangpangyo-RO
644 Beon-GIL, Bundang-GU
Seongnam-SI, Gyeonggi-DO
REPUBLIC OF KOREA

EdgeCo, LLC
Attn: Robert Binkele
3326 Aspen Grove Dr., Suite 400
Franklin, TN 37067

EdgeCo, LLC
c/o FitzGerald Kreditor Bolduc Risbrough LLP
Attn: Lynne Buldoc
2 Park Plaza, Suite 805
Irvine, CA 92614

EdgeCo, LLC
c/o R. Adam Swick
Ackerman LLP
500 West 5th Street, Suite 1210
Austin, TX 78701

Elma Electronics AG
HOFSTRASSE 93
Wetzikon 8620
SWITZERLAND

Fabrinet West Inc.
4900 Patrick Henry Dr.
Santa Clara, CA 95054-1822

Gongjin Electronic (Hong Kong) Limited
Flat A/B 13F/F
Leahander Centre 28#
Wang Wo Tsai Street
IBAN: 012-581-9-208229-7
Tsuen Wan, Hong Kong

Hisense Broadbank Inc.
800 W. 5th Avenue, Ste. 201A
Naperville, IL 60563

Jabil Technologies (Wuhan), Ltd.
Great Wall Innovative
Science & Technology Park, Eastlake
High-Tech, Development Zone
Wuhan, PC 430223
CHINA

JPMorgan Chase Bank, NA
Attn: Trade & Working Capital Operations
10410 Highland Manor Drive
Mail Code: FL3-2424
Tampa, FL 33610

N-Itus Co., Ltd.
4F 153-8, LS-RO, GUNPO-SI
Gunpo, Gyeonggi 15808
KOREA, REPUBLIC OF

Netcomm Wireless PTY Ltd
Level 1, 18-20 Orion Road
Lane Cove, NSW 2066
AUSTRALIA

Oracle America, Inc.
500 Oracle Pkwy.
Redwood City, CA 94065-1677

Prudential Technology Co., Ltd.
1202#, No. 18, Bu Long Road
Shen Zhen 00000
CHINA

Thatcher and Company, Inc.
59 Oakwood Avenue
Montclair, NJ 97043-1916

Zhone Technologies PTE. Ltd.
18 Collyer Quay #17-00
Income at Raffles
Singapore 049318
SINGAPORE

Zhone Technologies S.R.L.
Via Alfredo Catalani 5
20900 Monza (MB)
ITALY