IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTEN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 25-40712 |
| | § | |
| DZS INC. | § | Chapter 11 |
| | § | |
| Debtor. | § | |

## ORDER ALLOWING ADMINISTRATIVE CLAIM OF BOWEI TECHNOLOGY COMPANY LTD.

The Court has considered Bowei Technology Company Ltd.'s Application for Administrative Claim (the "Application") filed by Bowei Technology Company Ltd. and the Court, having determined that the legal and factual bases set forth in the Application establish good cause for granting the application, and that adequate notice of the Application has been given to creditors and parties in interest in this case, and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that:

Bowei Technology Company Ltd. has an allowed Chapter 11 administrative expense claim in the amount of $555,148.00.

Signed on 10/28/2025

*Brenda T. Rhoades*   SD

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE