# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:
DZS Inc.
5700 Tennyson Parkway, Suite 400
Plano , TX 75024
EIN: 22-3509099
Debtor

Case No. 25-40712 btr
Chapter: 7

## ORDER VACATING ORDER GRANTING APPLICATION FOR ADMINISTRATIVE EXPENSES

**It was brought to the Court's attention that on 10/28/2025** an Order on Application for Administrative Expenses was entered due to a clerical error.

**IT IS THEREFORE ORDERED** that the Order on Application for Administrative Expenses is hereby VACATED.

Signed on 11/04/2025

_Brenda T. Rhoades_   SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE