IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-40712 |
| | § | |
| DZS INC. ,[1] | § | Chapter 7 |
| | § | |
| DEBTORS. | § | (Jointly Administered) |

## TRUSTEE'S FIRST INTERIM FEE APPLICATION

> **YOUR RIGHTS MAY BE AFFECTED BY THE RELIEF SOUGHT IN THIS PLEADING.  YOU SHOULD READ THIS PLEADING CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  IF YOU OPPOSE THE RELIEF SOUGHT BY THIS PLEADING, YOU MUST FILE A WRITTEN OBJECTION, EXPLAINING THE FACTUAL AND/OR LEGAL BASIS FOR OPPOSING THE RELIEF.**
>
> **NO HEARING WILL BE CONDUCTED ON THIS PLEADING UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE SHOWN IN THE CERTIFICATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION.**
>
> **IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.**
>
> **IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING WITH APPROPRIATE NOTICE.  IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

---

[1]  The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's Federal Tax Identification Number, include: DZS Inc. (9099), DZS Services Inc. (3763) and DZS California Inc. (3221).  The location of the Debtors' service address is: 5700 Tennyson Parkway, Suite 400, Plano, TX 75024.

**COMES NOW** Michelle H. Chow, Chapter 7 Trustee for the Estate of DZS, Inc. and files *Trustee's First Interim Fee Application* ("**Application**") and, in support thereof, would respectfully show the Court as follows:

1. On March 15, 2025 ("**Petition Date**"), DZS, Inc. ("**Debtor**") filed a voluntary Petition under Chapter 7 of Title 11 of the UNITED STATES BANKRUPTCY CODE ("**Bankruptcy Code**") commencing the above-captioned case ("**Bankruptcy Case**").

2. Michelle Chow is the duly appointed Chapter 7 Trustee ("**Trustee**") for the Estate of DZS, Inc. ("**Estate**").

3. Prior to the Petition Date, Debtor operated as a publicly traded U.S.-based telecommunications company that developed and supplied a variety of networking products, along with cloud-based services for networks, selling its products to customers from around the globe. Debtor had worldwide assets consisting of inventory, equipment, receivables, customer contracts, patents, and other intellectual property (collectively, "**Assets**"), which Debtor valued as having significant worth of several million dollars. Debtor also had numerous subsidiaries, which are not in bankruptcy, around the world. This Bankruptcy Case is unusual for a Chapter 7 both in the size of the case and the complexity of the Assets.

4. The Trustee and her counsel have devoted an enormous amount of time and effort in working to sell Assets of the Estate. To date, through these efforts, the Estate has recovered over $20,000,000.00 which directly results in a benefit to the Debtor's Estate and its creditors.

5. The Bankruptcy Case is actively administered and additional funds are expected.

6. Pursuant to 11 U.S.C. § 326(a), the Trustee is entitled to a commission as shown below. By this Application, the Trustee is requesting approval and allowance for an interim payment of $100,000.00 to be deducted from the Total Commission to which she is entitled.

# TRUSTEE'S COMPENSATION

**Debtor: DZS Inc**          **Case No.: 25-40712**

### Computation of Total Compensation as of 11/13/2025

| | | | |
|---|---|---|---|
| Total disbursements to other than the debtor are: | | | **20,574,102.22** |
| 25% of First $5000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 45,000.00 | = | 4,500.00 |
| 5% of Next $950,000 | 950,000.00 | = | 47,500.00 |
| 3% of Balance | 19,574,102.22 | = | 587,223.07 |
| **Calculated Compensation (Commission):** | | | **$640,473.07** |
| Less Adjustment: | | | 0.00 |
| **Total Compensation (Commission) as of 11/13/2025:** | | | **$640,473.07** |
| Less Previously Paid: | | | 0.00 |
| **THIS FIRST INTERIM FEE APPLICATION REQUEST:** | | | **$100,000.00** |
| **Total Remaining Compensation (Commission) as of 11/13/2025:** | | | **$540,473.07** |

### Trustee Expenses

| | |
|---|---|
| Trustee does not request expense reimbursement at this time. | 0.00 |

**WHEREFORE, PREMISES CONSIDERED,** the Trustee respectfully requests that this Court enter an Order:

1. Approving this Application;

2. Allowing and authorizing interim commission in the amount of **$100,000.00**;

3. Approving and authorizing, but not requiring, the Trustee to pay the allowed interim commission upon entry of this Order; and, finally

4. Grant the Trustee such other and further relief to which she may show herself to be justly entitled.

**Dated:  November 14, 2025**

                                            Respectfully submitted,

                                            /s/  *Michelle H Chow*
                                            Michelle H. Chow
                                            Chapter 7 Trustee
                                            16200 Addison Road, Suite 140
                                            Addison, Texas 75001
                                            Phone:  214-521-6627
                                            Email:  mhchow@swbell.net

                                            TRUSTEE FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, which includes the parties as shown below, and to the parties shown on the attached Service List via first class mail, postage prepaid, on this 14th day of November, 2025.

| | |
|---|---|
| **DEBTOR:**<br>DZS Inc.<br>5700 Tennyson Parkway, Suite 400<br>Plano, TX 75024<br>**VIA ECF Noticing through its attorney** | **ATTORNEY FOR DEBTOR:**<br>Travis A. McRoberts<br>Baker Botts L.L.P.<br>2001 Ross Avenue, Suite 900<br>Dallas, TX 75201-1980<br>**VIA ECF Noticing** |
| **TRUSTEE:**<br>Michelle H. Chow<br>16200 Addison Road, Suite 140<br>Addison, TX 75001<br>**VIA ECF Noticing** | **US TRUSTEE:**<br>Office of the US Trustee<br>110 N. College Ave., Suite 300<br>Tyler, Texas 75702<br>**VIA ECF Noticing** |

    /s/ *Michelle H. Chow*
Michelle H. Chow, Chapter 7 Trustee