## **EXHIBIT B – EXPENSES**

*Expense Summary by Category during the Compensation Period:*

| Category | Amount | Percentage of Total |
|---|---|---:|
| Copies, envelopes, postage | $64.87 | 4% |
| IT Expenses | $120.00 | 8% |
| Travel Expenses | $644.00 | 44% |
| USPTO Filing Fee | $636.00 | 43% |
| TOTAL | $1,464.87 | 100% |