## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-40712 |
| | § | |
| DZS INC.,[1] | § | (Chapter 7) |
| | § | |
| DEBTOR. | § | (Jointly Administered) |

### ORDER GRANTING MOTION TO COMPROMISE
### CONTROVERSY WITH PERFICIENT, INC.

**CAME ON FOR CONSIDERATION** the *Trustee's Motion to Approve Compromise of Controversy with Perficient, Inc.* ("**Motion**") filed by Michelle H. Chow, Chapter 7 Trustee ("**Trustee**") for the Bankruptcy Estate of DSZ, Inc. and its affiliated entities, seeking approval of the settlement ("**Settlement**") with Perficient, Inc. ("**Perficient**"). The Court, after due deliberation and a review of the evidence presented, and seeing that no objection has been filed to the Motion by any interested party, finds that good cause has been shown for the relief sought. Accordingly, the Court finds as follows:

1. The Trustee's decision to compromise and settle with Perficient under the terms described in the Motion is fair and reasonable and in the best interest of the Estate, its creditors and parties in interest.

2. The decision to enter into the Settlement is a proper exercise of the Trustee's prudent business judgment.

3. The Motion complies with all applicable Fifth Circuit law regarding FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019.

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's Federal Tax Identification Number, include: DZS Inc. (9099), DZS Services Inc. (3763) and DZS California Inc. (3221). The location of the Debtors' service address is: 5700 Tennyson Parkway, Suite 400, Plano, TX 75024.

4.      Proper and adequate notice of the Motion has been given pursuant to the Bankruptcy Code, the Bankruptcy Rules, and Local Bankruptcy Rule 2002-1(f), and no other or further notice is necessary.

**IN CONSIDERATION OF THE FOREGOING**, the Court finds that the Motion should be and hereby is GRANTED in all respects.  Accordingly, it is

**ORDERED, ADJUDGED and DECREED** that the Settlement is approved in all respects; it is further

**ORDERED, ADJUDGED and DECREED** that the Trustee is hereby directed and authorized to execute any and all documents necessary to effectuate the Settlement; it is further

**ORDERED, ADJUDGED and DECREED** that Claim No. 62 is hereby allowed as a general unsecured claim against DZS, Inc. in the amount of Six Hundred Two Thousand Three Hundred Fourty-Several and 64/100 Dollars ($602,347.64); it is further

**ORDERED, ADJUDGED and DECREED** that upon the entry of this Order, the Trustee and the Estates, on one hand, and Perficient, on the other, will be deemed to have released each other from any and all claims except for the newly allowed Perficient proof of claim referenced above and the Parties will jointly dismiss the Lawsuit; it is further

**ORDERED, ADJUDGED and DECREED** that this Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

**IT IS SO ORDERED**.

Signed on 11/25/2025

_Brenda T. Rhoades_   SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE