**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| DZS INC.,[1] | § | Case No. 25-40712 |
| | § | |
| Debtor. | § | (Jointly administered) |

**NOTICE OF WITHDRAWAL OF PERFICIENT, INC.'S
MOTION FOR RELIEF FROM AUTOMATIC STAY**

Perficient, Inc. (the "**Movant**" or "**Perficient**"), a creditor and party-in-interest in the above-referenced bankruptcy case, hereby withdraws *Perficient, Inc.'s Motion for Relief from Automatic Stay* [Docket No. 183].

Dated: December 2, 2025.

Respectfully submitted,

*/s/ Jason P. Kathman*
Jason P. Kathman
State Bar No. 24070036
Laurie N. Patton
State Bar No. 24078158
**SPENCER FANE LLP**
5700 Granite Parkway, Suite 650
Plano, TX 75024
(972) 324-0300 – Telephone
(972) 324-0301 – Facsimile
Email: jkathman@spencerfane.com
Email: lpatton@spencerfane.com

**COUNSEL FOR PERFICIENT, INC.**

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's Federal Tax Identification Number, include: DZS Inc. (9099), DZS Services Inc. (3763) and DZS California Inc. (3221). The location of the Debtors' service address is: 5700 Tennyson Parkway, Suite 400, Plano, TX 75024.

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2025, a true and correct copy of the foregoing was served on all parties entitled to notice via the Court's electronic transmission facilities in the above-referenced case.

*/s/ Jason P. Kathman*
Jason P. Kathman
