IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-40712 |
| | § | |
| DZS INC. ,[1] | § | Chapter 7 |
| | § | |
| DEBTORS. | § | (Jointly Administered) |

**ORDER GRANTING FIRST INTERIM APPLICATION OF
SINGER & LEVICK, P.C., COUNSEL TO THE TRUSTEE, FOR
ALLOWANCE OF COMPENSATION OF FEES AND REIMBURSEMENT
OF EXPENSES INCURRED IN CONNECTION WITH DEBTOR
DZS INC. FROM MARCH 16, 2025 THROUGH AUGUST 31, 2025**

**CAME ON TO BE HEARD** this day the *First Interim Application of Singer & Levick, P.C., Counsel to the Trustee, for Allowance of Compensation of Fees and Reimbursement of Expenses Incurred in Connection with Debtor DZS Inc. from March 16, 2025 Through August 31, 2025* ("**Application**") filed in the above entitled and numbered matter by Singer & Levick, P.C. ("**Applicant**"), Counsel for Michelle H. Chow, Chapter 7 Trustee ("**Trustee**") for the Estate of DZS, Inc. ("**Estate**"), for the period covering March 16, 2025 through August 31, 2025 ("**Compensation Period**").  The Court, after reviewing the Application and finding that proper notice was given of the Application, and noting that no objections have been filed to the Application; that as of March 16, 2025, Applicant was employed as General Counsel for the Trustee in the DZS Inc. matter pursuant to 11 U.S.C. §327; that Applicant's actual and necessary fees solely in connection with DZS Inc. are **$454,922.00** for such Compensation Period; that Applicant's actual and necessary expenses solely in connection with DZS Inc. are **$41,850.55** for such Compensation

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's Federal Tax Identification Number, include: DZS Inc. (9099), DZS Services Inc. (3763) and DZS California Inc. (3221).  The location of the Debtors' service address is: 5700 Tennyson Parkway, Suite 400, Plano, TX 75024.

Period; and that the Court has determined that all of the fees and expenses incurred by Applicant during the Compensation Period are reasonable and necessary fees and expenses, determines that sufficient cause has been shown for the Application to be granted. It is, therefore,

**ORDERED, ADJUDGED and DECREED** that the *First Interim Application of Singer & Levick, P.C., Counsel to the Trustee, for Allowance of Compensation of Fees and Reimbursement of Expenses Incurred in Connection with Debtor DZS Inc. from March 16, 2025 Through August 31, 2025* is hereby **GRANTED**; it is further

**ORDERED, ADJUDGED and DECREED** that Singer & Levick, P.C. is awarded the sum of **$454,922.00** for its professional fees for services rendered solely in connection with Debtor DZS Inc. from March 16, 2025 through August 31, 2025; it is further

**ORDERED, ADJUDGED and DECREED** that Singer & Levick, P.C. is awarded the sum of **$41,850.55** for its out-of-pocket expenses incurred solely in connection with Debtor DZS Inc. from March 16, 2025 through August 31, 2025; it is further

**ORDERED, ADJUDGED and DECREED** that the Trustee is authorized to immediately pay to Singer & Levick, P.C. the sum of **$454,922.00** for its professional fees; it is further

**ORDERED, ADJUDGED and DECREED** that the Trustee is authorized to immediately pay to Singer & Levick, P.C. the sum of **$41,850.55** for its expenses; and, finally, it is further

**ORDERED, ADJUDGED and DECREED** that the Court retains jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

**IT IS SO ORDERED.**

Signed on 01/20/2026

*Brenda T. Rhoades*   SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE