IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-40712 |
| | § | |
| DZS INC.,[1] | § | Chapter 7 |
| | § | |
| DEBTOR. | § | (Jointly Administered) |

**ORDER GRANTING INTERIM APPLICATION OF GRABLE MARTIN PLLC, SPECIAL COUNSEL TO THE TRUSTEE, FOR ALLOWANCE OF COMPENSATION OF FEES AND REIMBURSEMENT OF EXPENSES INCURRED IN CONNECTION WITH DEBTOR DZS INC. FOR THE PERIOD FROM MARCH 18, 2025 TO AUGUST 31, 2025**

**CAME ON** to be considered the *Interim Application of Grable Martin PLLC, Special Counsel to the Trustee, for Allowance of Compensation of Fees and Reimbursement of Expenses Incurred in Connection with Debtor DZS Inc. for the Period from March 18, 2025 through August 31, 2025* ("**Application**") filed in the above entitled and numbered matter by Grable Martin PLLC ("**Applicant**"), Special Counsel for the Trustee ("**Trustee**") for the Estate of DZS Inc. ("**Estate**"), for the period from March 16, 2025 through August 31, 2025 ("**Compensation Period**"), requesting the Court's approval to compensate Grable Martin PLLC ("**Special Counsel**") for its Legal Services, as described in the Application, provided to the Trustee solely in connection with DZS Inc. pursuant Section 330(a) and 331 of the Bankruptcy Code[2].

The Court, having considered the factors set forth in in the Application, including the time spent, the rates charged, the necessity of the services, the customary compensation charged by comparably skilled practitioners in non-bankruptcy cases, and the value of the services provided,

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's Federal Tax Identification Number, include: DZS Inc. (9099), DZS Services Inc. (3763) and DZS California Inc. (3221).   The location of the Debtors' service address is: 5700 Tennyson Parkway, Suite 400, Plano, TX 75024.

[2] All other references to 11 U.S.C. §§ 101, *et seq* shall be referred to as the "*Bankruptcy Code*".

and finding the Application to be well-taken, the fees to be reasonable and necessary, the expenses to be actual and reasonable, and notice to be proper and adequate, hereby grants it.

It is therefore:

**ORDERED** that the Application is approved in its entirety; it is further

**ORDERED** that Grable Martin PLLC, Special Counsel to the Trustee is awarded compensation for the Legal Services provided to the Trustee during the Compensation Period of **$443,761.00** for its professional fees **("Fees")**, and **$1,464.87** for reimbursement of its expenses **("Expenses")**, for a total amount of Fees and Expenses of **$445,225.87**, to be paid to Special Counsel by the Trustee pursuant to this Order.

**ORDERED** that this Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, enforcement, and/or any challenges to this Order, including without limitation any requests for disgorgement or reduction of Fees and Expenses awarded herein.

**IT IS SO ORDERED.**

Signed on 01/20/2026

*Brenda T. Rhoades*   SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE