IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

JAN 23 2026

CLERK, US BANKRUPTCY COURT

In re:

DZS, INC., et al.,[1]

Debtors.

Chapter 7

Case No. 25-40712 (ARP)

(Jointly Administered)

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM OF SALESFORCE, INC.**

**PLEASE TAKE NOTICE THAT** Salesforce, Inc., through its undersigned counsel, herby gives notice that it withdraws its *Proof of Claim* (assigned No.53) filed on May 28, 2025.

Dated: January 21, 2026

Respectfully submitted,

*Gaye N. Heck*
BIALSON, BERGEN & SCHWAB, PC
Gaye N. Heck, Esq.
Shelby Nace, Esq.
830 Menlo Avenue, Suite 201
Menlo Park, CA 94025
Telephone: (650) 857-9500
Fax: (650) 494-2738
E-mail: Gheck@bbslaw.com
E-mail: Snace@bbslaw.com

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's Federal Tax Identification Number, include: DZS Inc. (9099), DZS Services Inc. (3763) and DZS California Inc. (3221). The location of the Debtors' service address is: 5700 Tennyson Parkway, Suite 400, Plano, TX 75024.