**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 25-40712** |
| | § | |
| **DZS INC.,** ***et al.*** [1] | § | **(Chapter 7)** |
| | § | |
| **DEBTOR.** | § | |

## ORDER GRANTING THIRD AGREED MOTION TO CONTINUE HEARING

**CAME ON FOR CONSIDERATION** the *Third Agreed Motion to Continue Hearing* ("**Agreed Motion**") filed by Michelle H. Chow, Chapter 7 Trustee ("**Trustee**") for the Bankruptcy Estate ("**Estate**") of DZS Inc., *et al.* ("**Debtor**"), by and through her counsel of record, Singer & Levick, P.C., in regards to the November 17, 2026 hearing on the *Motion of Kuehne+Nagel to Fix and Allow Certain Claim Amount Against DZS, Inc.* ("**Motion**") (**Dkt.239**) filed by Kuehne+Nagel Inc. ("**K+N**"), and the Court, finding that notice of the Agreed Motion was adequate under the circumstances and that good cause exists for granting same, and noting that K+N has agreed to the relief requested, is of the opinion that the Agreed Motion should be granted. It is therefore

**ORDERED, ADJUDGED and DECREED** that the *Third Agreed Motion to Continue Hearing* is hereby **GRANTED**. It is further

**ORDERED, ADJUDGED and DECREED** that the hearing on the *Motion of Kuehne+Nagel to Fix and Allow Certain Claim Amount Against DZS, Inc.* is continued to **Tuesday, December 15, 2026** at **9:30 AM (CT)** and shall be heard in the United States Bankruptcy Court, 660 North Central Expressway, Suite 300B, Plano, Texas. It is further

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's Federal Tax Identification Number, include: DZS Inc. (9099), DZS Services Inc. (3763) and DZS California Inc. (3221). The location of the Debtors' service address is: 5700 Tennyson Parkway, Suite 400, Plano, TX 75024.

**ORDERED, ADJUDGED and DECREED** that the Trustee or her counsel shall give notice of this hearing by forwarding a copy of this Order by the most expedient means available, including electronic or telephonic transmission, or otherwise by First Class United States Mail, to all parties listed in the certificate of service contained in the Agreed Motion and shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduled hearing. It is further

**ORDERED, ADJUDGED and DECREED** that this Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

**IT IS SO ORDERED**.

Signed on 11/12/2026

Brenda T. Rhoades KC

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE